

**Ohio Peace Officer Training Council**

Office of
Ohio Attorney General Lee Fisher

This is to Certify That

**STACY R. CLARK**

Has Completed the
Ohio Peace Officer
Basic Training Program

Ohio Peace Officer Training Academy

Awarded This 27th Day of August, 1993

Lee Fisher, Attorney General

Thomas W. Rice
Colonel Thomas W. Rice, Chairman
Ohio Peace Officer Training Council

Gregory T. Merritt, Executive Director
Ohio Peace Officer Training Council

School Commander

EXHIBIT A

93-054

931549