

### State of Ohio-Sheriff-Summit County

**RICHARD L. WARREN, SHERIFF**

December 1, 1994

Ms. Stacy R. Clark
1028 Northeast Ave.
Tallmadge, OH 44278

Dear Ms. Clark:

We are pleased to extend an offer of employment to you to serve as a certified Deputy Sheriff with the Summit County Sheriff's Office at a beginning salary of $23,970.00 per year.

In order to assist you in better understanding the nature of the Deputy Sheriff classification, I have enclosed for your review a copy of the position classification specification for the position. You will be required to serve a probationary period of one (1) year from your date of hire.

Please note that this offer is contingent upon your successfully passing a standard medical examination which includes an upper body EKG and a tuberculosis examination. Please have a physician of your choice, at your expense, conduct the examination and forward the results to my attention. Further, you will be required to pass a drug screening examination. The date and time of this screening will be scheduled by this Department in the near future.

If you decide to accept this offer of employment please contact the Personnel Department at (216) 643-2158 or (216) 643-2163 as soon as possible. Additionally, I request that you respond in writing by December 15, 1994, indicating your acceptance or rejection of this employment offer and of the conditions specified.



EXHIBIT B

December 1, 1994

Stacy R. Clark
RE: Offer of Employment
Page 2

If you have questions regarding this appointment, please contact me on (216) 643-2158. Good luck and welcome to the Summit County team.

Very truly yours,

RICHARD L. WARREN
Sheriff, County of Summit

*[signature: Carl Bako]*

Carl J. Bako
Director of Administration

CJB/lsl
enclosure
cc: Sheriff Richard L. Warren
   Chief Michael J. Toth
   Chief James A. Starosta
   Capt. David C. Bailey
   Sgt. Claude McCutcheon
   Tari Cooley
   Payroll
   file

000064