



2021 DEC -6 AM 7:58

**Summit County, ss**
THE STATE OF OHIO

**KANDY FATHEREE**
Sheriff

Term of office:
January 4, 2021 through January 5, 2025

I, Kandy Fatheree, do hereby appoint:

**Stacy R. Clark**

as a SPECIAL DEPUTY SHERIFF of Summit County, to serve without compensation during my term of office unless otherwise ordered.

*Kandy Fatheree*

**KANDY FATHEREE**
Sheriff of Summit County, Ohio

*I solemnly swear that I will support the Constitution of the United States, and the State of Ohio and that I will faithfully discharge the duties of SPECIAL DEPUTY SHERIFF, to which I have been appointed according to law and the best of my ability.*

Appointment made pursuant
To ORC 311.04

Stacy R. Clark — Name
127 Van Evera Rd — Address
Tallmadge — City   Ohio — State   44278 — Zip Code

Sworn to before me by the said **Stacy R. Clark** and by him subscribed in my presence, this **30th** day of **November** 20 **21**

STEPHANIE BOWER
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 02/12/2025

*Stephanie Bower*
Notary Public



EXHIBIT
C