# SUMMIT COUNTY SHERIFF'S OFFICE
## SHERIFF DREW ALEXANDER
### CONFIDENTIAL INVESTIGATION

**INCIDENT REPORT NO.**

**FROM:** Sgt. Jerome Hall

**TO:** Sheriff Alexander, Inspector Thornton

**SUBJECT:** Stacy Clark

**PLACE OF OCCURRENCE:** Lappin residence

4880 Will drive

Akron, Ohio 44319

**DATE OF INCIDENT:** 2003

**DATE INVESTIGATED:** 02/03/2006

**ARRESTS:** N/A

## SYNOPSIS:

On March 21, 2006 at 1133 hours, Captain Larry Monchilov and I had a meeting with the Summit County Prosecutor's Chief Counsel Mary Ann Kovach.

## ACTION TAKEN:

On March 21, 2006 at 1133 hours, Captain Larry Monchilov and I had a meeting with the Summit County Prosecutor's Chief Counsel Mary Ann Kovach. I presented Mrs. Kovach a copy of my file from my internal investigation on Deputy Stacy Clark and she reviewed it.

Mrs. Kovach reviewed the file and she made the decision on the alleged theft. She states the alleged theft occurred over three years ago and there wasn't no evidence to pursue any type of criminal charges

**EXHIBIT E** (tabbies)

Page 1 of 1
CF-001-97

BY _Sgt. Jerome Hall_ DATE: 02/03/2006

**SUMMIT COUNTY SHERIFF'S OFFICE**
**SHERIFF DREW ALEXANDER**
**CONFIDENTIAL INVESTIGATION**

INCIDENT REPORT NO. _____

FROM: Sgt. Jerome Hall

TO: Chief Givens, Inspector Thornton

SUBJECT: DEPUTY STACY CLARK

PLACE OF OCCURRENCE:
Lappin Residence
4880 Will Drive
Akron, Ohio 44319

DATE OF INCIDENT: 2003

DATE INVESTIGATED: 02/03/06

ARRESTS: N/A

### SYNOPSIS:

On February 2, 2006 at 1400 hours, Sergeant Edward Ahwajee had a scheduled appointment to see Director of Personnel, Allyson Leonard, in reference some additional information about his wife, Deputy Stacy Clark, abusing prescription drugs.

### ACTION TAKEN:

On February 2, 2006 at 1400 hour, Sergeant Edward Ahwajee had a scheduled appointment to see the Director of Personnel, Allyson Leonard, in reference to some additional information about his wife, Deputy Stacy Clark abusing prescription drugs. Present for the meeting was Mrs. Leonard, Sergeant Ahwajee, President of the Supervisor's Union, Sergeant John Grogan and myself.

During the meeting, Sergeant Ahwajee stated he had some additional information on his wife, Deputy Clark. He said in summer of 2003, they were at a combined yard sale with Sergeant Chris Lappin's at his old residence at 4880 Will Drive in New Franklin. During the yard sale, Sergeant Ahwajee states his wife was complaining about her back bothering her and she asked him to go down to Heritage Square Pharmacy in Canal Fulton to pickup her prescription of percocet. He states he was unable to pickup the prescription from the pharmacy due the type of drugs and told Deputy Clark she would have to pick it up.

Sergeant Ahwajee states on January 26, 2005, he called Inspector Keith Thornton to discuss the matter of his wife and he was advised by Inspector Thornton to contact Mrs. Leonard. He states he made the call to Mrs. Leonard and scheduled an appointment for February 2, 2006 at 1400 hours.

PAGE 1 OF 4
Form IB-1005-A
Revised 6/6/97

BY: Sgt Jerome Hall  DATE: 2/3/06

002278

**SUMMIT COUNTY SHERIFF'S OFFICE**
**SHERIFF DREW ALEXANDER**
**CONFIDENTIAL INVESTIGATION**

Sergeant Ahwajee states on Tuesday, January 31, 2006 two days prior to his meeting, he learned of some additional information reference his wife removing seventeen pills of 750 milligram of vicodine from Sergeant Lappin's wife, Nikki. He also states Sergeant Lappin observed Deputy Clark take a pill and about ten minutes later take a second one while she was typing a search warrant for him in 2004.

**INTERVIEWS:**

On February 3, 2006 at 1000 hours, I went out to the residence of Sergeant Lappin to interview him and his wife, Nikki Lappin.

**Nikki Lappin**
**5376 Donner Drive**
**Clinton, Ohio 44216**
**Phone- (330) 882-3273**

At 1000 hours, I conducted an interview with Nikki Lappin. Nikki states sometime in the summer of 2003, she was having a yard sale at the old residence at 4880 will Drive in New Franklin. She states she invited Ed Ahwajee and Stacy Clark to participate in the sale since they had a lot of extra items after moving into their new home in Canal Fulton.

Nikki states during the course of the sale, Stacy started complaining about her back hurting really bad. She states Stacy looked into her purse and discovered she didn't have her medication. She then sent Ed to pickup her prescription down in Canal Fulton. Nikki states Ed called back to the house to tell Stacy, she would have to pickup the percocet prescription herself because the pharmacy would not give it to him.

Nikki states at that time she told Stacy to go into the bathroom and to get two of her sister (Kim) vicodine pills. She said she knew her sister had the prescription due to a back injury prior to having surgery in the fall of 2003. She told her sister about giving the two pills to Stacy when she returned home. She states Kim went into the bathroom and she came back out stating Stacy took seventeen pills instead of the two she was given permission to take.

Nikki states she called Stacy the next day and handed the phone to Kim to talk to her. She said Stacy was put on a speaker phone and she could hear the conversation. Stacy stated she was sorry for taking the pills and she would repay her when she gets her darvocet prescription filled. Kim told Stacy she wanted the vicodine back and not the darvocets.

I asked Nikki if she noticed any changes in Deputy Clark's behavior. She responded by saying "yes" and her personality has really changed. She also said Stacy stopped coming around when she used to visit once to twice a week.

**Interview was concluded at 1020 hours.**

Sergeant Chris Lappin was interviewed at 1022 hours.

PAGE 2 OF 4
Form IB-1005-A
Revised 6/6/97

BY: SGT Jerome Hall        DATE: 2/3/06

002279

## SUMMIT COUNTY SHERIFF'S OFFICE
## SHERIFF DREW ALEXANDER
## CONFIDENTIAL INVESTIGATION

**Sergeant Chris Lappin**
**Patrol Division**

At 1021 hours, I conducted an interview with Sergeant Chris Lappin. I asked Sergeant Lappin had he ever seen Deputy Stacy Clark abuse or to take more than her prescribed dosage. He responded by saying "no", but he did see her take a pill while she was in the Patrol Office, typing up a search warrant for him sometime in 2004. He said about ten minutes later, she started to open up her medicine bottle saying she had to take her medication and then she realize she had already taken her medicine. She then put the bottle back in her purse.

I asked Sergeant Lappin if he was aware of Deputy Clark removing some medication from his home. He stated "no" not right away. He states he finally found out about the incident after he saw tension between his sister in-law and Stacy. He said he finally asked his wife over a period of time "what is going on between them". At that time, his wife told him about Stacy taking the extra pills from the bathroom of their old home.

**Interview was concluded at 1035 hours.**

Kimberly Clevenger was interview at 1115 hours at Akron City Hospital.

**Kimberly Clevenger**
**115 Clinton Avenue**
**Akron, Ohio 44301**
**Phone-(330) 773-4574**

At 1115 hours, I conducted an interview with Kimberly Clevenger. Kimberly states back in the summer of 2003, she had come home later after her sister Nikki's yard sale was over and she was informed by her that she gave Stacy permission to take two pills from the medicine cabinet in the bathroom. She said she went to take a look at her prescription and she noticed more than two pills were missing. She states her prescription was for ninety 750 milligrams of vicodine for a back problem. After counting them, she discovered seventeen pills were missing.

I asked Kimberly how she knew only seventeen pills were missing. She responded by saying it was a newer prescription and she knew how many she had taken herself. Kimberly went on to say that she takes one pill every 5-6 hours for back pain.

Kimberly states the next day she had Nikki call Stacy to ask her how she was planning on repaying her for the extra pills she had taken because she didn't want to fall short of medication. Stacy told her she would repay her in a couple of days with her darvocets. At that time, Kimberly told Stacy she didn't want the darvocets, she wanted her to replace the vicodine she had taken.

PAGE 3 OF 4
Form IB-1005-A
Revised 6/6/97

BY: SGT Jerome Hall    DATE: 2/3/05

002280

**SUMMIT COUNTY SHERIFF'S OFFICE**
**SHERIFF DREW ALEXANDER**
**CONFIDENTIAL INVESTIGATION**

After a couple of days of not hearing from Stacy, Kimberly states she gave her another call. She said Stacy would have to go over to her mother's house to try and get either percocets or vicodine from her to replace the medication. Kimberly states Ed and Stacy had come over to her sister's house later in the month and she confronted Stacy about the pills because her prescription was getting low. Stacy once again told Kimberly she would get them back to her.

I asked Kimberly if she ever notice any changes in Stacy's behavior. She responded by saying Stacy stopped coming around as much and her behavior changed like she didn't care, but she also showed signs of being aggressive toward her husband. Kimberly states she did notice that she was not paying much attention to her son, Eddie when she did come around and started looking as if she was spaced out on several occasions.

**Interview was concluded at 1150 hours.**