

# Sheriff Steve Barry

County of Summit • State of Ohio

Deputy Stacy Clark, hereinafter referred to as Employee, and the Summit County Sheriff's Office, hereinafter referred to as the Employer, and The Fraternal Order of Police, Ohio Labor Council, hereinafter referred to the Union agree to the following settlement in lieu of the Employer terminating the Employees employment.

1. Employee agrees to be transferred to the Summit County Jail. The Employee will not be permitted to bid on vacant positions for a period of 48-months from the execution of this agreement. However, the Employee will be permitted to participate in the shift and day bidding as outlined in the Collective Bargaining Agreement. The Employees initial transfer will be determined by Administration as it relates to shift and days off.

2. The Employee agrees to serve a suspension of forty-five (45) working days of which twenty-five (25) days will be held in abeyance. The Suspensions will be served the weeks of June 16, 2013, June 23, 2013, July 14, 2013 and July 21, 2013.

3. The Employee will submit all missing leave forms that have not already been submitted as outlined in specification of charges.

4. The Employee will supply certification of completion Chemical Dependency Services within eighteen (18) months from entering into this agreement.

5. The Employee will read and review all Summit County Sheriff's Rules and Regulations and agrees that she is responsible for understanding there content.

6. The Union and Employee agree that this discipline will stay active for a period of forty-eight (48) months from the date of the execution of this agreement.



Administration / Operations • 53 University Avenue • Akron, Ohio 4
Phone 330-643-2181 • Fax 330-434-2701
Summit County Jail • 205 East Crosier Street • Akron, Ohio 44311-2351
Phone 330-643-2171 • Fax 330-253-4138

7. Any failure to comply completely with this agreement will result in the twenty (25) days held in abeyance being automatically invoked without the need for another pre-disciplinary conference. It could also lead to a recommendation for termination which would require another pre-disciplinary conference.

8. Employee and Union agree not to grieve this matter.

9. The Employer and the Union agree that this settlement agreement does not set or establish any precedent.

This Settlement Agreement shall be final, binding and conclusive on both parties, and is effective and executed this ___17___ day of June, 2013.

_____
Donna George
Assistant Director of Administration

_____
Otto J. Holm
FOP Staff Representative

_____
Stephen Krendick
Acting Bargaining Unit Chapter Chairman

_____
Deputy Stacy Clark
Employee

Administration / Operations • 53 University Avenue • Akron, Ohio 44308-1679
Phone 330-643-2181 • Fax 330-434-2701
Summit County Jail • 205 East Crosier Street • Akron, Ohio 44311-2351
Phone 330-643-2171 • Fax 330-253-4138