

# Sheriff Steve Barry

County of Summit • State of Ohio

January 31, 2014

Deputy Stacy R. Clark
543 Vinewood Drive
Tallmadge, Ohio 44278

**HAND DELIVERED**

Dear Deputy Clark:

As a result of your disciplinary hearing, you were found to be in violation of the Summit County Sheriff's Office Rules and Regulations (12-4 Early Relief from Duty, Chapter 8 Subsection 8-2 D, and 8-4a Competency in Performance of Duty) and Policy and Procedure (2.2.0 1-J Personnel-Attendance-Reporting for Duty), therefore, you are being removed from the position of full-time Sheriff's Deputy.

Your employment with the Summit County Sheriff's Office is hereby terminated effective Friday, January 31, 2014. You are to return any and all equipment authorized or issued by the Summit County Sheriff's Office immediately (at the time this letter is served). You are not authorized to serve in any law enforcement capacity.

If you have any questions, please feel free to contact Personnel.

Sincerely,

STEVE BARRY
Sheriff, County of Summit

SMB/jeb

Email cc:
| | | | |
|---|---|---|---|
| Chief Greg Macko | Lieutenant Jennifer Limbert | Donna George | Pam Moore |
| Major Dale Soltis | Sergeant Karla Bloomingdale | Sally Damron | Kelly Pongracz |
| Major Brad Whitfield | Sergeant Theresa Davis | Sharon McMurray | Jolene Roth |
| Inspector Bill Holland | Deputy Danny Francis | Trish Durkin | Sue Plance |
| Inspector Chris Rhoades | Deputy John Toth | Angie Just | Tina Outley |
| Captain Rich Paolucci | Deputy Frank Battles | Lori Gallo | |
| Lieutenant John Grogan | Denise Carter | Pam Murr | |

EXHIBIT L

Administration / Operations • 53 University Avenue • Akron, Ohio 44308-1679
Phone 330-643-2181 • Fax 330-434-2701
Summit County Jail • 205 East Crosier Street • Akron, Ohio 44311-2351



# Sheriff Steve Barry

County of Summit • State of Ohio

The Arbitrator orders the following:

1. This matter came on for hearing on the 6th day of May, 2014, the Grievant (Stacy Clark) and her counsel being present as well as the Employer's counsel. The parties considered this matter for settlement; namely the termination of Stacy Clark.
2. It was suggested that the Grievant be returned to work immediately (within 7 days) without back pay.
3. The parties further agree that the Grievant shall be the subject of a last chance agreement providing for a discharge if in fact the Grievant is found guilty of conduct which is the predicate for discipline.
4. The Grievant may contest any act of discipline with the grievance and arbitration procedure.
5. The Grievant agrees to forfeit Article 33 bidding rights.
6. The Grievant's seniority shall be reinstated in full minus the time between January 31, 2014 and the date of her reinstatement as referenced in Paragraph 2 above.
7. The Grievant shall be returned to day shift with weekends off.
8. The Grievant's remaining sick leave shall be reinstated.

The Arbitrator finds that the Settlement as stated above is fair and just.

_____
Arbitrator Marvin Feldman

_____
Chief Greg Macko for Sheriff Barry

_____
Jim Budzik, Counsel for the Employer

_____
Danny Francis, Barg. Unit Chairman

_____
Stacy Clark, Grievant

_____
Gwen Callender, Counsel for the Union



**Sheriff Steve Barry**
County of Summit • State of Ohio

May 7, 2014

Stacy R. Clark
543 Vinewood Drive
Tallmadge, Ohio 44278

Dear Ms. Clark:

In accordance with Arbitrator Marvin Feldman's order you are hereby reinstated to the position of Deputy Sheriff. On Monday, May 12, 2014 at 8:00 a.m. please report to Captain Shane Barker so that he may inform you of your assignment duties. Your new adjusted seniority date is March 21, 1995.

Please feel free to contact the Sheriff's Personnel Department or Deputy Danny Francis, Chapter Chairman if you should have any questions.

Very truly yours,

**STEVE BARRY**
Sheriff, County of Summit

Donna George, Assistant Director of Administration

cc: Sheriff Steve Barry          Deputy Frank Battles      Chuck Sweeney
    Chief Greg Macko             Deputy John Toth          Pam Moore
    Major Brad Whitfield         Denise Carter             Trish Durkin
    Major Dale Soltis            Jolene Roth               Sue Plance
    Inspector Bill Holland       Jeanne Bickett            Pam Murray
    Captain Shane Barker         Angie Just                Sally Damron
    Captain Rich Paolucci        Sharon McMurray           Lori Galloway
    Deputy Danny Francis         Tina Outley               File
    Mr. Otto Holm