# SUMMIT COUNTY SHERIFF'S OFFICE
## ANNUAL / INTERIM EMPLOYEE PERFORMANCE EVALUATION


1-5-21

| EMPLOYEE NAME: | POSITION/RANK: | DIVISION/BUREAU: |
|---|---|---|
| Stacy Clark | Detective | Investigations |

| DATE OF HIRE: | EVALUATION PERIOD: | | DATE OF EVALUATION: | EVALUATOR: |
|---|---|---|---|---|
| 12/10/1994 | FROM: 12/10/2019 | TO: 12/10/2020 | 12/18/2020 | Sgt. Lee Hoskins |

☒ DRIVING RECORD REVIEWED (Do NOT Attach)    ☒ PERFORMANCE NOTES REVIEWED (Do NOT Attach)

HAS THE EMPLOYEE RECEIVED ANY DISCIPLINARY WRITE UPS DURING THE REVIEW PERIOD?  ☐ YES  ☒ NO

RATE THE PERFORMANCE OF THE EMPLOYEE IN EACH AREA BY ENTERING A NUMBER ON A SCALE OF 1 TO 4 IN THE BOX TO THE RIGHT OF EVALUATION CRITERIA.

| | |
|---|---|
| 1 – UNSATISFACTORY | INEFFECTIVE PERFORMANCE WHICH IS A LIABILITY TO THE ORGANIZATION. EXPLANATION SHALL BE INCLUDED IN COMMENTS. THE EMPLOYEE WILL BE REFERRED TO THE TRAINING BUREAU FOR FORMAL REMEDIAL TRAINING IN THE DEFICENT AREA. |
| 2 – NEEDS IMPROVEMENT | PERFORMANCE IN SOME AREAS OF THE CRITERIA IS BELOW ACCEPTABLE LEVEL. A CORRECTIVE ACTION PLAN SHALL BE SPECIFIED IN COMMENTS. |
| 3 – MEETS REQUIREMENTS | MEETS STANDARDS OF COMPETENT AND CONSCIENTIOUS PERFORMANCE. |
| 4 – EXCEEDS REQUIREMENTS | CONSISTENT PERFORMANCE WELL ABOVE EXPECTED STANDARDS. EXPLANATION AND EXAMPLES SHALL BE INCLUDED IN COMMENTS. |

| EVALUATION CRITERIA | RATING |
|---|---|
| **KNOWLEDGE:** UNDERSTANDS JOB FUNCTIONS AND APPLIES POLICIES, PROCEDURES, AND LAWS TO ROUTINE ASPECTS OF JOB ASSIGNMENT. | 3 |
| **JUDGMENT:** MAKES SOUND DECISIONS. POSSESSES THE ABILITY TO PLAN AHEAD AND THINK OUT DETAILS BEFORE ACTING. USES RESOURCEFULNESS AND COMMON SENSE IN HANDLING OF NON-ROUTINE PROBLEMS. | 3 |
| **SAFETY PRACTICES:** COMPLIES WITH SAFETY RULES AND TAKES PROPER PRECAUTIONS WHEN CONFRONTED BY HAZARDOUS SITUATIONS. OBSERVANT OF SURROUNDINGS AND ALERT TO UNUSUAL CIRCUMSTANCES. | 3 |
| **QUALITY OF WORK:** COMPLIES WITH INSTRUCTIONS AND IS DILIGENT IN COMPLETING ASSIGNMENTS. WORK PRODUCT AND REPORTS ARE COMPLETED THOROUGHLY AND ACCURATELY REQUIRING MINIMAL CORRECTION, IN THE PROPER TIME FRAME. | 2 |
| **ORGANIZATIONAL ABILITY:** COMPLETES ASSIGNMENTS IN AN ORGANIZED MANNER, TYPICALLY UNDERSTANDS THE OVERALL SCOPE OF AN ASSIGNMENT AND DOES NOT NORMALLY REQUIRE ASSISTANCE OR SUPERVISORY OVERSITE IN COMPLETING TASKS. TAKES INITIATIVE TO BEGIN NEW TASKS WHEN ONE TASK HAS BEEN COMPLETED. | 3 |
| **SELF CONTROL:** EXERCISES EMOTIONAL AND PHYSICAL SELF CONTROL UNDER UNUSUAL AND TRYING CIRCUMSTANCES. | 3 |
| **RELATIONSHIP WITH OTHERS:** DEVELOPS AND MAINTAINS EFFECTIVE WORKING RELATIONSHIPS WITH CO-WORKERS, SUPERVISORS, AND OTHER CRIMINAL JUSTICE PERSONNEL. | 4 |
| **PUBLIC RELATIONS:** PRESENTS FAVORABLE PUBLIC IMAGE AS A REPRESENTATIVE OF THE SHERIFF'S OFFICE. TREATS CITIZENS AND/OR INMATES IN A FAIR, IMPARTIAL, COURTEOUS, PROFESSIONAL MANNER. | 4 |
| **PERSONAL APPEARANCE:** TAKES PRIDE IN PHYSICAL APPEARANCE. ADHERES TO DEPARTMENTAL DRESS CODES AND GROOMING POLICIES. | 3 |
| **PROFESSIONAL COMMITMENT:** IS A POSITIVE ROLE MODEL FOR OTHER EMPLOYEES TO EMULATE. DEMONSTRATES PRIDE IN PERFORMANCE, LOYALTY AND COMMITMENT TO THE PROFESSION. | 3 |



Revised 12/20/2016

000032

## SUMMIT COUNTY SHERIFF'S OFFICE
## ANNUAL / INTERIM EMPLOYEE PERFORMANCE EVALUATION

**DESCRIBE EMPLOYEE'S STRENGTHS, WEAKNESSES AND ANY AREAS WHICH NEED IMPROVEMENT. INCLUDE A CORRECTIVE ACTION PLAN TO ADDRESS DEFICIENCIES. EXPLAIN REASONS FOR ANY CONSULTATIONS OR DISCIPLINARY ACTIONS. RATINGS OTHER THAN "MEETS REQUIREMENTS" MUST BE SUBSTANTIATED IN THE COMMENTS.**

**COMMENTS:**

INSERT HERE Detective Clark had some previous investigative experience but it was limited to narcotics investigations so she does not have fully developed investigative skills. Detective Clark has demonstrated a desire to learn by asking questions, seeking training and assisting other detectives. She has shown some improvement. She needs to continue to improve her time-management skills. She should also continue to learn to prioritize her responsibilities. Detective Clark maintains good relations with her co-workers and supervisors. She invests a lot of time into tracking Human Trafficking cases. She presents herself in a professional manner and is a good representative for the Sheriff's Office.

**SIGNATURE OF EVALUATOR:** [signature] **DATE:** 12-18-2020

### ADMINISTRATIVE REVIEW and COMMENT

**SHIFT COMMANDER** ☐ Additional COMMENTS attached
  **COMMENTS:**

  **SIGNATURE:** **DATE:**

**DIVISION COMMANDER** ☐ Additional COMMENTS attached
  **COMMENTS:** I CAN'T STRESS ENOUGH TO IMPROVE YOUR TIME MANAGEMENT AND TO NOT TAKE CONSTRUCTIVE CRITICISM PERSONALLY. I STILL BELIEVE YOU ARE NOT WHERE YOU NEED TO BE AT THIS POINT IN YOUR DETECTIVE BUREAU CAREER.

  **SIGNATURE:** CAPT. Goule 185 **DATE:** 12-18-20

**SHERIFF/CHIEF** ☐ Additional COMMENTS attached
  **COMMENTS:** I AGREE WITH CAPT. COTTLE.

  **SIGNATURE:** [signature] **DATE:** 12-23-2020

Revised 12/20/2016

000033

## SUMMIT COUNTY SHERIFF'S OFFICE
## ANNUAL / INTERIM EMPLOYEE PERFORMANCE EVALUATION

### SUPERVISOR MUST ASK EMPLOYEE THE FOLLOWING QUESTIONS:

1. HAVE YOU READ AND DO YOU UNDERSTAND THE SHERIFF'S OFFICE POLICY ON HARASSMENT AND DISCRIMINATION (GENERAL POLICY 2.4.0)?  ☑ YES  ☐ NO
2. HAVE YOU BEEN HARASSED BY ANOTHER EMPLOYEE/SUPERVISOR OF THE SHERIFF'S OFFICE IN THE PAST YEAR?  ☐ YES  ☑ NO
3. IF YES, DID YOU REPORT THE HARASSMENT?  ☐ YES  ☐ NO

TO THE EMPLOYEE: YOUR SIGNATURE SHOWS THAT YOU HAVE RECEIVED A COPY OF THIS EVALUATION AND THAT THE EVALUATION WAS DISCUSSED WITH YOU; IT DOES NOT MEAN YOU AGREE WITH THE EVALUATION. YOU MAY SUBMIT WRITTEN COMMENTS IN RESPONSE TO THIS EVALUATION WITHIN FIVE (5) WORKING DAYS TO PERSONNEL.

| SIGNATURE OF EMPLOYEE: | *Stacy Clark* | DATE: | 1/5/2021 |

Revised 12/20/2016

000034