1        IN THE UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

3    STACY CLARK,

4           Plaintiff,
                                    JUDGE GAUGHAN
5        -vs-                       CASE NO. 5:25-CV-00106

6    KANDY FATHEREE, et al.,

7           Defendants.
                        -   -   -   -
8       Deposition of KANDY FATHEREE, taken as if

9    upon examination before Brian Kuebler, a Notary

10   Public within and for the State of Ohio, at the

11   Russell M. Pry Building, 1180 South Main Street,

12   Suite 241, Akron, Ohio, at 9:30 a.m. on

13   Wednesday, August 20, 2025, pursuant to notice

14   and/or stipulations of counsel, on behalf of the

15   Plaintiff in this cause.

16                      -   -   -   -
                        JK REPORTING
17
                        WWW.JARKUB.COM
18
                        (216)664-0541
19

20

21

22

23

24

25

2

1    <u>APPEARANCES</u>:

2        Stuart G. Torch, Esq.
         Christina M. Royer, Esq.
3        Employment Law Partners, LLC
         stuart@employmentlawpartners.com
4
             On behalf of the Plaintiff;
5
         John C. Reece, Esq.
6        Jreece@prosecutor.net

7            On behalf of the Defendants

8    <u>ALSO PRESENT</u>:

9        Stacy Clark
         Larry Brown
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        I N D E X

2          EXAMINATION
           KANDY FATHEREE
3          BY MR. TORCH                              4

4
                        EXHIBIT INDEX
5
           Plaintiff's Exhibit 1                     13
6          Plaintiff's Exhibit 2                     19
           Plaintiff's Exhibits 3, 4                 22
7          Plaintiff's Exhibit 5                     24
           Plaintiff's Exhibit 6                     25
8          Plaintiff's Exhibit 7                     26
           Plaintiff's Exhibit 8                     27
9          Plaintiff's Exhibit 9                     28
           Plaintiff's Exhibit 10                    38
10         Plaintiff's Exhibit 11                    64
           Plaintiff's Exhibits 12, 13               67
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1              KANDY FATHEREE, of lawful age, called by the
 2         Plaintiff for the purpose of examination, as
 3         provided by the Rules of Civil Procedure, being
 4         by me first duly sworn, as hereinafter certified,
 5         deposed and said as follows:
 6                   EXAMINATION OF KANDY FATHEREE
 7         BY MR. TORCH:
 8    Q.   Good morning, Sheriff Fatheree.  We've met
 9         before.  I'm Stuart Torch.  I represent Stacy
10         Clark in a lawsuit against you and the County.  I
11         plan to address you as "Sheriff Fatheree" today.
12         Is that your preference?
13    A.   That is my preference.
14    Q.   Okay.  Have you given deposition testimony
15         before?
16    A.   Yes.
17    Q.   Okay.  Approximately how many times?
18    A.   I think four times.
19    Q.   Okay.  When was the most recent, if you know?
20    A.   June.
21    Q.   Do you recall what type of case that was?
22    A.   Yes, it's still in litigation.  It's Antonio
23         Williamson.
24    Q.   Can you say that again?
25    A.   I'm sorry.  It's still in litigation.  It's
```

5

1     Antonio Williamson.

2  Q.  And I know you attended Ms. Clark's deposition

3      last week and Mr. Reece went over the ground

4      rules of depositions.  I'll still go over them

5      briefly though, since you've testified before

6      though.  Hopefully these are familiar.

7          It's important that you answer the questions

8      verbally as opposed to shaking your head.  The

9      court reporter will be taking down everything

10     that you say and that I say today.

11         It's important that we don't speak over each

12     other, that I'll try to do my best to let you

13     finish your answer and then if you can do the

14     same, let me finish my question, that would be

15     preferred.

16         If you don't understand a question that I

17     ask, please just ask me to repeat it or rephrase

18     it, I'm happy to do that.  We can take breaks as

19     often as you like as long as there's no question

20     pending at the time.

21         Mr. Reece may object to some questions I ask

22     today.  You'll still have to answer unless he

23     instructs you though not to, okay?

24  A.  Yes, sir.

25  Q.  Okay.  Are you currently on any medication or do

1    you have any health condition that would impair

2    your ability to testify truthfully today?

3  A.  I take no medications.

4  Q.  And no health condition that would impair your

5    ability to testify truthfully?

6  A.  I have no health conditions.

7  Q.  Okay.  Wonderful.  Did you do anything to prepare

8    for your deposition today?

9  A.  I met with my attorney.

10  Q.  Okay.  And I don't want to hear what was

11    discussed with your legal counsel.  Did you

12    review any documents?

13  A.  No, I did not.

14  Q.  Can you give me your year of birth?  I don't want

15    your full birthdate.

16  A.  1958.

17  Q.  And because you're in law enforcement, I'm going

18    to -- I normally ask people their home address,

19    but I'm going to not ask for that now.

20        Are you currently married?

21  A.  I am.

22  Q.  And what's your spouse's name?

23  A.  Donald.

24  Q.  Last name?

25  A.  Fatheree.

7

1  Q.  How long have you been married?

2  A.  31 years.

3  Q.  Congratulations.  And is Donald employed?

4  A.  He's retired.

5  Q.  Okay.  What did he do before he retired?

6  A.  He was a Deputy Sheriff.

7  Q.  In Summit?

8  A.  In Summit.

9  Q.  Other than you and presumably Donald, does anyone

10     else live at your home address with you?

11 A.  No.

12 Q.  In terms of your educational background, what's

13     the highest level of a degree that you've

14     obtained?

15 A.  Actual degree is an associate's degree in

16     criminal justice, and I have some college credits

17     towards a bachelor's.

18 Q.  Do you recall what year you got the associate's

19     degree?

20 A.  Yeah.  2020.

21 Q.  From where?

22 A.  Eastern Gateway Community College.

23 Q.  Do you have plans to go for the bachelor's or not

24     sure?

25 A.  At this time and my age, probably not.

1  Q.  In terms of your employment history, I'm really

2      only interested in law enforcement related

3      employment.  I did look at your -- an old job

4      application that has other jobs on it, but in

5      terms of law enforcement related employment, can

6      you go through your employment history?

7  A.  In 1992 I went through the police academy.

8      Graduated in the fall, I think in August.  I was

9      commissioned with the Summit County Sheriff's

10     office as a Special Deputy.  I went part-time.  I

11     left the Sheriff's office in March -- in April,

12     I'm sorry -- April of '93.  I started part-time

13     for the Village of Lakemoore in April of '93, and

14     I worked with them until April of '95, part-time.

15     In April of '95, I went full-time with the Summit

16     County Sheriff's office.  I remained full-time

17     with the Sheriff's office retiring on December

18     31st of 2020.  I took office on January, I

19     believe, fourth of 2021, and I have remained in

20     office since then.

21 Q.  In terms of your time between 1995 and the end of

22     2020, do you know which, you know, what

23     promotions or ranks you received or obtained

24     during that time?

25 A.  Yes.  I was promoted to sergeant in 2003,

```
 1              lieutenant in 2007, and captain in 2016.
 2     Q.   And when you retired in 2021, you retired as a
 3          captain?
 4     A.   I did.
 5     Q.   Who are the top officials within the Sheriff's
 6          department?  Meaning, you know, who are the
 7          administrative heads that report directly to you?
 8     A.   Currently?
 9     Q.   Currently.  Name and position.
10     A.   Chief of Corrections, Timothy Miller, Chief of
11          Operations, Larry Brown, and Chief of
12          Administration, Bill Holland, my assistant,
13          Elizabeth Schlagel, Amy Corrigall Jones, who is a
14          liaison with myself and executive Ilene Shapiro.
15          I believe that's it.
16     Q.   Since you've been Sheriff what positions has
17          Larry Brown held?
18     A.   He was a deputy.  Retired.  I made him an
19          inspector, and then a chief.
20     Q.   Do you recall when you made him chief?
21     A.   I don't remember if it was December of '24 or
22          January of '25.
23     Q.   And same question about Scott Cottle, what roles
24          did he serve for you as Sheriff?
25     A.   When I took office, he was a captain.  He
```

```
 1        retired, and I made him a chief -- oh, I'm sorry.

 2        He was a captain, I made him a major and then he

 3        was a chief.

 4   Q.   What are the job duties of a major, at least the

 5        primary ones?

 6   A.   Very similar to a chief.  One step down, he was

 7        operations, so he handles everything -- he

 8        handled everything.  Patrol, court services,

 9        detective bureau, internal affairs, things like

10        that.

11   Q.   And what about a chief, what are the primary

12        duties of a chief?

13   A.   Well, I have three of them and each of them now

14        have separate duties.

15   Q.   All right.  Which chief role did Scott Cottle

16        have?

17   A.   Operations.

18   Q.   All right.  And as chief of operations, what were

19        Chief Cottle's primary duties?

20   A.   Most importantly, keep me abreast of everything

21        going on in the operations division.  Control

22        everything in that division from deputies and

23        civilians.  There is an order where they go to

24        the next supervisor up, which could be a civilian

25        supervisor or a sergeant.  And they may then
```

1    report to a lieutenant who would report to a

2    captain.

3         When Scott was made a chief, I did not make a

4    major in his position, but I did have the

5    inspector's position and the inspector reports to

6    -- reported to Scott, the chief.

7  Q. And when you say that Larry Brown took over or

8    became a chief in either late 2024 or early 2025,

9    did he assume the role that Scott Cottle had?

10 A. He assumed a portion of the role that Scott

11    Cottle did, yes.

12 Q. Can you tell me how the role is different than

13    when Scott Cottle held it?

14 A. Well, Scott also at some point was handling

15    administration as well, and I separated that out.

16    And so everything, administration, police

17    academy, training, policies, procedures, internal

18    affairs, were all moved to Chief Holland, who is

19    administration.

20 Q. Do you and Scott Cottle have some kind of family

21    connection, like connected through families

22    somehow?

23 A. Sort of.

24 Q. Okay.  How is that?

25 A. His sister over 20 years ago was married to my

1      brother-in-law, my husband's brother --

2  Q.  Okay.

3  A.  -- yeah.  So in short, he is my husband's

4      brother's ex-wife's brother.  Oh, my goodness

5      gracious.

6  Q.  You passed the test.  Good work.

7  A.  Sure did.

8              MS. ROYER:  We're done now.

9  Q.  What other categories of workers are in the

10     Sheriff's office?  I know there's deputies,

11     obviously, what else?

12 A.  We have civilian employees.

13 Q.  But does that cover it in terms of we have you at

14     the top, we have certain members of the

15     administration, you identified the chiefs and so

16     and so forth, other civilian employees,

17     deputies --

18 A.  If you're going on a pyramid, it would be me at

19     the top, and then my chiefs and Elizabeth and Amy

20     Corrigall Jones, they're at that same point.

21     Elizabeth works directly for me.  She does not

22     report to anybody else.  She does not do anything

23     other than as my administrative assistant.

24     Below the chief's then in corrections there's a

25     major, and then in both corrections and

```
 1        operations there is -- and administration, there
 2        is captains in both corrections and operations,
 3        sergeants in both corrections, operations, and
 4        deputies in both corrections and operations, and
 5        administration and in all three pieces,
 6        administration, corrections, and operations,
 7        there are civilian supervisors and then they
 8        supervise civilian employees.
 9    Q.  Is there a formal written work chart that exists?
10    A.  Yes.
11    Q.  Okay.
12    A.  That is required each year when I do my budget
13        and it's submitted to the County Executive and
14        county council.
15    Q.  When you were sworn in as Sheriff, you took an
16        oath of office?
17    A.  I did.
18                        -  -  -  -
19        (Thereupon, Plaintiff's Exhibit 1 was marked
20        for purposes of identification.)
21                        -  -  -  -
22    Q.  Handing you now what's been marked as Plaintiff's
23        Exhibit 1.  Is Plaintiff's Exhibit 1, a true and
24        accurate copy of the oath that you took when you
25        first assumed office as Sheriff?
```

```
 1   A.   That is correct.
 2   Q.   Okay.  And as part of your oath you swore to
 3        support and uphold the federal and state
 4        constitutions?
 5   A.   That is correct.
 6   Q.   Employees under your supervision conduct
 7        investigations from time-to-time, correct?
 8   A.   Yes.
 9   Q.   And for those investigations, is it your
10        expectation that the person or persons that are
11        looking into the matter, that they document what
12        they've done with the investigation?
13   A.   It would be my preference.
14   Q.   Proper documentation's an important part of an
15        investigation, right?
16   A.   Yes.
17   Q.   And when matters are documented for an
18        investigation you'd agree that it's important to
19        document what is happening, you know, close in
20        time or as close in time as possible to when the
21        matter's looked into right?
22   A.   When possible.
23   Q.   Okay.  I mean, that's preferred as opposed to
24        waiting months to document?
25   A.   It's preferred.
```

15

1    Q.  Turning our attention to special deputies for a

2        moment.  How would you define what a Summit

3        County Sheriff's office "Special Deputy" is in

4        your own words?

5    A.  A law enforcement volunteer.

6    Q.  And when you say "volunteer", are they ever not

7        paid for work they do?

8    A.  Yes.  There are times when they do things that

9        they are not paid for.

10   Q.  Would you say the majority of what they do though

11       is paid?

12   A.  No.

13   Q.  Can you give examples of unpaid volunteer work

14       performed by special deputies?

15   A.  Riding in parades, working parades, working at

16       the jail, transporting vehicles, working the

17       senior luncheons.  Periodically working at the

18       court services.  Could be working in patrol.

19       They could be helping with property.  I have

20       special deputies that volunteer 40 hours a week

21       in our narcotics division.

22   Q.  And again, when you say volunteer, you're using

23       that term to refer to unpaid service?

24   A.  That is correct.  Performing the duty of a law

25       enforcement officer without compensation.

16

1   Q. And when we say "without compensation", do you

2      mean without compensation from anybody or just

3      without compensation from the County?

4   A. In some cases it is with compensation from an

5      outside vendor, but in the cases that I just

6      described, they are uncompensated.

7   Q. When you worked as a Special Deputy I think that

8      was in the early nineties?

9   A. Back in '92 and '93.

10  Q. Yeah.  Were you compensated or did you do any

11     uncompensated work?

12  A. I did more uncompensated work than I did

13     compensated work.  That was the reason I needed

14     to go get a job because I needed money.

15  Q. Understood.  What are some examples of

16     compensated assignments that are available to

17     special deputies?

18  A. Traffic enforcement, construction, Blossom Music

19     Center, SRO at some locations.

20  Q. An SRO is a "School Resource Officer"?

21  A. School Resource Officer.

22  Q. Okay.

23  A. It could be working at a Giant Eagle or ACME or,

24     you know, I don't know, Kohl's.  You know I think

25     we do some compensated work at Summit Mall.

1   Q.  Uh-huh.

2   A.  I'm sure that there are a lot more, but I hire

3       somebody to handle that.

4   Q.  Who handles that?

5   A.  His name is Frank Damina(phonetic).

6   Q.  And what's his title?

7   A.  I don't know what his title is, but he handles

8       extra details.

9   Q.  Is he responsible then for coordinating with

10      these outside entities and vendors to see what

11      their needs are and what type of compensation

12      will be available?

13  A.  Yes.

14  Q.  The Sheriff's office appears to treat its special

15      deputies as independent contractors and not as

16      employees; is that correct?

17  A.  That would be correct.

18  Q.  Do you know why that is?

19  A.  Yes, because they're not employees, they receive

20      -- they're not an employee, they received no

21      compensation.  We don't pay into their retirement

22      fund at OPERS.  They're not offered

23      hospitalization.  They are reserve or volunteer

24      law enforcement.  And not every Sheriff in the

25      State of Ohio chooses to have special deputies.

```
 1   Q.   And as the Sheriff of Summit County, it's your
 2        decision as to who receives a commission to be a
 3        Special Deputy, correct?
 4   A.   That is correct.
 5   Q.   And it's similarly your decision when it comes to
 6        either rescinding or revoking such a commission?
 7   A.   That is correct.
 8   Q.   Is there a typical background that a Special
 9        Deputy, the Summit County Special Deputy has?
10        You know, for example, are they usually retirees
11        from either your agency or some other agency or
12        --
13   A.   They are retirees from our agency or some other
14        agency.  They are certified peace officers in the
15        State of Ohio.  And by being a Special Deputy,
16        working at -- you know, under my authority, we
17        supply them with the training that they need in
18        order to keep that certification each year.
19   Q.   What does that training generally consist of?
20   A.   The exact same training, at least a portion of
21        the training that all law enforcement officers in
22        the State of Ohio are required by the attorney
23        general and OPOTA.
24   Q.   What are some of the considerations that go into
25        your decision in terms of who gets to receive a
```

1        Special Deputy commission?

2   A.   There are a lot of different considerations.  It

3        just depends on the person, but were they -- are

4        they retired?  Were they a good officer?  Did

5        they have problems?  If they're coming from an

6        outside agency and I don't know them, we're going

7        to look at the background on most of them.

8   Q.   And if they left their prior agency in good

9        standing, that would be, I would assume, an

10       important criteria to consider?

11  A.   Well, certainly.

12  Q.   And the Sheriff's office has a written policy

13       regarding special deputies?

14  A.   I believe we do.

15                      -  -  -  -

16       (Thereupon, Plaintiff's Exhibit 2 was marked

17       for purposes of identification.)

18                      -  -  -  -

19  Q.   All right.  Sheriff Fatheree, I've handed you

20       what's been marked as Plaintiff's Exhibit 2.

21       Take a moment to look it over.  I only have one

22       or two questions about it though.

23  A.   Go ahead.

24  Q.   Is Exhibit 2 a true and accurate copy of the

25       Special Deputy Policy for Summit County Sheriff's

1      office?

2  A.  Yes, it is.

3  Q.  And if you look at the second page of the policy

4      in Roman numeral IIB, it says "the Sheriff

5      reserves the right to suspend or revoke any

6      commission or to reclassify any Special Deputy at

7      the Sheriff's discretion."

8  A.  That is correct.

9  Q.  And even though you have such discretion to

10     revoke commissions, would you agree that there

11     are certain -- or that it cannot do so for

12     certain unlawful reasons?  And I can give you an

13     example.  So you have discretion to revoke a

14     commission, but would you agree you couldn't do

15     it based upon the person's race?

16              MR. REECE:  Objection.

17 A.  I can revoke a commission for any reason that I

18     choose or no reason whatsoever.

19 Q.  So, it's your understanding you could revoke a

20     Special Deputy's commission because of the

21     person's race?

22 A.  Based on that comment, you could; however, I

23     wouldn't.

24 Q.  Do you have any understanding that if you did

25     revoke someone's commission based on their race

```
 1        if that would be a violation of law?
 2                    MR. REECE:  Objection.
 3   A.   Yes.  It would be a violation of law.
 4   Q.   Let's change gears for a minute and talk a little
 5        bit about Stacy Clark.
 6            Do you know for approximately how long you've
 7        known Ms. Clark?
 8   A.   Probably our entire careers, but actually known
 9        her was when she came to work for me when I was a
10        -- I think, I was a lieutenant when that
11        happened.
12   Q.   I mean, there was a time where you were both at
13        the deputy level working together, correct?
14   A.   I don't know that I ever worked with her before
15        as a deputy.
16   Q.   That was going to be my next question, I
17        conflated that.  I'm sorry.
18            Just to clarify, there was a time, to your
19        recollection, that you were both at the deputy
20        level, but you don't recall working with Ms.
21        Clark when you were a deputy?
22   A.   No, I don't believe I ever did.
23   Q.   And were you aware that Ms. Clark was assigned to
24        work as a detective in the last couple years of
25        her employment as a deputy before her retirement?
```

1    A.   I was aware.

2    Q.   Is being assigned to work as a detective, is that

3         considered to be a promotion or is that just a,

4         you know, like a prestigious type of assignment?

5    A.   It's a preferred or prestigious assignment, but

6         it is still a --

7    Q.   Still a deputy?

8    A.   A deputy is a deputy is a deputy regardless of

9         what it is that they do.

10   Q.   Got it.  What is the "Top Cop" recognition?  What

11        is that?  Are you familiar with that?

12   A.   Yes.

13   Q.   What is that?

14   A.   That is the designation that is given to

15        predominantly every Sheriff in the State of Ohio.

16        I think every Sheriff in the country is known as

17        the Top Cop.  In other words, there is no law

18        enforcement entity at the state level that has

19        more authority in that county than the Sheriff.

20                  -   -   -   -

21        (Thereupon, Plaintiff's Exhibits 3, 4 were

22         marked for purposes of identification.)

23                  -   -   -   -

24   Q.   Sheriff Fatheree, I've handed you what's been

25        marked as Plaintiff's Exhibit 3.  If you want to

1    take a moment to look at it.  And I guess at the

2    same time, I'm also going to give you Plaintiff's

3    Exhibit 4, because I think it's basically the

4    same topic.

5        Is Top Cop -- because you gave me one

6    definition a moment ago -- but is Top Cop as used

7    in Exhibits 3 and 4, is that some kind of award

8    or recognition that's given out by the Sheriff's

9    office?

10  A.  No.  No, it's not given out by the Sheriff's

11   office.  It's given out by the prosecutor's

12   office.

13  Q.  Do you know how frequently this is given out?

14  A.  No, I don't follow the prosecutor's office.  I

15   don't follow Facebook.  Sorry.

16  Q.  I would say it's a healthy thing not to follow

17   Facebook.  Otherwise, keep my mouth shut.

18       Exhibit 4 is a letter that you signed,

19   correct?

20  A.  Yes.  That's my signature.

21  Q.  Okay.  I mean, do you recall this?  This was in

22   October of 2021, do you recall sending, at the

23   time then Detective Clark, this letter notifying

24   her that she'd been named a Top Cop in the month

25   of September by the prosecutor's office?

24

```
 1    A.   Not until you showed it to me.

 2    Q.   Okay.  And I'm assuming as the Sheriff you're not

 3         the one who does the posting on Facebook, right?

 4    A.   Oh, I absolutely do not.

 5    Q.   Okay.  Do you recall a time when Ms. Clark

 6         notified your administration that she was

 7         planning to retire?

 8    A.   Yes.

 9                      -  -  -  -

10         (Thereupon, Plaintiff's Exhibit 5 was marked

11          for purposes of identification.)

12                      -  -  -  -

13    Q.   Sheriff Fatheree, I'm handing you what's been

14         marked as Plaintiff's Exhibit 5.  And just for

15         the record, Plaintiff's Exhibit 5 is two

16         different documents.  It appears to be an email

17         from October 15th from Ms. Clark to you and Donna

18         George informing you of her plans to retire.  And

19         then a letter from you and under your name signed

20         by Donna George receiving and accepting that

21         notice of retirement effective November 30th,

22         2021; is that accurate?

23    A.   This is accurate.

24    Q.   Okay.  And who is Donna George?

25    A.   She was our director of administration for human
```

```
 1              resources.

 2    Q.   Until when, approximately?

 3    A.   '22 or '23.  I don't remember which year.

 4    Q.   I won't hold you to it if you don't know.  That's

 5              okay.

 6                        -  -  -  -

 7              (Thereupon, Plaintiff's Exhibit 6 was marked

 8               for purposes of identification.)

 9                        -  -  -  -

10    Q.   I've handed you what's been marked as Plaintiff's

11              Exhibit 6.  This appears to be a form that so --

12              that was submitted by the Sheriff's office to

13              OPOTA regarding Ms. Clark's retirement, and

14              there's a box check that says retirement --

15              "service retirement in good standing" in the

16              middle.  Do you see that?

17    A.   I do.

18    Q.   Okay.  Did I describe this document accurately?

19    A.   Yes.  It's the separation from service document

20              for OPOTA and Dave Yost.

21    Q.   And Stephanie Bauer, this was a secretary, she's

22              a secretary who worked for or works for the

23              Sheriff's office?

24    A.   She was a secretary who worked in human resources

25              for Donna George.
```

1    Q.    Okay.

2                        -   -   -   -

3           (Thereupon, Plaintiff's Exhibit 7 was marked

4           for purposes of identification.)

5                        -   -   -   -

6    Q.    Sheriff Fatheree, I have handed you what's been

7          marked as Plaintiff's Exhibit 7.  This appears to

8          me to be a notice of several things related to --

9          at the time Detective Clark's retirement, but

10         then also confirmation that she'll be sworn in as

11         a Special Deputy, basically right after her

12         retirement on December 1st, 2021; is that

13         accurate?

14   A.    That's what it says here.

15   Q.    Okay.  I mean, do you recall swearing in Ms.

16         Clark as a Special Deputy on or about December

17         1st, 2021?

18   A.    Not specifically, no.

19   Q.    Are you the one who does the swearing in of the

20         specials?

21   A.    Normally.

22   Q.    Okay.  Do you have any reason to doubt that it

23         happened?

24   A.    No.  I just don't remember.

25                        -   -   -   -

1          (Thereupon, Plaintiff's Exhibit 8 was marked

2          for purposes of identification.)

3                              -  -  -  -

4   Q.   And Exhibit 8, which I'm handing you, appears to

5        be just a related document that has your name on

6        it; is that accurate?

7   A.   I'm sorry, what was the question again?

8   Q.   Yeah.  Just to get this document in the record.

9        Exhibit 8, appears to me to be related to Exhibit

10       7 insofar as it involves memorialization of

11       adding Ms. Clark to the Summit -- the roles as a

12       Summit County Special Deputy on November 30th,

13       2021; is that accurate?

14  A.   That's what it says here.

15  Q.   Okay.  And you didn't sign this letter, it looks

16       like Stephanie Bauer signed this one, right?

17  A.   She did.

18  Q.   Okay.  During the time that Ms. Clark worked as a

19       Special Deputy, when she was working, did you

20       have any awareness of the types of assignments

21       that she specifically was working?

22  A.   No.

23  Q.   I'm sorry, you said "no"?

24  A.   No.

25  Q.   Are you aware that the Sheriff's office tracks

1            assignments in a database for Special Deputies?

2   A.    Yes.   For all deputies that work extra jobs, it's

3           through Detail Kommander.

4                          -   -   -   -

5              (Thereupon, Plaintiff's Exhibit 9 was marked

6               for purposes of identification.)

7                          -   -   -   -

8   Q.    All right.   Sheriff Fatheree, you've been handed

9           what's been marked as Plaintiff's Exhibit 9.

10          I'll just represent for the record that this was

11          a -- and I apologize for the small font here, but

12          I wanted to get it all on just a few pages -- but

13          this was a printout of a spreadsheet that I

14          received in discovery from your legal counsel

15          that purported to have the assignments that Ms.

16          Clark worked while she was a Special Deputy.   I

17          am --

18                          MS. ROYER:   Is there Bates

19              numbering.

20                          MR. TORCH:   No, because it was an

21              Excel file.

22  Q.    I'm assuming you've not seen this particular

23          document before?

24  A.    No, I have not.

25  Q.    Okay.   But consistent with what you testified

```
1      about a moment ago, that through Detail
2      Kommander, these records are maintained by the
3      Sheriff's office, it would not surprise you that
4      this document was provided to me from your
5      office?
6   A. No, it would not surprise me.
7   Q. Okay.  And you told me a few minutes ago about
8      Frank Damina, that he handles the extra details.
9      Is it likely Frank Damina would have access to
10     this database?
11  A. Yes.
12  Q. How long has Frank Damina had this role,
13     approximately?
14  A. I believe sometime in 2024 or 2020 -- late 2023.
15     I don't recall.
16  Q. All right.  In 2024, you ran for reelection as
17     Summit County Sheriff, right?
18  A. That is correct.
19  Q. And you ran as a Democrat?
20  A. Yes, I am a registered Democrat.
21  Q. I'm just curious, did anyone run against you in
22     the primary?
23  A. Yes.
24  Q. Okay.
25  A. Oh, in 2024?
```

1  Q.  In 2024?

2  A.  No.

3  Q.  Okay.  There was an uncontested primary, but then

4      there was a contested general election?

5  A.  That's correct.

6  Q.  And in the general election, my understanding is

7      Shane Barker ran as a Republican in the 2024

8      general?

9  A.  That is correct.

10 Q.  Is there anyone else that ran in that general as

11     an independent or other party?

12 A.  No.

13 Q.  And election day in 2024 was Tuesday, November

14     5th, if that sounds right?

15 A.  Sounds right.

16 Q.  Okay.  Do you recall answering written discovery

17     responses in this case?

18 A.  Yes.

19 Q.  Okay.  There was an interrogatory that was asked

20     of you about when you learned about Stacy Clark

21     attending Shane Barker's election day or evening

22     party on November 5th.  And you wrote that you

23     learned this on November 7th, 2024.  Does that

24     sound correct?

25 A.  The Thursday following, yes.

1   Q.   Okay.  And that you said it was Chief Scott

2        Cottle who told you this in person?

3   A.   That is correct.

4   Q.   Did Scott Cottle share with you how he learned

5        that Ms. Clark attended this event?

6   A.   No, he did not.

7   Q.   Did you ask him?

8   A.   No.

9   Q.   What was your reaction to learning this news?

10  A.   It didn't surprise me.

11  Q.   Why didn't it surprise you?

12  A.   Because Stacy and I have never liked each other.

13       We've always had a pretty contentious

14       relationship, and I had already made the decision

15       that I was going to terminate her commission,

16       rescind it, so her being there didn't surprise me

17       at all.

18  Q.   You had not shared with her though at that point

19       that you had made that decision, correct?

20  A.   No, I had not.

21  Q.   And when you say that you and Stacy didn't like

22       each other, that didn't prevent you from

23       appointing her or commissioning her to be a

24       Special Deputy, correct?

25  A.   The only reason why I did it was to get her to

1      retire and get out of the detective bureau, and

2      Scott talked me into it.

3  Q.  I guess let's talk about that for minute.  What

4      do you recall about that conversation with Scott

5      Cottle about having incent -- I guess,

6      incentivizing Stacy to retire as a detective?

7  A.  He came to me and told me that she wanted to

8      retire.  He wanted her out of the detective

9      bureau.  She was on the Brady list --

10                  REPORTER:  What list?

11  A.  Brady list.  It's a list when you've been

12      deceitful.  Anyway, she was on the Brady List.

13      She wasn't doing very well there.  And he wanted

14      her out because he wanted to be able to have that

15      position for somebody that could actually do the

16      job.  He asked me if I would give her commission,

17      and we told him no.  And we discussed why, and he

18      knows my belief.

19          I believe her -- that Stacy is a liar and a

20      thief, and I didn't want her -- but Scott really

21      wanted her out of there and asked me if I would

22      consider going ahead and giving her a commission.

23      My comment to him was I would give her a

24      commission; however, out of sight, out of mind,

25      the first time that she popped in front of me,

1      she was out of there.

2          And in October of 2024, she popped in front

3      of me and I made the decision that she was going.

4      When I took office in 2021, I basically -- I

5      tried to give everybody a clean slate and tried

6      to set aside personal feelings or attitudes, and

7      I, in fact kept that promise.  Despite

8      reservations, I gave her a commission.

9   Q.  When you said a moment ago that you believe Stacy

10      to be a liar and a thief, what is your basis for

11      believing that?

12  A.  Well, that's simple.  It started in 2008.  July

13      4th through September 12th, I was in Quantico,

14      Virginia at the FBI Academy.  I was the commander

15      of court services.  Stacy was a deputy working in

16      civil -- in the civil division.  And her job was

17      to come in each day, get papers from the court

18      and serve them throughout her designated area in

19      Summit County.  While I was gone, deputy Tom

20      Krznarich was assigned to keep track of mileage

21      on vehicles.  Stacy had a relatively new car, and

22      it was assigned to her, and it was a take-home

23      car.  And while I was away, when I came back, Tom

24      explained to me that in the course of one month

25      that Stacy had only driven approximately 50 miles

```
 1            on her car.
 2                She had not had any problems with her car.
 3            It was not in the shop.  It was, in fact, from
 4            her home to the office and back, if she just went
 5            to the courthouse and back each day, she still
 6            would've drove more than 50 miles in a 20-day
 7            working period.  And for two months, she had
 8            barely driven any miles at all.
 9                And so I, taking that information determined,
10            and through some information, talking to some of
11            the other deputies that were working civil
12            process, I went to the Sheriff and told the
13            Sheriff that I believed that Stacy Clark was --
14            had forged her paychecks, that she was putting
15            down, that she was going to work when she, in
16            fact was not, that she was going from her home
17            out to her driveway, to her car, calling into
18            service and never leaving her home.
19                And when we looked at the number of papers
20            that she had served, she had served virtually
21            nothing.  So my opinion is that you are a liar
22            and a thief.
23       Q.   You say you reported this to the Sheriff.  Do you
24            know if there was ever an investigation, any
25            discipline?
```

1   A.   Sheriff Drew Alexander was given everything that

2        there was, and he chose to let her go and told

3        her to basically -- him or Gibbons -- Chief

4        Gibbons told her to basically, we're going to

5        give you a pass, but don't do this again.  That

6        was the first thing.

7             The second time that I know her to be both a

8        liar and a thief was in the summer of two

9        thousand and -- I think it was the summer of

10       2009, she was -- I received a phone call --

11       actually, Lori Campbell, who was the civilian

12       supervisor of the civil division, received a

13       phone call from an attorney asking where his

14       money was from a client that was ordered by the

15       court.  And upon investigation I sent Sergeant

16       Jerome French out to the property, which was I

17       believe a trucking company over on Waterloo Road

18       and 224.

19            When he went, the man told him that Stacy had

20       been there in June, had collected the -- it was

21       over $800 in cash -- that she had injured her

22       foot, and he had to help her to her car.  Stacy

23       had, in fact, called in in June and said that she

24       had injured her foot and that she would not be

25       returning.

1        We sent -- I believe it was, Dave Bailey,

2    that we sent Deputy Dave Bailey to her home to

3    pick up all the documents that she had that day.

4    She was out on injury leave.

5        When we received the phone call a month or so

6    later from the attorney saying that he had

7    received his money, and we sent it out, I sent

8    out Sergeant French and he found out that he had,

9    in fact, given her the money.  We started trying

10    to call Stacy and had -- received no answer.  So

11    I called her ex-husband, Ed Watchee(phonetic) who

12    told me that she was in Florida on vacation.

13    So we had to wait till she came back from

14    vacation.

15        The day that she came back from vacation, we

16    contacted her and told her that we needed the

17    money and we were sending somebody to her home.

18    And she said that she wasn't there and that she

19    would bring it in.  Now, that was in the morning.

20    She didn't bring it in until, well after 5:00 in

21    the evening, that evening, and she gave it to

22    Lori Campbell.

23        She used the excuse that she had somehow --

24    the writ and the money had somehow been displaced

25    in her cruiser all that time.  So --

```
1    Q.   And this was discussed during Ms. Clark's

2         deposition last week on this incident, correct?

3    A.   Yes.

4    Q.   Okay.  And this is one for which she received

5         discipline?

6    A.   No.

7    Q.   There was no discipline.  Okay.

8    A.   I don't believe that they ended up

9         disciplining -- I think that she got a, maybe a

10        written warning or something.

11   Q.   Okay.  Some low form of discipline?

12   A.   Yes.   And then when you add all the other issues

13        that happened under my command when she was

14        working at the DD Board and leaving her post and

15        putting in for time that she didn't work, I don't

16        know what you call it, but I call that being a

17        thief.

18   Q.   When Scott Cottle shared with you that he learned

19        that Ms. Clark attended Shane Barker's election

20        night event, did he share with you information

21        about anyone else who attended that event?

22   A.   Yes.

23   Q.   All right.  Who else did he tell you was at that

24        event?

25   A.   Gina Whitmore, I believe Dave Hills, Greg Taylor,
```

38

```
 1          Teresa Hill, Jerome Hill.  That's all I can think
 2          of at the moment.
 3     Q.   All right.  So Greg Taylor was also a Special
 4          Deputy?
 5     A.   He was.
 6     Q.   Okay.  What about the others that you've
 7          mentioned?  Were any of them Special Deputies?
 8     A.   Gina Whitmore is a Special Deputy.  Dave Hills is
 9          a Special Deputy.  Jerome Hill and Teresa Hill
10          are both full-time deputies, employed.
11     Q.   Gina Whitmore, Dave Hills, you say they are
12          Special Deputies, were they at that time?
13     A.   Yes.
14     Q.   And Special Deputies for Summit County?
15     A.   Yes.  I gave them commission.  Their commission
16          is under me.
17                         -  -  -  -
18          (Thereupon, Plaintiff's Exhibit 10 was marked
19            for purposes of identification.)
20                         -  -  -  -
21     Q.   Okay.  Now, you've been handed what's been marked
22          as Plaintiff's Exhibit 10.  This is a two-page
23          document, a cover email, and then a letter that
24          was, looks like it was sent to Ms. Clark by
25          Michelle Miku --
```

```
 1   A.   Mikulin.

 2   Q.   Mikulin from your office informing Ms. Clark

 3        effective November 18th, 2024 that her commission

 4        was rescinded; is that accurate?

 5   A.   That is correct --

 6   Q.   All right.  And this --

 7   A.   -- that's what it says.

 8   Q.   And this notice went out under the signature of

 9        Captain Richard Paolucci?

10   A.   Yes.

11   Q.   Okay.  And this was your decision though that was

12        being effectuated by Lieutenant Paloucci,

13        correct?

14   A.   Yes.  Captain Paolucci.

15   Q.   Captain Paolucci.

16   A.   He wouldn't appreciate it if you took him

17        backwards.

18   Q.   Understood.  In your written discovery responses,

19        you wrote that you had made this decision back on

20        October 28th, 2024; is that correct?

21   A.   That is correct.

22   Q.   And that you wrote that you had discussed this

23        decision with Scott Cottle and Larry Brown?

24   A.   That is correct.

25   Q.   Okay.  When you had these discussions with Cottle
```

```
 1              and Brown, were they both present at the same

 2              time or did you have separate discussions?

 3    A.   They were both in my office.

 4    Q.   Okay.  And what do you recall from those

 5              discussions?

 6    A.   Larry Brown was bringing me up to date on the

 7              follow-up from the phone call that I had received

 8              on October 16th.  He stated that he had spoke

 9              with the superintendent from Twinsburg schools

10              and they were unhappy with Stacy's performance

11              and they wanted her removed.  They wanted Deputy

12              Lee.

13    Q.   Bill Lee?

14    A.   Deputy Bill Lee.

15    Q.   And when you say the call that was left for you

16              on October 16th, is that the voicemail that was

17              given to us in discovery from, I think, the

18              principal?

19    A.   That's correct.

20    Q.   And I believe in the discovery responses, we'd

21              asked if there were any notes or emails or text

22              messages or anything to memorialize these

23              discussions or decisions, and the answer was

24              none; is that accurate?

25    A.   That's accurate.
```

1            MR. TORCH:  Let's go off the record

2        one second here.

3                    -  -  -  -

4        (Thereupon, a discussion was had off the

5        record.)

6                    -  -  -  -

7    BY MR. TORCH:

8    Q.  Sheriff Fatheree, I'm going to play for you in a

9        moment, a voicemail that was produced to us by

10        your legal counsel in discovery purporting to be

11        a voicemail left for you by Principal Misty

12        Johnson from one of the elementary schools in

13        Twinsburg.  After we listen to it, I'll ask you a

14        few questions about it.  Okay?

15    A.  Okay.

16                    -  -  -  -

17                (Below is audio recording)

18                    -  -  -  -

19            Hi, Sheriff Fatheree, my name is

20        Misty Johnson.  I'm the principal at Samuel

21        Bissell Elementary School in Twinsburg,

22        Ohio.  I just wanted to leave a message for

23        you just to tell you how much I really

24        appreciated Deputy Lee and Deputy Hall here

25        at Samuel Bissell Elementary School.

1           We currently have Deputy Stacy as

2      our SRO, and she's been out for a period of

3      time -- I'm sure you're aware of all of

4      that -- but I just cannot say enough about

5      Deputy Lee.  I mean, he's just so

6      professional, he's just so official but yet

7      caring, and he just fit right into our

8      days, every day, just as if he was just a

9      part of our team.  And I just wanted you to

10     know how much I appreciate him being here

11     as well as Deputy Hall who filled in on the

12     days that Deputy Lee wasn't here.  Again,

13     just so professional.  These guys really

14     stepped in, they did a great job here with

15     us.  We're going to miss them so very much

16     here at our school.

17          And I just had to pick up the

18     phone and tell you what a great job those

19     guys have done for us here at Samuel

20     Bissell Elementary School.

21          Our staff loves them, our students

22     love them, and our administration loved

23     them, including myself, and they will very

24     well be missed when they're done.

25          I think Stacy is returning on

```
 1              September 28th, but I just wanted to let

 2              you know how much we appreciate their work,

 3              how much we love working with them, and the

 4              teamwork which is just awesome, just every

 5              day awesome.

 6                   Again, my name is Misty Johnson.

 7              I'm the principal here at Bissell in

 8              Twinsburg, and my number is (330)486-2101.

 9              Thank you so much.  Bye-Bye.

10                      -   -   -   -

11                   (Recording ended)

12                      -   -   -   -

13      BY MR. TORCH:

14      Q.  So, first question is that, are we talking about

15          the same voicemail?

16      A.  Yes.

17      Q.  Okay.  I see on your phone it looks like you're

18          reading a transcript of the voicemail?

19      A.  Yeah.

20      Q.  Okay.

21      A.  I received that voicemail on October 16th, 2024

22          at 1:54 PM.

23      Q.  All right.  I'll ask that you preserve that

24          voicemail for the foreseeable future in case we

25          need to --
```

44

```
 1   A.   Absolutely.

 2   Q.   -- get any metadata from it.  Thank you.

 3             In that message that we just listened to from

 4        Ms. Johnson, what I heard was her praising Deputy

 5        Lee and Deputy Hall when they had come to fill in

 6        for Ms. Clark; is that correct?

 7   A.   That's what she said.

 8   Q.   Okay.  I did not hear her say anything negative

 9        in that voicemail about Stacy Clark.  Is that --

10   A.   No, she didn't.  She didn't have to.

11                     MR. TORCH:  All right.  I think

12             I'm at a good breaking point.  Let's take a

13             break.  Take five or ten minutes.

14                          -  -  -  -

15                  (Thereupon, a recess was had.)

16                          -  -  -  -

17   BY MR. TORCH:

18   Q.   I think you had used the term previously about

19        Stacy popping back up on your radar; is that

20        correct?

21   A.   That is correct.

22   Q.   And it was this voicemail we just listened to

23        from Misty Johnson that caused Stacy to pop up on

24        your radar?

25   A.   That's correct.
```

1   Q.  Okay.  And after you met with Cottle and Brown in

2       late October to discuss Ms. Clark you had

3       indicated that it was that time that you made the

4       decision to -- I don't know which word is

5       right -- rescind or revoke her commission?

6   A.  It was the same.

7   Q.  Okay.  But that's --

8   A.  I took her commission.

9   Q.  Okay.  At any point in this process, do you know

10      if either you, Cottle, Brown, or anyone spoke to

11      Stacy Clark about these concerns?

12  A.  No.  I have no idea what they did.  I did not

13      speak with her.

14  Q.  To your knowledge, you're not aware of anyone

15      that spoke to her about these issues?

16  A.  Not to my knowledge.

17  Q.  And so if you can articulate for me then what

18      were the reasons that you say that in late

19      October of 2024, you made the decision to rescind

20      Ms. Clark's commission?

21  A.  Well, when I received the phone call from Misty

22      Johnson, it reminded me of what had happened from

23      the DD Board back years before when I was the

24      lieutenant.  People generally do not call and

25      gush over deputies -- not that they don't, but

1    they don't usually call me -- so for her to call

2    me, it raised a concern.

3        I said something the following week or maybe

4    even that day to, I believe, Scott, Chief Cottle

5    about receiving the phone call and asked him to

6    look into it.

7        It was brought to my attention then on the

8    28th in a meeting when Inspector Brown and Chief

9    Cottle came to my office and said they needed to

10   talk to me about Stacy Clark.

11 Q.  Okay.  And what do you recall them talking to you

12   about in that meeting?

13 A.  Chief Brown or Chief Cottle told me that --

14   Inspector Brown had spoke to the superintendent,

15   that apparently the superintendent had

16   communicated with him that they didn't want

17   Stacy, that she -- they didn't really know what

18   an SRO was supposed to do until after they got

19   deputies Hall and Lee there.  And then they

20   realized what an SRO should have been doing and

21   they wanted to remove Stacy.

22       They were under the impression that I was the

23   only person that could remove her from that job.

24   And Inspector Brown told me that he had relayed

25   to the superintendent, that they were the

1    employer, they were paying them, we were just

2    supplying the body, and they wanted to change her

3    out.

4         It was also my understanding during that

5    conversation that Misty Johnson had gone to the

6    superintendent about concerns and complaints from

7    teachers.  I don't know what all was said -- I

8    don't recall what all was said, but there were

9    multiple concerns and complaints.  And my history

10   knowing all the things that Stacy had done when

11   she worked for me when I was a lieutenant, I just

12   figured that Stacy was back to her same old

13   habits of not doing her job and not being where

14   she's supposed to be.

15        And I told them at that point that they could

16   replace her position with Deputy Lee or Hall.  I

17   didn't really care who and that I was going to

18   take her commission.  I had planned on taking her

19   commission that day.

20        I believe it was Scott that said I might want

21   to consider waiting until after the election

22   because there was so much baloney being spread,

23   inaccurate information that there was no reason

24   for me to do it beforehand so that I would

25   minimize more drama from the election -- because

1    there was certainly a lot of that going on.  So I

2    told them that I would wait until after the

3    election.

4         And then after the election, when Chief

5    Cottle and Chief Nicholas came into my office to

6    tell me that they were both going to retire at

7    the end of the year, is when Chief Cottle told me

8    about the election night party, and I told him, I

9    said, "Well, start the paperwork".  I had already

10   made the decision the week before.

11  Q.  And just again to confirm there was no desire on

12      your part for anybody to talk to Stacy, get her

13      side of any accusations or anything?

14  A.  I already told you that I believe her to be a

15      liar and a thief, why would I even consider

16      anything she had to say.

17  Q.  If, as you say, the Twinsburg schools wanted to

18      change, it was their decision if they wanted a

19      change --

20  A.  They're paying the bill.

21  Q.  And I guess I'm just curious, why could Stacy not

22      have kept her commission to work elsewhere?  You

23      know, she could work, Blossom, work parades, do

24      other things, simply because Twinsburg didn't

25      want her to be an SRO, why couldn't she keep her

```
 1           commission to do other things?
 2     A.    I don't trust Stacy Clark.  She makes a decision
 3           that's wrong, I'm the one that gets sued.  I hold
 4           the commission.  That means that I also hold the
 5           responsibility that goes with it.  If she makes a
 6           bad decision, if any Special Deputy makes a bad
 7           decision, it is the Summit County Sheriff and the
 8           Summit County Executive or County of Summit that
 9           gets sued for it.  Since it's -- I'm the one
10           assuming that liability, why would I want to?
11           I did not want to assume the liability for her
12           any longer.  I believed her to be up two of her
13           old tricks, and I was done with her.
14                Had it not been for Scott Cottle and Larry
15           Brown in November of 2021 by talking me into
16           giving her a commission, she would've never got a
17           commission.
18     Q.    Larry Brown was also one who advocated for her to
19           get a commission?
20     A.    He was the Inspector and he was sharing that
21           information with Chief Cottle.
22     Q.    To your knowledge, has the Sheriff's office or
23           have you ever been sued for the actions of a
24           Special Deputy?
25     A.    I don't know.  There's so many lawsuits.
```

50

1    Q.   Ms. Clark filed her lawsuit in this case on

2         January 21st, 2025.  Do you recall learning about

3         the lawsuit around that time?

4    A.   After she filed it, yes.

5    Q.   After you learned of the lawsuit, did you ask

6         Larry Brown to put together documents containing

7         reasons for why Ms. Clark's commission was

8         rescinded?

9    A.   No, I would've done what is typical with every

10        lawsuit.  I would've ordered everyone to gather

11        -- start gathering all the information pertaining

12        to them and preserve it.

13   Q.   Do you have a general understanding about what

14        Ms. Clark is alleging in her lawsuit?

15   A.   Yes.

16   Q.   Okay.  What is that general understanding?

17   A.   She believes that she lost her commission because

18        she supported my opponent.  That's just blatantly

19        a lie.

20   Q.   Do you have --

21   A.   It's not true.

22   Q.   Do you have an understanding that political

23        speech and political association are rights that

24        are protected by the First Amendment?

25   A.   Absolutely.  But that had nothing to do with my

1    reason for taking her commission.

2  Q.  Back to Greg Taylor who we talked about a little

3      bit ago.  I asked in some discovery requests what

4      the reasons were for rescinding his commission,

5      and tell me if this is right, I think you wrote

6      that he'd engaged -- or his wife had engaged in

7      harmful and degrading social media posts, and

8      then there was also associated trust issues that

9      you had with Greg Taylor; is that accurate?

10  A.  That's accurate.

11  Q.  I'm going to ask more about those reasons in a

12      minute, but were there any other reasons

13      regarding Greg Taylor?

14  A.  Just, I no longer trusted him --

15  Q.  Well --

16  A.  -- and I really got tired of listening to his

17      wife and her mouth.

18  Q.  And that's my question because I have no idea,

19      what did his wife say or post on social media?

20  A.  It was brought to my attention that she was

21      making just general derogatory comments about me

22      in the office.  She has over the years made

23      comments ever since -- pretty much ever since I

24      was elected.  She has just made comments that

25      were disparaging.  So it had been going on for a

52

```
 1            period of time.
 2   Q.  Do you know if either you or anybody else, you
 3        know, made screenshots or otherwise saved copies
 4        of these posts?
 5   A.  No.  I'm not sure if they anybody did.  I don't,
 6        I already told you I don't get on social media,
 7        so I don't.  No.
 8   Q.  Who brought it to your attention then that she
 9        was posting things?
10   A.  Jennifer Klein.
11   Q.  Who's that?
12   A.  She's an employee and a good friend with Patty
13        Taylor.
14   Q.  Patty Taylor is Greg's wife?
15   A.  Patty Taylor is Greg's wife.
16   Q.  Do you recall any specifics of what was in these
17        posts that, you know, were -- I know you didn't
18        see them, but that was relayed to you?  What was
19        in them?  The content?
20   A.  Not at the moment, I don't recall.
21   Q.  Is Patty Taylor a Summit County resident, to your
22        knowledge?
23   A.  No, she is not.  She's a Portage County resident,
24        so is Greg Taylor.
25   Q.  Do you have any understanding as to whether Patty
```

```
 1           has rights to be critical of elected officials,

 2           whether in her county or otherwise?

 3     A.    She can say whatever she wants.

 4     Q.    In terms of the trust issues then that you also

 5           referenced about Greg Taylor, can you explain to

 6           me what those were?

 7     A.    Greg Taylor is pretty passive.  He has an

 8           extremely vocal and aggressive wife.  I know that

 9           he has been friends with Barker, Shane Barker,

10           since they were kids.  I've always known that.

11           When the election was taking place, Shane Barker

12           was -- he and people assisting him were attacking

13           individual deputies within the organization

14           publicly.  They were publicly attacking them,

15           disparaging individuals within the organization.

16                And I felt that if Greg agreed with attacking

17           the very people that he would be working beside,

18           who would possibly have to back him up or he

19           backed them up in a critical situation, I was not

20           comfortable that he would make the right

21           decision, so I questioned his judgment.

22                I didn't trust that he would make the right

23           decision, and I was no longer willing to accept

24           the liability and responsibility if he did make a

25           bad decision.
```

54

1   Q.  Do you know if Greg -- because if you're talking

2       about Shane Barker and people associated with him

3       engaging in what you've described as public

4       attacks -- do you know specifically if Greg

5       Taylor had made any of those attacking comments

6       about deputies?

7   A.  If he personally did?

8   Q.  Yes.

9   A.  No, I have no idea.

10  Q.  Okay.  You knew that he was associated with Shane

11      Barker and in your mind made that connection?

12  A.  Yes.

13  Q.  Do you know why Greg Taylor's commission was

14      rescinded the same day as Stacy Clark, November

15      18th?

16  A.  No.  I don't even believe I was in the state at

17      that time.

18  Q.  And as you sit here today, you're not aware of

19      any documents that exist regarding the reasons or

20      the decision making related to rescinding Mr.

21      Taylor's commission?

22  A.  I'm not aware of any at this moment.  There may

23      be some, I don't know.  I have no idea what all

24      was.

25  Q.  I mean, do you know if there were documents who

55

```
1         would have them, or who would likely have them?
2         Would it be Larry Brown or someone else?
3    A.   I don't know.  I imagine you could probably go on
4         Facebook and get them.  I don't know that that
5         stuff disappears, does it?
6    Q.   I'm simply asking about things that the Sheriff's
7         office collected.  You know, I guess, I'm sure I
8         can collect things from other sources, but I'm
9         just curious what the Sheriff's office has.
10   A.   I have no idea what we have.
11   Q.   Okay.  We've talked today about you rescinding
12        the commissions of Ms. Clark and Mr. Taylor.
13            Since you've been Sheriff are there any other
14        Special Deputy commissions that you have hold?
15   A.   Since I've been Sheriff?
16   Q.   Yes.
17   A.   Yes.
18   Q.   Okay.  Approximately how many?
19   A.   I don't know, but I could say there's one
20        gentleman that was a former Cuyahoga Falls police
21        officer that had a commission in the -- I don't
22        know, first year that I was Sheriff, we had a
23        citizen's complaint about him making derogatory
24        comments while he was in uniform about me, I
25        believe there may be some paperwork on it, I
```

```
 1         can't even remember his name, but I took his
 2         commission.
 3    Q.   Do you know if there was any investigation that
 4         was conducted into --
 5    A.   That individual?  I believe that there may have
 6         been because it was a citizen's complaint --
 7    Q.   Okay.
 8    A.   -- and citizen's complaint generally is -- they
 9         investigate them.
10    Q.   Are you aware of any derogatory comments that Ms.
11         Clark made about you before you rescinded her
12         commission?
13    A.   No.
14    Q.   Okay.  Are there any other instances or events
15         that you recall where you pulled someone else's
16         Special Deputy commission?
17    A.   Not that I can recall at the moment.
18    Q.   And we've talked before already that you did not
19         speak with Ms. Clark about the decision to
20         rescind her commission, right?
21    A.   That is correct.
22    Q.   Are you aware that she tried to call you on a
23         couple occasions to try to talk to you about it?
24    A.   Yes.
25    Q.   Okay.  Why didn't you call her back?
```

1  A.  I already told you I believe her to be a liar and

2       a thief, and I'd already made that decision,

3       there was no need for us to have any

4       communication whatsoever.

5  Q.  But at the time she was trying to reach out to

6       you leaving messages.  You were aware at that

7       time that she was making those attempts?

8  A.  That is correct.  My assistant told me.

9  Q.  Are you aware that Scott Cottle spoke by phone

10      with Ms. Clark about you rescinding her

11      commission?

12  A.  If you're referring to the January 6th, is that

13      what you're referring to?

14  Q.  I'm just asking what your awareness is.

15  A.  That's the only one that I'm aware of.

16  Q.  Okay.

17  A.  He may have spoke to her, I have no idea.

18  Q.  Okay.

19  A.  I don't recall.

20  Q.  Are you aware that Scott Cottle told Ms. Clark

21      that you rescinded her commission because it's

22      quote/unquote, "All about loyalty" and

23      quote/unquote "she supported the other side by

24      going to the election night event", are you aware

25      of that?

1   A.   It's my understanding that that's what was put on

2        the TV when she put it on the TV, yes.

3   Q.   Is there any accuracy in that statement -- in

4        those statements that Scott Cottle told to Ms.

5        Clark?

6   A.   Those are his words, they're not mine.

7   Q.   No, I understand that, I'm just asking if there's

8        any accuracy in those statements?

9   A.   If he said that that's what he said.  I got rid

10       of her because of the fact of what I believe her

11       to be, what I've known her to be for over 20

12       years or close to 20 years.  I had already made

13       that decision.  It had nothing to do with her

14       supporting him or anybody else.

15  Q.   So, and I guess that --

16  A.   And whether --

17  Q.   Go ahead.

18  A.   -- and Scott's beliefs are Scott's beliefs.  We

19       don't have the same ones.

20  Q.   He was attributing certain beliefs to you and

21       that's why I'm asking, are those statements then

22       untrue that you, part of the reasoning of why you

23       pulled Ms. Clark's commission was that it was all

24       about loyalty and that she supported the other

25       side by going to that party.  Are those untrue

1    statements as far as he is attributing those to

2    you?

3  A.  That would be true.  That would be true.

4  Q.  It's true that they are untrue or --

5  A.  It is true that they are untrue -- no --

6  Q.  Okay.

7  A.  -- I don't care who she supported, I really don't

8      care, I don't like her, I have always known her

9      to be a liar and a thief.  She would never have

10     gotten the commission to begin with, and as long

11     as she was out of sight out of mind, she was

12     good, okay?  As soon as she popped into the

13     radar, she was out.  And Scott, poor Scott has

14     never been attacked the way that I have been

15     attacked through my career.  So he personally --

16     he's never had people making up things about him

17     or his integrity, he's never had that called into

18     question, so he took that very personal, and

19     those are very personal to him --

20  Q.  Uh-huh?

21  A.  -- they have nothing to do with how I feel and

22     they have nothing to do with my decision to take

23     her commission, nothing.

24  Q.  It's fair to say that you worked very closely

25     with Scott Cottle during this time period?

1   A.   I worked close with Scott.

2   Q.   Because I saw somewhere in some document that one

3        of his titles was "Assistant Sheriff".

4   A.   That's what a chief is, it's a deputy chief,

5        Assistant Sheriff.

6   Q.   Okay.

7   A.   If I'm out of the County or out of the State, I'm

8        not available or in the hospital, he is the

9        second in command or he was.

10  Q.   Are you aware that Scott Cottle also told Ms.

11       Clark that you were not going to take any phone

12       calls from her and you were not going to give her

13       her commission back?

14  A.   I wasn't aware of that, but that's a very true

15       statement --

16  Q.   Well, that was my next --

17  A.   -- I was not going to take her phone calls and

18       she was not getting her commission back.

19  Q.   So that statement from Scott Cottle to Ms. Clark,

20       that was an accurate statement?

21  A.   That was absolutely accurate.

22  Q.   Other than your legal counsel in this case -- I

23       don't want to know about those communications --

24       but have you communicated with anyone else about

25       the claims in Ms. Clark's lawsuit or the issues

1      Ms. Clark's lawsuit since you learned about the

2      lawsuit other than legal counsel?

3  A.  What do you mean "communicated"?  I've certainly

4      talked to my husband about it.

5  Q.  Okay.  And I don't want to know about those

6      conversations either, but I guess anyone in the

7      Sheriff's office, current or former Sheriff's

8      office officials or employees, have you talked to

9      any of them about --

10  A.  Well, I'm certain that I have as I have requested

11      information to be gathered for the lawsuit.

12  Q.  Uh-huh.  Well, when's the last time you

13      communicated with Scott Cottle?

14  A.  I don't know.  Several weeks ago.

15  Q.  When's the last time you communicated with Scott

16      Cottle about anything related to Ms. Clark or her

17      case?

18  A.  Maybe January.  Scott's retired.  He's down with

19      his cows.  He's baling hay.

20  Q.  Have you communicated at all with Scott Cottle

21      about his testimony in this case, your testimony

22      in this case?

23  A.  No.

24  Q.  I guess same questions with Larry Brown.  I know

25      you talk to him regularly because he's a current

62

```
 1        employee --

 2   A.   Uh-huh.

 3   Q.   -- but when's the last time you recall talking to

 4        Chief Brown about any issues related to this

 5        case?

 6   A.   Other than the fact that he knows that I was

 7        being deposed today, I think we spoke Monday.

 8   Q.   Last Monday after Ms. Clark's deposition?

 9   A.   No, two days ago.

10   Q.   Oh, two days ago.  Monday.  Okay.  What did you

11        talk about?

12                   MR. REECE:  Objection.  I was

13            there.

14                   MR. TORCH:  Okay.  Never mind.

15            She didn't say that.

16                   MR. REECE:  Yeah.

17   A.   You didn't ask.

18   Q.   Yeah.  Have you had any other conversations with

19        Chief Brown outside of the presence of legal

20        counsel regarding this case, your testimony in

21        this case, his testimony in this case?

22   A.   No, nothing.  Whatever he says, he says.  It's

23        just predominantly the fact that it's happening

24        as it is working around other things that are

25        going on in the agency.  This is --
```

63

1   Q.   While you were an employee before you retired

2        from the Sheriff's office, were you ever

3        investigated for anything?

4   A.   Yes, I was.

5   Q.   Okay.  What were you investigated for?

6   A.   Back in 1999, 2000, when I sued the Sheriff, I

7        was investigated.

8   Q.   What did you sue the Sheriff for?

9   A.   Failing to promote women.  Myself and two other

10       females sued him.

11  Q.   Who were the other two females?  Juanita?

12  A.   Juanita Bennett and Carol Peterson, who sued in

13       federal court.  We lost in Summary Judgment.  I

14       think that case was completed in 2001.

15  Q.   What were the allegations that came up in the

16       investigation then?  Because I'm inferring that

17       you believe this was retaliatory investigation?

18  A.   Oh, absolutely --

19  Q.   Okay.

20  A.   -- it was retaliatory.

21  Q.   What were the issues or allegations that you were

22       investigated for?

23  A.   It was around a workers' comp claim.  I think

24       originally they tried to say that I was

25       falsifying information.  Ultimately, it came down

```
 1        to they tried to say that I didn't, that I wasn't
 2        truthful on my job application.  And then when it
 3        was all said and done, I think I ended up with a
 4        written warning because I was able to show them
 5        that the information that they stated wasn't
 6        there.
 7                             -  -  -  -
 8            (Thereupon, Plaintiff's Exhibit 11 was marked
 9             for purposes of identification.)
10                             -  -  -  -
11   Q.   I've handed you what's been marked as Plaintiff's
12        Exhibit 11.  Is this Investigation Report what
13        you were just talking about?
14   A.   That's correct.
15   Q.   All right.  And there were findings here that you
16        were less than truthful.  I'm looking at the
17        second to last page, Clark 00013 is the Bates
18        number, page 13 or 14 of the document.
19   A.   That's what their investigation showed, that's
20        not what ended up happening after the arbitration
21        hearing.
22   Q.   Okay.  So went to arbitration, some potentially
23        different findings?
24   A.   That is correct.
25   Q.   After the arbitration, is that when it was
```

```
 1            resolved as a written warning?

 2   A.   That is correct.

 3   Q.   Okay.

 4   A.   Additional information came out.  In fact, part

 5        of that was during this investigation, they

 6        violated my Civil Rights -- Lieutenant Dodds

 7        violated my Civil Rights, and the arbitrator

 8        spoke to me about afterwards about potentially

 9        suing him for Civil Rights violations.  And after

10        it was all done in the conversation I had with, I

11        think it was, Alison Miller Leonard and Chief

12        Larry Gibbons, I chose not to sue.

13   Q.   To your knowledge, were you ever put on a Brady

14        list based upon any findings in this?

15   A.   No, because it was -- when it was all said and

16        done, I wasn't found to be untruthful.

17   Q.   Okay.  When we received a copy of your personnel

18        file in discovery, this document was not in it.

19        Do you have any reason to know why?

20   A.   Yes.

21   Q.   Why?

22   A.   Because in the agreement, the document and

23        everything referenced to this investigation was

24        to be shredded.

25   Q.   Any other investigations or discipline in your
```

1   history with the Sheriff's office that you

2   recall?

3 A.  Yeah.  I made a derogatory comment about Captain

4   Spencer Gibson, and I was given a -- maybe a

5   written warning or something like that.  That's

6   it.

7 Q.  Okay.  So just these two events is what you

8   recall?

9 A.  Yes, at the beginning of my career.

10 Q.  Okay.  Are you aware that Scott Cottle had a

11   handful of disciplinary events in his personnel

12   file over the years?

13 A.  No, it doesn't surprise me.

14 Q.  Okay.  Why doesn't it surprise you?

15 A.  Scott's very -- he's a very black and white

16   person.

17 Q.  Uh-huh.

18 A.  I mean, there's no gray.  It's right or it's

19   wrong.  He has very strong ethics and very pri --

20   high pride.  And he's very strong willed.  So

21   nothing surprises me.

22 Q.  But in terms of any specific discipline he

23   received, do you have any understanding or

24   familiarity?

25 A.  No.

```
 1   Q.   And none of the discipline that he had in his

 2        personnel file prevented him in any way or

 3        hindered his ability to be hired by you and

 4        retained by you as chief, right?

 5   A.   No.

 6   Q.   Okay.  We talked a little bit already about a

 7        Brady list and what a Brady list is.  I'm going

 8        to mark two exhibits.

 9                      -  -  -  -

10        (Thereupon, Plaintiff's Exhibits 12, 13 were

11          marked for purposes of identification.)

12                      -  -  -  -

13   Q.   All right.  I'm going to hand you two different

14        exhibits here that have been marked as

15        Plaintiff's Exhibits 12 and 13.  I'll represent

16        for the record that Exhibits 12 and 13 are

17        variations of the same document.  Exhibit 12 was

18        a piece of correspondence that was produced by

19        your counsel in discovery that Bates numbered

20        1489 through 1491, comprising three pages.

21        Plaintiff's Exhibit 13 is a version of this

22        correspondence that was marked as Exhibit N in

23        Ms. Clark's deposition last week that has

24        additional pages that were not Bates numbered and

25        I don't believe were produced in discovery.
```

68

```
 1              Have you seen these documents before, the
 2         Plaintiff's Exhibit 12 and 13?
 3    A.   Well, I saw 13 during Ms. Clark's deposition.
 4    Q.   And let's stay on 13 then.  If we look this, you
 5         were copied on some of this email correspondence,
 6         it looks like back in 2020 and 2021; is that
 7         accurate?
 8    A.   I see my name February of '21 from Mike Cody, and
 9         yeah, February 2021, Mike Cody, October of 2020
10         from -- again from Mike Cody, September 28th,
11         2020 from Mike Cody, September 22nd, 2020 from
12         Mike Cody, and September 17th again from Mike
13         Cody.
14    Q.   And some of these emails, so they straddle the
15         line between when you were --
16    A.   A captain.
17    Q.   -- a captain and then the Sheriff, right?
18    A.   That is correct.
19    Q.   Okay.  Who is Mike Cody?
20    A.   Mike Cody was former Sheriff Steve Berry's
21         attorney in the office, and I retained him in
22         that same capacity for a while with me.
23    Q.   Okay.  He's no longer there?
24    A.   He retired.
25    Q.   When was that approximately?
```

1   A.   I don't remember.  Sorry.

2   Q.   It's okay.  So the main differences between

3        Exhibit 12 and 13, as far as I can tell, are that

4        Exhibit 13 continues on a few more pages, and

5        there's, I guess, starting at the bottom of page

6        three, which doesn't -- this email was, I don't

7        know if it was whited out or it's not on the

8        bottom of the third page of Exhibit 12, but it's

9        an email from Mike Cody to you and many others

10       were copied on it from September 28th, 2020 that

11       says, please drop Deputy Clark from my requested

12       notification based on further review.  She also

13       doesn't fit the profile.

14  A.   I see that.

15  Q.   Okay.

16  A.   And I see it says they striked out Chris Boyd and

17       Stacy Clark.

18  Q.   Correct.  And then I know, you know, reading

19       emails, you have to go from bottom to top.  As we

20       go through the chain, the next email up back on

21       page three has Stacy Clark added back on?

22  A.   Yes.  So he drops her in September and he add her

23       back on in October.

24  Q.   Correct.  Sitting here today, do you have any

25       knowledge as to why Mike Cody determined that she

1      didn't fit the profile and was to be removed at

2      one point?

3  A.  I have no idea.

4  Q.  Okay.  Do you have any idea as to why she was on

5      there in the first place?

6  A.  Well, I believe it had everything to do with all

7      of the other disciplinary actions that had taken

8      place because I already told you that I knew of

9      two instances that didn't make it into

10     disciplinary action where she lied, and I believe

11     that the final one that I was aware of was the

12     one from the -- when she worked the DD Board, and

13     they found that she was dishonest with -- in

14     that -- in multiple investigations there, so I

15     would assume that that, the fact that she was

16     found dishonest --

17  Q.  Yeah.

18  A.   -- would be why she's on the Brady list.

19  Q.  Right.  And that's what I want to confirm.

20     You're making assumptions, you don't actually

21     know one way or the other why she was ever here

22     or why she was taken off?

23  A.  I'm making assumptions as to why she is on the

24     Brady list.  I have my personal knowledge to know

25     that she lied.

1   Q.   And I believe you testified earlier today that

2        you were aware of Ms. Clark's presence on the

3        Brady list before you gave her commission,

4        original commission?

5   A.   That is correct.

6   Q.   Okay.  And you recall from attending Ms. Clark's

7        deposition that your legal counsel showed her

8        several exhibits about her prior disciplinary

9        events?

10  A.   Yes, I did.

11  Q.   And do you recall that at least on several of

12       those documents, you were listed as Mr. Clark's

13       supervisor?  At least for some of the

14       disciplinary events?

15  A.   I was.

16  Q.   Special Deputy William Lee, Bill Lee, was

17       identified in some discovery responses as

18       somebody who would have potential knowledge

19       related to the allegations in this case.

20            Do you have an understanding as to what

21       knowledge Special Deputy Lee might have?

22  A.   Only what was brought up in Ms. Clark's

23       deposition.

24  Q.   Which is what?

25  A.   When my attorney asked her if she had had a

1       conversation with him, if he had gone to her home

2       and they had a conversation. So I would assume

3       that that would be what he would know.

4  Q.  Have you talked to Bill Lee at all about this

5       case?

6  A.  No.

7  Q.  Have you had any direct discussions with anyone

8       from Twinsburg School District about the

9       allegations or issues in this case?

10  A.  I have not.

11  Q.  Do you know who has, other than your legal

12       counsel, which you don't have to answer that, but

13       in terms of -- I think you did testify earlier

14       that Larry Brown did?

15  A.  Larry Brown had direct contact.

16  Q.  Okay. Are you aware of anyone other than Larry

17       Brown who had direct contact with anyone from

18       Twinsburg schools?

19  A.  Not to my knowledge.

20               MR. TORCH: Okay. Let's take a

21           five-minute break, I may be nearly done.

22                -  -  -  -

23          (Thereupon, a recess was had.)

24                -  -  -  -

25     BY MR. TORCH:

1  Q.  Hopefully I only have a couple more questions and

2      then we can get you on your way.

3          When we talked earlier about the structure of

4      the Sheriff's office, the org chart, you know,

5      there's -- I know there's deputies who are --

6      they're in a union, right?

7  A.  They are in unions, yes.  There are two unions.

8  Q.  Okay.

9  A.  There's a deputies' union and then there is the

10      supervisor's union.  So blue and gold.

11  Q.  The supervisor's union goes up through what rank?

12  A.  Sergeant through major.

13  Q.  Okay.  And as far as you understand, those

14      employees who are part of unions, they cannot be

15      terminated at will?

16  A.  That is correct.  They cannot be terminated at

17      will.

18  Q.  Okay.  Are there any classes of civilian

19      employees that have any civil service protection

20      that also can't be terminated at will?

21  A.  We have union civilian employees as well, they

22      are with AFSCME.

23  Q.  Okay.

24  A.  The only civilian employees that are at will,

25      that are actual employees are my three chiefs, my

1     administrative assistant, my director of

2     communications, Amy Corrigall Jones, who is a

3     liaison, but she is a shared employee between me

4     and the executive's office.  I don't have an

5     inspector, but if I had an inspector.  That's it.

6  Q.  Okay.  Prior to Detail Kommander being

7     utilized -- and just so Brian knows, Kommander is

8     spelled with a K -- do you know how the Special

9     Deputies were paid prior to using Detail

10    Kommander?

11 A.  For years and years it was done all by paper and

12    sometimes they were paid cash directly from the

13    vendor.  Sometimes they were giving a check

14    directly from the vendor, and then there were

15    sometimes that they may have passed through a

16    check through the County to the employee.

17 Q.  So prior to Detail Kommander there were -- what

18    I'm hearing is there were instances where the

19    Sheriff's office or the County was paying the

20    Specials?

21 A.  The payment was given to the County and the

22    County --

23 Q.  Processed it?

24 A.  -- processed it.  I don't believe that that

25    happened under my administration, but I -- I

```
1           don't believe it happened under my

2           administration.  It may have happened prior.

3                There have been a lot of changes because of

4           the insurance and the retention fees, so Special

5           Deputy -- extra details because Special Deputies

6           are not the only ones that work extra details --

7    Q.     Sure.

8    A.     -- full-time deputies work them too.

9    Q.     When you say "insurance", what type of insurance

10          are we talking about?

11   A.     It's a liability insurance.  In the event that

12          while working under the color of law, if a deputy

13          or a Special Deputy is sued that liability

14          insurance helps to cover them.  And then there's

15          a -- there's another, it's a -- another fee that

16          the vendor pays that covers workers'

17          compensation.  So if they're injured while

18          they're on that job, they pay that.  They're

19          called "retention fees".  There's a couple

20          special buckets is what I think is what they call

21          them, basically money buckets that the County

22          does.  It's all through the County.

23   Q.     I guess just to be clear on the record, you've

24          used the word "vendor" a few times.  Those are

25          entities like the Twinsburg School District,
```

```
1          Blossom, et cetera, right?

2     A.   Yeah.  Those are -- yeah, Kenmore Construction,

3          ACME --

4     Q.   Uh-huh.  Giant Eagle?

5     A.   -- Giant Eagle.

6     Q.   Got it.

7     A.   People who are asking for a law enforcement

8          officer to work and paying for them.

9     Q.   Got it.

10                   MR. REECE:  That's just, when they

11               explained it to me, I had the same

12               question.

13                   MR. TORCH:  Right.  In our world,

14               vendor has a --

15                   MS. ROYER:  Different meaning.

16                   MR. TORCH:  -- different meaning.

17                   THE WITNESS:  Okay.

18                   MR. TORCH:  I have no further

19               questions.

20                   MR. REECE:  Sheriff, you probably

21               know this from your other depositions, you

22               have the opportunity to review your

23               deposition transcript.  You can check it

24               for accuracy.  You can make changes in the

25               form or substance, provided you give a
```

1        reason you would make those corrections or

2        changes, or you can waive the right to

3        review it.  I suggest you review it.

4                THE WITNESS:  Oh, I will review

5        it.

6                MR. REECE:  Okay.  We'll read.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

78

SIGNATURE OF DEPONENT

I, the undersigned, KANDY FATHEREE, do hereby certify that I have read the foregoing deposition and find it to be a true and accurate transcription of my testimony, with the following corrections, if any:

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 9 | 10-15 | ADD: SUE MYER, GRANT WRITER | FORGOT |
| | | TROY GAWLAK COMMUNICATIONS | FORGOT |
| | | KIM MARTIN PERSONELL | FORGOT |
| 17 | 5 | DEMEANA | PROPER SPELLING |
| 29 | 9,12 | DEMEANA | PROPER SPELLING |
| 35 | 3,4 | GIVENS | PROPER SPELLING |
| 36 | 6 | ADD WORD NOT | |
| | | [HE HAD NOT RECEIVED] | MISSING WORD |
| 36 | 11 | AHWAJEE | PROPER SPELLING |
| 65 | 12 | LARRY GIVENS | PROPER SPELLING |
| 74 | 5 | ADD: GRANT WRITER, | |
| | | PERSONELL DIRECTOR | FORGOT |

_Kandy Fatheree_
KANDY FATHEREE

1

2

3                    C E R T I F I C A T E

4

      The State of Ohio, )   SS:
5     County of Cuyahoga.)

6

7          I, Brian A. Kuebler, a Notary Public within
      and for the State of Ohio, authorized to
8     administer oaths and to take and certify
      depositions, do hereby certify that the
9     above-named witness was by me, before the giving
      of their deposition, first duly sworn to testify
10    the truth, the whole truth, and nothing but the
      truth; that the deposition as above-set forth was
11    reduced to writing by me by means of stenotypy,
      and was later transcribed by computer-aided
12    technology under my direction; that this is a
      true record of the testimony given by the
13    witness; that said deposition was taken at the
      aforementioned time, date and place, pursuant to
14    notice or stipulations of counsel; that I am not
      a relative or employee or attorney of any of the
15    parties, or a relative or employee of such
      attorney or financially interested in this
16    action; that I am not, nor is the court reporting
      firm with which I am affiliated, under a contract
17    as defined in Civil Rule 28(D).

18         IN WITNESS WHEREOF, I have hereunto set my
      hand and seal of office, at Cleveland, Ohio, this
19    14 day of SEPTEMBER, A.D. 2025.

20

21    _____
      Brian A. Kuebler, Notary Public, State of Ohio
22    My commission expires June 12, 2027

23

24

25

```
 1      9/14/25

 2

 3      KANDY FATHEREE

 4

 5      CASE CAPTION: CLARK VS FATHEREE ET AL

 6

        CASE NO: 5:25-CV-00106
 7      DEPOSITION OF: KANDY FATHEREE

 8      Dear sir/ma'am

 9          The transcript of your deposition taken on
        8/20/25 in the above-referenced matter is ready
10      for you to review and sign.  Please contact us at
        (216)664-0541 to schedule an appointment.

11
            According to the Ohio Rules of Civil
12      Procedure, you have 30 days in which to read and
        sign your deposition transcript unless otherwise
13      agreed to by counsel, or your signature is deemed
        waived

14
            If you have any questions, please call us at
15      (216)664-0541

16

17          JK REPORTING

18

19

20

21

22

23

24

25
```

## $

**$800** [1] - 35:21

## '

**'21** [1] - 68:8
**'22** [1] - 25:3
**'23** [1] - 25:3
**'24** [1] - 9:21
**'25** [1] - 9:22
**'92** - 16:9
**'93** [3] - 8:12, 8:13, 16:9
**'95** [2] - 8:14, 8:15

## 0

**00013** [1] - 64:17

## 1

**1** [4] - 3:5, 13:19, 13:23
**10** [3] - 3:9, 38:18, 38:22
**11** [3] - 3:10, 64:8, 64:12
**1180** [1] - 1:11
**12** [9] - 3:10, 67:10, 67:15, 67:16, 67:17, 68:2, 69:3, 69:8, 79:22
**12th** [1] - 33:13
**13** [12] - 3:5, 3:10, 64:18, 67:10, 67:15, 67:16, 67:21, 68:2, 68:3, 68:4, 69:3, 69:4
**14** [2] - 64:18, 79:19
**1489** [1] - 67:20
**1491** [1] - 67:20
**15th** [1] - 24:17
**16th** [3] - 40:8, 40:16, 43:21
**17th** [1] - 68:12
**18th** [2] - 39:3, 54:15
**19** [1] - 3:6
**1958** [1] - 6:16
**1992** [1] - 8:7
**1995** [1] - 8:21
**1999** [1] - 63:6
**1:54** [1] - 43:22
**1st** [2] - 26:12, 26:17

## 2

**2** [4] - 3:6, 19:16, 19:20, 19:24
**20** [4] - 1:13, 11:25, 58:11, 58:12
**20-day** [1] - 34:6
**2000** [1] - 63:6
**2001** [1] - 63:14
**2003** [1] - 8:25
**2007** [1] - 9:1
**2008** [1] - 33:12
**2009** [1] - 35:10
**2016** [1] - 9:1
**2020** [9] - 7:20, 8:18, 8:22, 29:14, 68:6, 68:9, 68:11, 69:10
**2021** [7] - 8:19, 9:2, 23:22, 24:22, 26:12, 26:17, 27:13, 33:4, 49:15, 68:6, 68:9
**2023** [1] - 29:14
**2024** [13] - 11:8, 29:14, 29:16, 29:25, 30:1, 30:7, 30:13, 30:23, 33:2, 39:3, 39:20, 43:21, 45:19
**2025** [4] - 1:13, 11:8, 50:2, 79:19
**2027** [1] - 79:22
**216)664-0541** [3] - 1:18, 80:10, 80:15
**21st** [1] - 50:2
**22** [1] - 3:6
**224** [1] - 35:18
**22nd** [1] - 68:11
**24** [1] - 3:7
**241** [1] - 1:12
**25** [1] - 3:7
**26** [1] - 3:8
**27** [1] - 3:8
**28** [1] - 3:9
**28(D)** [1] - 79:17
**28th** [5] - 39:20, 43:1, 46:8, 68:10, 69:10

## 3

**3** [4] - 3:6, 22:21, 22:25, 23:7
**30** [1] - 80:12
**30th** [2] - 24:21, 27:12
**31** [1] - 7:2
**31st** [1] - 8:18
**330)486-2101** [1] - 43:8
**38** [1] - 3:9

## 4

**4** [6] - 3:3, 3:6, 22:21, 23:3, 23:7, 23:18
**40** [1] - 15:20
**4th** [1] - 33:13

## 5

**5** [4] - 3:7, 24:10, 24:14, 24:15
**50** [2] - 33:25, 34:6
**5:00** [1] - 36:20
**5:25-CV-00106** [2] - 1:5, 80:6
**5th** [2] - 30:14, 30:22

## 6

**6** [3] - 3:7, 25:7, 25:11
**64** [1] - 3:10
**67** [1] - 3:10
**6th** [1] - 57:12

## 7

**7** [4] - 3:8, 26:3, 26:7, 27:10
**7th** [1] - 30:23

## 8

**8** [4] - 3:8, 27:1, 27:4, 27:9
**8/20/25** [1] - 80:9

## 9

**9** [3] - 3:9, 28:5, 28:9
**9/14/25** [1] - 80:1
**9:30** [1] - 1:12

## A

**A.D** [1] - 79:19
**a.m** [1] - 1:12
**ability** [3] - 6:2, 6:5, 67:3
**able** [2] - 32:14, 64:4
**above-named** [1] - 79:9
**above-referenced** [1] - 80:9
**above-set** [1] - 79:10
**abreast** [1] - 10:20

**Absolutely** [2] - 44:1, 50:25
**absolutely** [3] - 24:4, 60:21, 63:18
**Academy** [1] - 33:14
**academy** [2] - 8:7, 11:17
**accept** [1] - 53:23
**accepting** [1] - 24:20
**access** [1] - 29:9
**According** [1] - 80:11
**accuracy** [3] - 58:3, 58:8, 76:24
**accurate** [16] - 13:24, 19:24, 24:22, 24:23, 26:13, 27:6, 27:13, 39:4, 40:24, 40:25, 51:9, 51:10, 60:20, 60:21, 68:7, 78:5
**accurately** [1] - 25:18
**accusations** [1] - 48:13
**ACME** [2] - 16:23, 76:3
**action** [2] - 70:10, 79:16
**actions** [2] - 49:23, 70:7
**actual** [1] - 73:25
**Actual** [1] - 7:15
**add** [2] - 37:12, 69:22
**added** [1] - 69:21
**adding** [1] - 27:11
**Additional** [1] - 65:4
**additional** [1] - 67:24
**address** [3] - 4:11, 6:18, 7:10
**administer** [1] - 79:8
**Administration** [1] - 9:12
**administration** [12] - 11:15, 11:16, 11:19, 12:15, 13:1, 13:5, 13:6, 24:6, 24:25, 42:22, 74:25, 75:2
**administrative** [3] - 9:7, 12:23, 74:1
**advocated** [1] - 49:18
**affairs** [2] - 10:9, 11:18
**affiliated** [1] - 79:16
**aforementioned** [1] - 79:13
**AFSCME** [1] - 73:22
**afterwards** [1] - 65:8
**age** [2] - 4:1, 7:25
**agency** [7] - 18:11, 18:13, 18:14, 19:6, 19:8, 62:25
**aggressive** [1] - 53:8
**ago** [9] - 11:25, 23:6,

29:1, 29:7, 33:9, 51:3, 61:14, 62:9, 62:10
**agree** [3] - 14:18, 20:10, 20:14
**agreed** [2] - 53:16, 80:13
**agreement** [1] - 65:22
**ahead** [3] - 19:23, 32:22, 58:17
**aided** [1] - 79:11
**Akron** [1] - 1:12
**AL** [1] - 80:5
**al** [1] - 1:6
**Alexander** [1] - 35:1
**Alison** [1] - 65:11
**allegations** [4] - 63:15, 63:21, 71:19, 72:9
**alleging** [1] - 50:14
**ALSO** [1] - 2:8
**Amendment** [1] - 50:24
**Amy** [3] - 9:13, 12:19, 74:2
**answer** [6] - 5:7, 5:13, 5:22, 36:10, 40:23, 72:12
**answering** [1] - 30:16
**Antonio** [2] - 4:22, 5:1
**Anyway** [1] - 32:12
**apologize** [1] - 28:11
**APPEARANCES** [1] - 2:1
**application** [2] - 8:4, 64:2
**appointing** [1] - 31:23
**appointment** [1] - 80:10
**appreciate** [3] - 39:16, 42:10, 43:2
**appreciated** [1] - 41:24
**April** [5] - 8:11, 8:12, 8:13, 8:14, 8:15
**arbitration** [3] - 64:20, 64:22, 64:25
**arbitrator** [1] - 65:7
**area** [1] - 33:18
**articulate** [1] - 45:17
**aside** [1] - 33:6
**assigned** [4] - 21:23, 22:2, 33:20, 33:22
**assignment** [2] - 22:4, 22:5
**assignments** [4] - 16:16, 27:20, 28:1, 28:15
**assistant** [4] - 9:12, 12:23, 57:8, 74:1

**Assistant** [2] - 60:3, 60:5
**assisting** [1] - 53:12
**associate's** [2] - 7:15, 7:18
**associated** [3] - 51:8, 54:2, 54:10
**association** [1] - 50:23
**assume** [5] - 11:9, 19:9, 49:11, 70:15, 72:2
**assumed** [2] - 11:10, 13:25
**assuming** [3] - 24:2, 28:22, 49:10
**assumptions** [2] - 70:20, 70:23
**attacked** [2] - 59:14, 59:15
**attacking** [4] - 53:12, 53:14, 53:16, 54:5
**attacks** [1] - 54:4
**attempts** [1] - 57:7
**attended** [4] - 5:2, 31:5, 37:19, 37:21
**attending** [2] - 30:21, 71:6
**attention** [4] - 15:1, 46:7, 51:20, 52:8
**attitudes** [1] - 33:6
**attorney** [8] - 6:9, 18:22, 35:13, 36:6, 68:21, 71:25, 79:14, 79:15
**attributing** [2] - 58:20, 59:1
**audio** [1] - 41:17
**August** [2] - 1:13, 8:8
**authority** [2] - 18:16, 22:19
**authorized** [1] - 79:7
**available** [3] - 16:16, 17:12, 60:8
**award** [1] - 23:7
**aware** [20] - 21:23, 22:1, 27:25, 42:3, 45:14, 54:18, 54:22, 56:10, 56:22, 57:6, 57:9, 57:15, 57:20, 57:24, 60:10, 60:14, 66:10, 70:11, 71:2, 72:16
**awareness** [2] - 27:20, 57:14
**awesome** [2] - 43:4, 43:5

**B**

**bachelor's** [2] - 7:17, 7:23
**backed** [1] - 53:19
**background** [3] - 7:12, 18:8, 19:7
**backwards** [1] - 39:17
**bad** [3] - 49:6, 53:25
**Bailey** [2] - 36:1, 36:2
**baling** [1] - 61:19
**baloney** [1] - 47:22
**barely** [1] - 34:8
**Barker** [6] - 30:7, 53:9, 53:11, 54:2, 54:11
**Barker's** [2] - 30:21, 37:19
**based** [4] - 20:15, 20:25, 65:14, 69:12
**Based** [1] - 20:22
**basis** [1] - 33:10
**Bates** [4] - 28:18, 64:17, 67:19, 67:24
**Bauer** [2] - 25:21, 27:16
**became** [1] - 11:8
**beforehand** [1] - 47:24
**begin** [1] - 59:10
**beginning** [1] - 66:9
**behalf** [3] - 1:14, 2:4, 2:7
**belief** [1] - 32:18
**beliefs** [3] - 58:18, 58:20
**believes** [1] - 50:17
**below** [1] - 41:17
**Below** [1] - 12:24
**Bennett** [1] - 63:12
**Berry's** [1] - 68:20
**beside** [1] - 53:17
**best** [1] - 5:12
**between** [4] - 8:21, 68:15, 69:2, 74:3
**bill** [1] - 48:20
**Bill** [5] - 9:12, 40:13, 40:14, 71:16, 72:4
**birth** [1] - 6:14
**birthdate** [1] - 6:15
**Bissell** [4] - 41:21, 41:25, 42:20, 43:7
**bit** [3] - 21:5, 51:3, 67:6
**black** [1] - 66:15
**blatantly** [1] - 50:18
**Blossom** [3] - 16:18, 48:23, 76:1
**blue** [1] - 73:10
**Board** [3] - 37:14,

45:23, 70:12
**body** [1] - 47:2
**bottom** [3] - 69:5, 69:8, 69:19
**box** [1] - 25:14
**Boyd** [1] - 69:16
**Brady** [9] - 32:9, 32:11, 32:12, 65:13, 67:7, 70:18, 70:24, 71:3
**break** [2] - 44:13, 72:21
**breaking** [1] - 44:12
**breaks** [1] - 5:18
**Brian** [4] - 1:9, 74:7, 79:7, 79:21
**briefly** [1] - 5:5
**bring** [2] - 36:19, 36:20
**bringing** [1] - 40:6
**brother** [3] - 12:1, 12:4
**brother's** [1] - 12:4
**brother-in-law** [1] - 12:1
**brought** [4] - 46:7, 51:20, 52:8, 71:22
**Brown** [23] - 2:9, 9:11, 9:17, 11:7, 39:23, 40:1, 40:6, 45:1, 45:10, 46:8, 46:13, 46:14, 46:24, 49:15, 49:18, 50:6, 55:2, 61:24, 62:4, 62:19, 72:14, 72:15, 72:17
**buckets** [2] - 75:20, 75:21
**budget** [1] - 13:12
**Building** [1] - 1:11
**bureau** [3] - 10:9, 32:1, 32:9
**BY** [6] - 3:3, 4:7, 41:7, 43:13, 44:17, 72:25
**Bye** [2] - 43:9
**Bye-Bye** [1] - 43:9

**C**

**Campbell** [2] - 35:11, 36:22
**cannot** [4] - 20:11, 42:4, 73:14, 73:16
**capacity** [1] - 68:22
**captain** [7] - 9:1, 9:3, 9:25, 10:2, 11:2, 68:16, 68:17
**Captain** [4] - 39:9, 39:14, 39:15, 66:3
**captains** [1] - 13:2

**CAPTION** [1] - 80:5
**car** [6] - 33:21, 33:23, 34:1, 34:2, 34:17, 35:22
**care** [3] - 47:17, 59:7, 59:8
**career** [2] - 59:15, 66:9
**careers** [1] - 21:8
**caring** [1] - 42:7
**Carol** [1] - 63:12
**case** [16] - 4:21, 30:17, 43:24, 50:1, 60:22, 61:17, 61:21, 61:22, 62:5, 62:20, 62:21, 63:14, 71:19, 72:5, 72:9
**CASE** [3] - 1:5, 80:5, 80:6
**cases** [2] - 16:4, 16:5
**cash** [2] - 35:21, 74:12
**categories** [1] - 12:9
**caused** [1] - 44:23
**Center** [1] - 16:19
**certain** [5] - 12:14, 20:11, 20:12, 58:20, 61:10
**certainly** [3] - 19:11, 48:1, 61:3
**certification** [1] - 18:18
**certified** [2] - 4:4, 18:14
**certify** [3] - 78:3, 79:8, 79:8
**cetera** [1] - 76:1
**chain** [1] - 69:20
**change** [4] - 21:4, 47:2, 48:18, 48:19
**CHANGE** [1] - 78:7
**changes** [3] - 75:3, 76:24, 77:2
**chart** [2] - 13:9, 73:4
**check** [4] - 25:14, 74:13, 74:16, 76:23
**chief** [5] - 9:19, 9:20, 10:1, 10:3, 10:6, 10:11, 10:12, 10:15, 10:18, 11:3, 11:6, 11:8, 60:4, 67:4
**Chief** [18] - 9:10, 9:11, 10:19, 11:18, 31:1, 35:3, 46:4, 46:8, 46:13, 48:4, 48:5, 48:7, 49:21, 62:4, 62:19, 65:11
**chief's** [1] - 12:24
**chiefs** [5] - 12:15, 12:19, 73:25
**choose** [1] - 20:18

**chooses** [1] - 17:25
**chose** [2] - 35:2, 65:12
**Chris** [1] - 69:16
**Christina** [1] - 2:2
**citizen's** [3] - 55:23, 56:6, 56:8
**Civil** [6] - 4:3, 65:6, 65:7, 65:9, 79:17, 80:11
**civil** [5] - 33:16, 34:11, 35:12, 73:19
**civilian** [9] - 10:24, 12:12, 12:16, 13:7, 13:8, 35:11, 73:18, 73:21, 73:24
**civilians** [1] - 10:23
**claim** [1] - 63:23
**claims** [1] - 60:25
**clarify** [1] - 21:18
**Clark** [41] - 2:9, 4:10, 21:5, 21:7, 21:21, 21:23, 23:23, 24:5, 24:17, 26:16, 27:11, 27:18, 28:16, 30:20, 31:5, 34:13, 37:19, 38:24, 39:2, 44:6, 44:9, 45:2, 45:11, 46:10, 49:2, 50:1, 50:14, 54:14, 55:12, 56:11, 56:19, 57:10, 57:20, 58:5, 60:11, 60:19, 61:16, 64:17, 69:11, 69:17, 69:21
**CLARK** [2] - 1:3, 80:5
**Clark's** [16] - 5:2, 25:13, 26:9, 37:1, 45:20, 50:7, 58:23, 60:25, 61:1, 62:8, 67:23, 68:3, 71:2, 71:6, 71:12, 71:22
**classes** [1] - 73:18
**clean** [1] - 33:5
**clear** [1] - 75:23
**Cleveland** [1] - 79:18
**client** [1] - 35:14
**close** [4] - 14:19, 14:20, 58:12, 60:1
**closely** [1] - 59:24
**Cody** [10] - 68:8, 68:9, 68:10, 68:11, 68:12, 68:13, 68:19, 68:20, 69:9, 69:25
**collect** [1] - 55:8
**collected** [2] - 35:20, 55:7
**college** [1] - 7:16
**College** [1] - 7:22
**color** [1] - 75:12
**comfortable** [1] - 53:20

**coming** [1] - 19:5
**command** [2] - 37:13, 60:9
**commander** [1] - 33:14
**comment** [3] - 20:22, 32:23, 66:3
**comments** [6] - 51:21, 51:23, 51:24, 54:5, 55:24, 56:10
**commission** [48] - 18:2, 18:6, 19:1, 20:6, 20:14, 20:17, 20:20, 20:25, 31:15, 32:16, 32:22, 32:24, 33:8, 38:15, 39:3, 45:5, 45:8, 45:20, 47:18, 47:19, 48:22, 49:1, 49:4, 49:16, 49:17, 49:19, 50:7, 50:17, 51:1, 51:4, 54:13, 54:21, 55:21, 56:2, 56:12, 56:16, 56:20, 57:11, 57:21, 58:23, 59:10, 59:23, 60:13, 60:18, 71:3, 71:4, 79:22
**commissioned** [1] - 8:9
**commissioning** [1] - 31:23
**commissions** [3] - 20:10, 55:12, 55:14
**communicated** [6] - 46:16, 60:24, 61:3, 61:13, 61:15, 61:20
**communication** [1] - 57:4
**communications** [2] - 60:23, 74:2
**Community** [1] - 7:22
**comp** [1] - 63:23
**company** [1] - 35:17
**compensated** [4] - 16:10, 16:13, 16:16, 16:25
**compensation** [8] - 15:25, 16:1, 16:2, 16:3, 16:4, 17:11, 17:21, 75:17
**complaint** [3] - 55:23, 56:6, 56:8
**complaints** [2] - 47:6, 47:9
**completed** [1] - 63:14
**comprising** [1] - 67:20
**computer** [1] - 79:11
**computer-aided** [1] - 79:11
**concern** [1] - 46:2

**concerns** [3] - 45:11, 47:6, 47:9
**condition** [2] - 6:1, 6:4
**conditions** [1] - 6:6
**conduct** [1] - 14:6
**conducted** [1] - 56:4
**confirm** [2] - 48:11, 70:19
**confirmation** [1] - 26:10
**conflated** [1] - 21:17
**Congratulations** [1] - 7:3
**connected** [1] - 11:21
**connection** [2] - 11:21, 54:11
**consider** [4] - 19:10, 32:22, 47:21, 48:15
**considerations** [2] - 18:24, 19:2
**considered** [1] - 22:3
**consist** [1] - 18:19
**consistent** [1] - 28:25
**constitutions** [1] - 14:4
**construction** [1] - 16:18
**Construction** [1] - 76:2
**contact** [3] - 72:15, 72:17, 80:10
**contacted** [1] - 36:16
**containing** [1] - 50:6
**content** [1] - 52:19
**contentious** [1] - 31:13
**contested** [1] - 30:4
**continues** [1] - 69:4
**contract** [1] - 79:16
**contractors** [1] - 17:15
**Control** [1] - 10:21
**conversation** [5] - 32:4, 47:5, 65:10, 72:1, 72:2
**conversations** [2] - 61:6, 62:18
**coordinating** [1] - 17:9
**Cop** [5] - 22:10, 22:17, 23:5, 23:6, 23:24
**copied** [2] - 68:5, 69:10
**copies** [1] - 52:3
**copy** [3] - 13:24, 19:24, 65:17
**Correct** [2] - 69:18, 69:24
**correct** [38] - 14:1, 14:5, 14:7, 15:24,

17:16, 17:17, 18:3, 18:4, 18:7, 20:8, 21:13, 23:19, 29:18, 30:5, 30:9, 30:24, 31:3, 31:19, 31:24, 37:2, 39:5, 39:13, 39:20, 39:21, 39:24, 40:19, 44:6, 44:20, 44:21, 44:25, 56:21, 57:8, 64:14, 64:24, 65:2, 68:18, 71:5, 73:16
**corrections** [8] - 12:24, 12:25, 13:2, 13:3, 13:4, 13:6, 77:1, 78:6
**Corrections** [1] - 9:10
**correspondence** [3] - 67:18, 67:22, 68:5
**Corrigall** [3] - 9:13, 12:20, 74:2
**Cottle** [31] - 9:23, 10:15, 11:9, 11:11, 11:13, 11:20, 31:2, 31:4, 32:5, 37:18, 39:23, 39:25, 45:1, 45:10, 46:4, 46:9, 46:13, 48:5, 48:7, 49:14, 49:21, 57:9, 57:20, 58:4, 59:25, 60:10, 60:19, 61:13, 61:16, 61:20, 66:10
**Cottle's** [1] - 10:19
**council** [1] - 13:14
**counsel** [12] - 1:14, 6:11, 28:14, 41:10, 60:22, 61:2, 62:20, 67:19, 71:7, 72:12, 79:14, 80:13
**country** [1] - 22:16
**County** [26] - 4:10, 8:9, 8:16, 13:13, 15:3, 16:3, 18:1, 18:9, 19:25, 27:12, 29:17, 33:19, 38:14, 49:7, 49:8, 52:21, 52:23, 60:7, 74:16, 74:19, 74:21, 74:22, 75:21, 75:22, 79:5
**county** [3] - 13:14, 22:19, 53:2
**couple** [4] - 21:24, 56:23, 73:1, 75:19
**course** [1] - 33:24
**COURT** [1] - 1:1
**court** [8] - 5:9, 10:8, 15:18, 33:15, 33:17, 35:15, 63:13, 79:16
**courthouse** [1] - 34:5
**cover** [3] - 12:13,

38:23, 75:14
**covers** [1] - 75:16
**cows** [1] - 61:19
**credits** [1] - 7:16
**criminal** [1] - 7:16
**criteria** [1] - 19:10
**critical** [2] - 53:1, 53:19
**cruiser** [1] - 36:25
**curious** [3] - 29:21, 48:21, 55:9
**current** [2] - 61:7, 61:25
**Cuyahoga** [2] - 55:20, 79:5

# D

**Damina** [3] - 29:8, 29:9, 29:12
**Damina(phonetic)** [1] - 17:5
**database** [2] - 28:1, 29:10
**date** [2] - 40:6, 79:13
**Dave** [6] - 25:20, 36:1, 36:2, 37:25, 38:8, 38:11
**days** [5] - 42:8, 42:12, 62:9, 62:10, 80:12
**DD** [3] - 37:14, 45:23, 70:12
**Dear** [1] - 80:8
**deceitful** [1] - 32:12
**December** [4] - 8:17, 9:21, 26:12, 26:16
**decision** [24] - 18:2, 18:5, 18:25, 31:14, 31:19, 33:3, 39:11, 39:19, 39:23, 45:4, 45:19, 48:10, 48:18, 49:2, 49:6, 49:7, 53:21, 53:23, 53:25, 54:20, 56:19, 57:2, 58:13, 59:22
**decisions** [1] - 40:23
**deemed** [1] - 80:13
**Defendants** [2] - 1:7, 2:7
**define** [1] - 15:2
**defined** [1] - 79:17
**definition** [1] - 23:6
**degrading** [1] - 51:7
**degree** [4] - 7:13, 7:15, 7:19
**Democrat** [2] - 29:19, 29:20
**department** [1] - 9:6
**DEPONENT** [1] - 78:1

**deposed** [2] - 4:5, 62:7
**Deposition** [1] - 1:8
**deposition** [16] - 4:14, 5:2, 6:8, 37:2, 62:8, 67:23, 68:3, 71:7, 71:23, 76:23, 78:4, 79:9, 79:10, 79:13, 80:9, 80:12
**DEPOSITION** [1] - 80:7
**depositions** [3] - 5:4, 76:21, 79:8
**deputies** [20] - 10:22, 12:10, 12:17, 13:4, 15:1, 15:14, 15:20, 16:17, 17:15, 17:25, 19:13, 28:2, 34:11, 38:10, 45:25, 46:19, 53:13, 54:6, 73:5, 75:8
**Deputies** [6] - 28:1, 38:7, 38:12, 38:14, 74:9, 75:5
**deputies'** [1] - 73:9
**Deputy** [41] - 7:6, 8:10, 15:3, 16:7, 18:3, 18:9, 18:15, 19:1, 19:25, 20:6, 26:11, 26:16, 27:12, 27:19, 28:16, 31:24, 36:2, 38:4, 38:8, 38:9, 40:11, 40:14, 41:24, 42:1, 42:5, 42:11, 42:12, 44:4, 44:5, 47:16, 49:6, 49:24, 55:14, 56:16, 69:11, 71:16, 71:21, 75:5, 75:13
**deputy** [14] - 9:18, 21:13, 21:15, 21:19, 21:21, 21:25, 22:7, 22:8, 33:15, 33:19, 60:4, 75:12
**Deputy's** [1] - 20:20
**derogatory** [4] - 51:21, 55:23, 56:10, 66:3
**describe** [1] - 25:18
**described** [2] - 16:6, 54:3
**designated** [1] - 33:18
**designation** [1] - 22:14
**desire** [1] - 48:11
**Despite** [1] - 33:7
**Detail** [5] - 28:3, 29:1, 74:6, 74:9, 74:17
**details** [4] - 17:8, 29:8, 75:5, 75:6

**detective** [6] - 10:9, 21:24, 22:2, 32:1, 32:6, 32:8
**Detective** [2] - 23:23, 26:9
**determined** [2] - 34:9, 69:25
**differences** [1] - 69:2
**Different** [1] - 76:15
**different** [6] - 11:12, 19:2, 24:16, 64:23, 67:13, 76:16
**direct** [3] - 72:7, 72:15, 72:17
**direction** [1] - 79:12
**directly** [4] - 9:7, 12:21, 74:12, 74:14
**director** [2] - 24:25, 74:1
**disappears** [1] - 55:5
**disciplinary** [5] - 66:11, 70:7, 70:10, 71:8, 71:14
**discipline** [7] - 34:25, 37:5, 37:7, 37:11, 65:25, 66:22, 67:1
**disciplining** [1] - 37:9
**discovery** [11] - 28:14, 30:16, 39:18, 40:17, 40:20, 41:10, 51:3, 65:18, 67:19, 67:25, 71:17
**discretion** [3] - 20:7, 20:9, 20:13
**discuss** [1] - 45:2
**discussed** [4] - 6:11, 32:17, 37:1, 39:22
**discussion** [1] - 41:4
**discussions** [5] - 39:25, 40:2, 40:5, 40:23, 72:7
**dishonest** [2] - 70:13, 70:16
**disparaging** [2] - 51:25, 53:15
**displaced** [1] - 36:24
**DISTRICT** [2] - 1:1, 1:2
**District** [2] - 72:8, 75:25
**division** [5] - 10:21, 10:22, 15:21, 33:16, 35:12
**DIVISION** [1] - 1:2
**document** [15] - 14:11, 14:19, 14:24, 25:18, 25:19, 27:5, 27:8, 28:23, 29:4, 38:23, 60:2, 64:18, 65:18, 65:22, 67:17
**documentation's** [1] -

14:14
**documented** [1] - 14:17
**documents** [8] - 6:12, 24:16, 36:3, 50:6, 54:19, 54:25, 68:1, 71:12
**Dodds** [1] - 65:6
**Donald** [3] - 6:23, 7:3, 7:9
**done** [12] - 12:8, 14:12, 42:19, 42:24, 47:10, 49:13, 50:9, 64:3, 65:10, 65:16, 72:21, 74:11
**Donna** [4] - 24:17, 24:20, 24:24, 25:25
**doubt** [1] - 26:22
**down** [5] - 5:9, 10:6, 34:15, 61:18, 63:25
**drama** [1] - 47:25
**Drew** [1] - 35:1
**driven** [2] - 33:25, 34:8
**driveway** [1] - 34:17
**drop** [1] - 69:11
**drops** [1] - 69:22
**drove** [1] - 34:6
**duly** [2] - 4:4, 79:9
**during** [6] - 8:24, 37:1, 47:4, 59:25, 65:5, 68:3
**During** [1] - 27:18
**duties** [4] - 10:4, 10:12, 10:14, 10:19
**duty** [1] - 15:24

## E

**Eagle** [3] - 16:23, 76:4, 76:5
**early** [2] - 11:8, 16:8
**Eastern** [1] - 7:22
**EASTERN** [1] - 1:2
**Ed** [1] - 36:11
**educational** [1] - 7:12
**effective** [2] - 24:21, 39:3
**effectuated** [1] - 39:12
**either** [6] - 11:8, 18:6, 18:11, 45:10, 52:2, 61:6
**elected** [2] - 51:24, 53:1
**election** [12] - 30:4, 30:6, 30:13, 30:21, 37:19, 47:21, 47:25, 48:3, 48:4, 48:8, 53:11, 57:24

**elementary** [1] - 41:12
**Elementary** [3] - 41:21, 41:25, 42:20
**Elizabeth** [3] - 9:13, 12:19, 12:21
**elsewhere** [1] - 48:22
**email** [6] - 24:16, 38:23, 68:5, 69:6, 69:9, 69:20
**emails** [3] - 40:21, 68:14, 69:19
**employed** [2] - 7:3, 38:10
**employee** [8] - 17:20, 52:12, 62:1, 63:1, 74:3, 74:16, 79:14, 79:15
**Employees** [1] - 14:6
**employees** [11] - 12:12, 12:16, 13:8, 17:16, 17:19, 61:8, 73:14, 73:19, 73:21, 73:24, 73:25
**employer** [1] - 47:1
**employment** [5] - 8:1, 8:3, 8:5, 8:6, 21:25
**Employment** [1] - 2:3
**end** [2] - 8:21, 48:7
**ended** [4] - 37:8, 43:11, 64:3, 64:20
**enforcement** [10] - 6:17, 8:2, 8:5, 15:5, 15:25, 16:18, 17:24, 18:21, 22:18, 76:7
**engaged** [2] - 51:6
**engaging** [1] - 54:3
**entire** [1] - 21:8
**entities** [2] - 17:10, 75:25
**entity** [1] - 22:18
**Esq** [3] - 2:2, 2:2, 2:5
**ET** [1] - 80:5
**et** [2] - 1:6, 76:1
**ethics** [1] - 66:19
**evening** [3] - 30:21, 36:21
**event** [6] - 31:5, 37:20, 37:21, 37:24, 57:24, 75:11
**events** [5] - 56:14, 66:7, 66:11, 71:9, 71:14
**ex** [2] - 12:4, 36:11
**ex-husband** [1] - 36:11
**ex-wife's** [1] - 12:4
**exact** [1] - 18:20
**EXAMINATION** [2] - 3:2, 4:6
**examination** [2] - 1:9,

4:2
**example** [2] - 18:10, 20:13
**examples** [2] - 15:13, 16:15
**Excel** [1] - 28:21
**excuse** [1] - 36:23
**executive** [1] - 9:14
**Executive** [2] - 13:13, 49:8
**executive's** [1] - 74:4
**EXHIBIT** [1] - 3:4
**Exhibit** [42] - 3:5, 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:9, 3:10, 13:19, 13:23, 19:16, 19:20, 19:24, 22:25, 23:3, 23:18, 24:10, 24:14, 24:15, 25:7, 25:11, 26:3, 26:7, 27:1, 27:4, 27:9, 28:5, 28:9, 38:18, 38:22, 64:8, 64:12, 67:17, 67:21, 67:22, 68:2, 69:3, 69:4, 69:8
**exhibits** [3] - 67:8, 67:14, 71:8
**Exhibits** [7] - 3:6, 3:10, 22:21, 23:7, 67:10, 67:15, 67:16
**exist** [1] - 54:19
**exists** [1] - 13:9
**expectation** [1] - 14:10
**expires** [1] - 79:22
**explain** [1] - 53:5
**explained** [2] - 33:24, 76:11
**extra** [5] - 17:8, 28:2, 29:8, 75:5, 76:6
**extremely** [1] - 53:8

## F

**Facebook** [4] - 23:15, 23:17, 24:3, 55:4
**fact** [10] - 33:7, 34:3, 34:16, 35:23, 36:9, 58:10, 62:6, 62:23, 65:4, 70:15
**Failing** [1] - 63:9
**fair** [1] - 59:24
**fall** [1] - 8:8
**Falls** [1] - 55:20
**falsifying** [1] - 63:25
**familiar** [2] - 5:6, 22:11
**familiarity** [1] - 66:24
**families** [1] - 11:21

**family** [1] - 11:20
**far** [3] - 59:1, 69:3, 73:13
**Fatheree** [10] - 4:8, 4:11, 6:25, 19:19, 22:24, 24:13, 26:6, 28:8, 41:8, 41:19
**FATHEREE** [10] - 1:6, 1:8, 3:2, 4:1, 4:6, 78:2, 78:24, 80:3, 80:5, 80:7
**FBI** [1] - 33:14
**February** [2] - 68:8, 68:9
**federal** [2] - 14:3, 63:13
**fee** [1] - 75:15
**feelings** [1] - 33:6
**fees** [1] - 75:4
**fees"** [1] - 75:19
**felt** [2] - 53:16
**females** [2] - 63:10, 63:11
**few** [5] - 28:12, 29:7, 41:14, 69:4, 75:24
**figured** [1] - 47:12
**file** [4] - 28:21, 65:18, 66:12, 67:2
**filed** [2] - 50:1, 50:4
**fill** [1] - 44:5
**filled** [1] - 42:11
**final** [1] - 70:11
**financially** [1] - 79:15
**findings** [3] - 64:15, 64:23, 65:14
**finish** [2] - 5:13, 5:14
**firm** [1] - 79:16
**First** [1] - 50:24
**first** [8] - 4:4, 13:25, 32:25, 35:6, 43:14, 55:22, 70:5, 79:9
**fit** [3] - 42:7, 69:13, 70:1
**five** [2] - 44:13, 72:21
**five-minute** [1] - 72:21
**Florida** [1] - 36:12
**follow** [4] - 23:14, 23:15, 23:16, 40:7
**follow-up** [1] - 40:7
**following** [3] - 30:25, 46:3, 78:6
**follows** [1] - 4:5
**font** [1] - 28:11
**foot** [2] - 35:22, 35:24
**foregoing** [1] - 78:3
**foreseeable** [1] - 43:24
**forged** [1] - 34:14
**form** [3] - 25:11, 37:11, 76:25

**formal** [1] - 13:9
**former** [3] - 55:20, 61:7, 68:20
**forth** [2] - 12:16, 79:10
**four** [1] - 4:18
**fourth** [1] - 8:19
**Frank** [4] - 17:5, 23:9, 29:9, 29:12
**French** [2] - 35:16, 36:8
**frequently** [1] - 23:13
**friend** [1] - 52:12
**friends** [1] - 53:9
**front** [2] - 32:25, 33:2
**full** [5] - 6:15, 8:15, 8:16, 38:10, 75:8
**full-time** [4] - 8:15, 8:16, 38:10, 75:8
**fund** [1] - 17:22
**future** [1] - 43:24

### G

**Gateway** [1] - 7:22
**gather** [1] - 50:10
**gathered** [1] - 61:11
**gathering** [1] - 50:11
**GAUGHAN** [1] - 1:4
**gears** [1] - 21:4
**general** [8] - 18:23, 30:4, 30:6, 30:8, 30:10, 50:13, 50:16, 51:21
**generally** [3] - 18:19, 45:24, 56:8
**gentleman** [1] - 55:20
**George** [4] - 24:18, 24:20, 24:24, 25:25
**Giant** [3] - 16:23, 76:4, 76:5
**Gibbons** [3] - 35:3, 35:4, 65:12
**Gibson** [1] - 66:4
**Gina** [3] - 37:25, 38:8, 38:11
**given** [12] - 4:14, 22:14, 23:8, 23:10, 23:11, 23:13, 35:1, 36:9, 40:17, 66:4, 74:21, 79:12
**gold** [1] - 73:10
**goodness** [1] - 12:4
**gracious** [1] - 12:5
**graduated** [1] - 8:8
**gray** [1] - 66:18
**great** [2] - 42:14, 42:18
**Greg** [12] - 37:25, 38:3, 51:2, 51:9,

51:13, 52:24, 53:5, 53:7, 53:16, 54:1, 54:4, 54:13
**Greg's** [2] - 52:14, 52:15
**ground** [1] - 5:3
**guess** [10] - 23:1, 32:3, 32:5, 48:21, 55:7, 58:15, 61:6, 61:24, 69:5, 75:23
**gush** [1] - 45:25
**guys** [2] - 42:13, 42:19

### H

**habits** [1] - 47:13
**Hall** [5] - 41:24, 42:11, 44:5, 46:19, 47:16
**hand** [2] - 67:13, 79:18
**handed** [7] - 19:19, 22:24, 25:10, 26:6, 28:8, 38:21, 64:11
**handful** [1] - 66:11
**handing** [2] - 24:13, 27:4
**Handing** [1] - 13:22
**handle** [1] - 17:3
**handled** [1] - 10:8
**handles** [4] - 10:7, 17:4, 17:7, 29:8
**handling** [1] - 11:14
**happy** [1] - 5:18
**harmful** [1] - 51:7
**hay** [1] - 61:19
**head** [1] - 5:8
**heads** [1] - 9:7
**health** [3] - 6:1, 6:4, 6:6
**healthy** [1] - 23:16
**hear** [2] - 6:10, 44:8
**heard** [1] - 44:4
**hearing** [2] - 64:21, 74:18
**held** [2] - 9:17, 11:13
**help** [1] - 35:22
**helping** [1] - 15:19
**helps** [1] - 75:14
**hereby** [2] - 78:3, 79:8
**hereinafter** [1] - 4:4
**hereunto** [1] - 79:18
**Hi** [1] - 41:19
**high** [1] - 66:20
**highest** [1] - 7:13
**Hill** [4] - 38:1, 38:9
**Hills** [3] - 37:25, 38:8, 38:11
**hindered** [1] - 67:3
**hire** [1] - 17:2

**hired** [1] - 67:3
**history** [4] - 8:1, 8:6, 47:9, 66:1
**hold** [4] - 25:4, 49:3, 49:4, 55:14
**Holland** [2] - 9:12, 11:18
**home** [9] - 6:18, 7:10, 33:22, 34:4, 34:16, 34:18, 36:2, 36:17, 72:1
**Hopefully** [2] - 5:6, 73:1
**hospital** [1] - 60:8
**hospitalization** [1] - 17:23
**hours** [1] - 15:20
**human** [2] - 24:25, 25:24
**husband** [2] - 36:11, 61:4
**husband's** [2] - 12:1, 12:3

### I

**idea** [8] - 45:12, 51:18, 54:9, 54:23, 55:10, 57:17, 70:3, 70:4
**identification** [11] - 13:20, 19:17, 22:22, 24:11, 25:8, 26:4, 27:2, 28:6, 38:19, 64:9, 67:11
**identified** [2] - 12:15, 71:17
**IIB** [1] - 20:4
**Ilene** [1] - 9:14
**imagine** [1] - 55:3
**impair** [2] - 6:1, 6:4
**important** [5] - 5:7, 5:11, 14:14, 14:18, 19:10
**importantly** [1] - 10:20
**impression** [1] - 46:22
**IN** [2] - 1:1, 79:18
**inaccurate** [1] - 47:23
**incent** [1] - 32:5
**incentivizing** [1] - 32:6
**incident** [1] - 37:2
**including** [1] - 42:23
**independent** [2] - 17:15, 30:11
**INDEX** [1] - 3:4
**indicated** [1] - 45:3
**individual** [2] - 53:13, 56:5
**individuals** [1] - 53:15

**inferring** [1] - 63:16
**information** [10] - 34:9, 34:10, 37:20, 47:23, 49:21, 50:11, 61:11, 63:25, 64:5, 65:4
**informing** [2] - 24:18, 39:2
**injured** [3] - 35:21, 35:24, 75:17
**injury** [1] - 36:4
**Inspector** [4] - 46:8, 46:14, 46:24, 49:20
**inspector** [4] - 9:19, 11:5, 74:5
**inspector's** [1] - 11:5
**instances** [2] - 56:14, 70:9, 74:18
**instructs** [1] - 5:23
**insurance** [5] - 75:4, 75:9, 75:11, 75:14
**integrity** [1] - 59:17
**interested** [2] - 8:2, 79:15
**internal** [2] - 10:9, 11:17
**interrogatory** [1] - 30:19
**investigate** [1] - 56:9
**investigated** [4] - 63:3, 63:5, 63:7, 63:22
**investigation** [11] - 14:12, 14:15, 14:18, 34:24, 35:15, 56:3, 63:16, 63:17, 64:19, 65:5, 65:23
**Investigation** [1] - 64:12
**investigations** [4] - 14:7, 14:9, 65:25, 70:14
**involves** [1] - 27:10
**issues** [8] - 37:12, 45:15, 51:8, 53:4, 60:25, 62:4, 63:21, 72:9

### J

**jail** [1] - 15:16
**January** [5] - 8:18, 9:22, 50:2, 57:12, 61:18
**Jennifer** [1] - 52:10
**Jerome** [3] - 35:16, 38:1, 38:9
**JK** [2] - 1:16, 80:17

**job** [11] - 8:3, 10:4, 16:14, 32:16, 33:16, 42:14, 42:18, 46:23, 47:13, 64:2, 75:18
**jobs** [2] - 8:4, 28:2
**John** [1] - 2:5
**Johnson** [7] - 41:12, 41:20, 43:6, 44:4, 44:23, 45:22, 47:5
**Jones** [3] - 9:13, 12:20, 74:2
**jreece@prosecutor. net** [1] - 2:6
**Juanita** [2] - 63:11, 63:12
**JUDGE** [1] - 1:4
**Judgment** [1] - 63:13
**judgment** [1] - 53:21
**July** [1] - 33:12
**June** [4] - 4:20, 35:20, 35:23, 79:22
**justice** [1] - 7:16

### K

**KANDY** [9] - 1:6, 1:8, 3:2, 4:1, 4:6, 78:2, 78:24, 80:3, 80:7
**keep** [5] - 10:20, 18:18, 23:17, 33:20, 48:25
**Kenmore** [1] - 76:2
**kept** [2] - 33:7, 48:22
**kids** [1] - 53:10
**kind** [2] - 11:20, 23:7
**Klein** [1] - 52:10
**knowing** [1] - 47:10
**knowledge** [10] - 45:14, 45:16, 49:22, 52:22, 65:13, 69:25, 70:24, 71:18, 71:21, 72:19
**known** [6] - 21:7, 21:8, 22:16, 53:10, 58:11, 59:8
**knows** [3] - 32:18, 62:6, 74:7
**Kohl's** [1] - 16:24
**Kommander** [6] - 28:3, 29:2, 74:6, 74:7, 74:10, 74:17
**Krznarich** [1] - 33:20
**Kuebler** [3] - 1:9, 79:7, 79:21

### L

**Lakemoore** [1] - 8:13

**Larry** [15] - 2:9, 9:11, 9:17, 11:7, 39:23, 40:6, 49:14, 49:18, 50:6, 55:2, 61:24, 65:12, 72:14, 72:15, 72:16
**Last** [2] - 6:24, 62:8
**last** [8] - 5:3, 21:24, 37:2, 61:12, 61:15, 62:3, 64:17, 67:23
**late** [4] - 11:8, 29:14, 45:2, 45:18
**Law** [1] - 2:3
**law** [13] - 6:17, 8:2, 8:5, 12:1, 15:5, 15:24, 17:24, 18:21, 21:1, 21:3, 22:17, 75:12, 76:7
**lawful** [1] - 4:1
**lawsuit** [10] - 4:10, 50:1, 50:3, 50:5, 50:10, 50:14, 60:25, 61:1, 61:2, 61:11
**lawsuits** [1] - 49:25
**learned** [6] - 30:20, 30:23, 31:4, 37:18, 50:5, 61:1
**learning** [2] - 31:9, 50:2
**least** [4] - 10:4, 18:20, 71:11, 71:13
**leave** [2] - 36:4, 41:22
**leaving** [3] - 34:18, 37:14, 57:6
**Lee** [13] - 40:12, 40:13, 40:14, 41:24, 42:5, 42:12, 44:5, 46:19, 47:16, 71:16, 71:21, 72:4
**left** [4] - 8:11, 19:8, 40:15, 41:11
**legal** [8] - 6:11, 28:14, 41:10, 60:22, 61:2, 62:19, 71:7, 72:11
**Leonard** [1] - 65:11
**less** [1] - 64:16
**letter** [5] - 23:18, 23:23, 24:19, 27:15, 38:23
**level** [4] - 7:13, 21:13, 21:20, 22:18
**liability** [5] - 49:10, 49:11, 53:24, 75:11, 75:13
**liaison** [2] - 9:14, 74:3
**liar** [7] - 32:19, 33:10, 34:21, 35:8, 48:15, 57:1, 59:9
**lie** [1] - 50:19
**lied** [2] - 70:10, 70:25

**Lieutenant** [2] - 39:12, 65:6
**lieutenant** [5] - 9:1, 11:1, 21:10, 45:24, 47:11
**likely** [2] - 29:9, 55:1
**LINE** [1] - 78:7
**line** [1] - 68:15
**list** [10] - 32:9, 32:10, 32:11, 65:14, 67:7, 70:18, 70:24, 71:3
**List** [1] - 32:12
**listed** [1] - 71:12
**listen** [1] - 41:13
**listened** [2] - 44:3, 44:22
**listening** [1] - 51:16
**litigation** [2] - 4:22, 4:25
**live** [1] - 7:10
**LLC** [1] - 2:3
**locations** [1] - 16:19
**look** [7] - 8:3, 19:7, 19:21, 20:3, 23:1, 46:6, 68:4
**looked** [2] - 14:21, 34:19
**looking** [2] - 14:11, 64:16
**looks** [4] - 27:15, 38:24, 43:17, 68:6
**Lori** [2] - 35:11, 36:22
**lost** [2] - 50:17, 63:13
**love** [2] - 42:22, 43:3
**loved** [1] - 42:22
**loves** [1] - 42:21
**low** [1] - 37:11
**loyalty** [2] - 57:22, 58:24
**luncheons** [1] - 15:17

**M**

**main** [1] - 69:2
**Main** [1] - 1:11
**maintained** [1] - 29:2
**major** [5] - 10:2, 10:4, 11:4, 12:25, 73:12
**majority** [1] - 15:10
**Mall** [1] - 16:25
**man** [1] - 35:19
**March** [1] - 8:11
**mark** [1] - 67:8
**marked** [22] - 13:19, 13:22, 19:16, 19:20, 22:22, 22:25, 24:10, 24:14, 25:7, 25:10, 26:3, 26:7, 27:1, 28:5, 28:9, 38:18,

38:21, 64:8, 64:11, 67:11, 67:14, 67:22
**married** [3] - 6:20, 7:1, 11:25
**matter** [2] - 14:11, 80:9
**matter's** [1] - 14:21
**matters** [1] - 14:17
**mean** [9] - 14:23, 16:2, 21:12, 23:21, 26:15, 42:5, 54:25, 61:3, 66:18
**Meaning** [1] - 9:6
**meaning** [2] - 76:15, 76:16
**means** [2] - 49:4, 79:11
**media** [3] - 51:7, 51:19, 52:6
**medication** [1] - 5:25
**medications** [1] - 6:3
**meeting** [2] - 46:8, 46:12
**members** [1] - 12:14
**memorialization** [1] - 27:10
**memorialize** [1] - 40:22
**mentioned** [1] - 38:7
**message** [2] - 41:22, 44:3
**messages** [2] - 40:22, 57:6
**met** [3] - 4:8, 6:9, 45:1
**metadata** [1] - 44:2
**Michelle** [1] - 38:25
**middle** [1] - 25:16
**might** [2] - 47:20, 71:21
**Mike** [10] - 68:8, 68:9, 68:10, 68:11, 68:12, 68:19, 68:20, 69:9, 69:25
**Miku** [1] - 38:25
**Mikulin** [2] - 39:1, 39:2
**mileage** [1] - 33:20
**miles** [3] - 33:25, 34:6, 34:8
**Miller** [2] - 9:10, 65:11
**mind** [4] - 32:24, 54:11, 59:11, 62:14
**mine** [1] - 58:6
**minimize** [1] - 47:25
**minute** [4] - 21:4, 32:3, 51:12, 72:21
**minutes** [2] - 29:7, 44:13
**miss** [1] - 42:15
**missed** [1] - 42:24
**Misty** [6] - 41:11,

41:20, 43:6, 44:23, 45:21, 47:5
**moment** [11] - 15:2, 19:21, 23:1, 23:6, 29:1, 33:9, 38:2, 41:9, 52:20, 54:22, 56:17
**Monday** [3] - 62:7, 62:8, 62:10
**money** [7] - 16:14, 35:14, 36:7, 36:9, 36:17, 36:24, 75:21
**month** [3] - 23:24, 33:24, 36:5
**months** [2] - 14:24, 34:7
**morning** [2] - 4:8, 36:19
**most** [3] - 4:19, 10:20, 19:7
**mouth** [2] - 23:17, 51:17
**moved** [1] - 11:18
**MR** [21] - 3:3, 4:7, 20:16, 21:2, 28:20, 41:1, 41:7, 43:13, 44:11, 44:17, 62:12, 62:14, 62:16, 72:20, 72:25, 76:10, 76:13, 76:16, 76:18, 76:20, 77:6
**MS** [3] - 12:8, 28:18, 76:15
**multiple** [2] - 47:9, 70:14
**Music** [1] - 16:18

**N**

**Name** [1] - 9:9
**name** [9] - 6:22, 6:24, 17:5, 24:19, 27:5, 41:19, 43:6, 56:1, 68:8
**named** [2] - 23:24, 79:9
**narcotics** [1] - 15:21
**nearly** [1] - 72:21
**need** [3] - 18:17, 43:25, 57:3
**needed** [4] - 16:13, 16:14, 36:16, 46:9
**needs** [1] - 17:11
**negative** [1] - 44:8
**Never** [1] - 62:14
**never** [7] - 31:12, 34:18, 49:16, 59:9, 59:14, 59:16, 59:17
**new** [1] - 33:21

**news** [1] - 31:9
**next** [4] - 10:24, 21:16, 60:16, 69:20
**Nicholas** [1] - 48:5
**night** [3] - 37:20, 48:8, 57:24
**nineties** [1] - 16:8
**NO** [2] - 1:5, 80:6
**none** [2] - 40:24, 67:1
**normally** [1] - 6:18
**Normally** [1] - 29:23
**NORTHERN** [1] - 1:2
**Notary** [3] - 1:9, 79:7, 79:21
**notes** [1] - 40:21
**nothing** [9] - 34:21, 50:25, 58:13, 59:21, 59:22, 59:23, 62:22, 66:21, 79:10
**notice** [5] - 1:13, 24:21, 26:8, 39:8, 79:14
**notification** [1] - 69:12
**notified** [1] - 24:6
**notifying** [1] - 23:23
**November** [8] - 24:21, 27:12, 30:13, 30:22, 30:23, 39:3, 49:15, 54:14
**number** [3] - 34:19, 43:8, 64:18
**numbered** [2] - 67:19, 67:24
**numbering** [1] - 28:19
**numeral** [1] - 20:4

**O**

**oath** [3] - 13:16, 13:24, 14:2
**oaths** [1] - 79:8
**object** [1] - 5:21
**Objection** [3] - 20:16, 21:2, 62:12
**obtained** [2] - 7:14, 8:23
**obviously** [1] - 12:11
**occasions** [1] - 56:23
**October** [11] - 23:22, 24:17, 33:2, 39:20, 40:8, 40:16, 43:21, 45:2, 45:19, 68:9, 69:23
**OF** [4] - 1:2, 4:6, 78:1, 80:7
**offered** [1] - 17:22
**office** [43] - 8:10, 8:11, 8:16, 8:17, 8:18, 8:20, 9:25, 12:10,

13:16, 13:25, 15:3, 17:14, 19:12, 20:1, 23:9, 23:11, 23:12, 23:14, 23:25, 25:12, 25:23, 27:25, 29:3, 29:5, 33:4, 34:4, 39:2, 40:3, 46:9, 48:5, 49:22, 51:22, 55:7, 55:9, 61:7, 61:8, 63:2, 66:1, 68:21, 73:4, 74:4, 74:19, 79:18
**officer** [4] - 15:25, 19:4, 55:21, 76:8
**Officer** [2] - 16:20, 16:21
**officers** [2] - 18:14, 18:21
**official** [1] - 42:6
**officials** [3] - 9:5, 53:1, 61:8
**often** [1] - 5:19
**OHIO** [1] - 1:2
**Ohio** [12] - 1:10, 1:12, 17:25, 18:15, 18:22, 22:15, 41:22, 79:4, 79:7, 79:18, 79:21, 80:11
**old** [3] - 8:3, 47:12, 49:13
**one** [19] - 19:21, 23:5, 24:3, 26:19, 27:16, 33:24, 37:4, 41:2, 41:12, 49:3, 49:9, 49:18, 55:19, 57:15, 60:2, 70:2, 70:11, 70:12, 70:21
**One** [1] - 10:6
**ones** [3] - 10:5, 58:19, 75:6
**Operations** [2] - 9:11, 10:17
**operations** [8] - 10:7, 10:18, 10:21, 13:1, 13:2, 13:3, 13:4, 13:6
**OPERS** [1] - 17:22
**opinion** [1] - 34:21
**OPOTA** [3] - 18:23, 25:13, 25:20
**opponent** [1] - 50:18
**opportunity** [1] - 76:22
**opposed** [2] - 5:8, 14:23
**order** [2] - 10:23, 18:18
**ordered** [2] - 35:14, 50:10
**org** [1] - 73:4

**organization** [2] - 53:13, 53:15
**original** [1] - 71:4
**originally** [1] - 63:24
**Otherwise** [1] - 23:17
**otherwise** [3] - 52:3, 53:2, 80:12
**outside** [4] - 16:5, 17:10, 19:6, 62:19
**own** [1] - 15:4

## P

**PAGE** [1] - 78:7
**page** [7] - 20:3, 38:22, 64:17, 64:18, 69:5, 69:8, 69:21
**pages** [4] - 28:12, 67:20, 67:24, 69:4
**paid** [5] - 15:7, 15:9, 15:11, 74:9, 74:12
**Paloucci** [1] - 39:12
**Paolucci** [3] - 39:9, 39:14, 39:15
**paper** [1] - 74:11
**papers** [2] - 33:17, 34:19
**paperwork** [1] - 55:25
**paperwork"** [1] - 48:9
**parades** [3] - 15:15, 48:23
**part** [6] - 8:10, 8:12, 8:14, 14:2, 14:14, 42:9, 48:12, 58:22, 65:4, 73:14
**part-time** [3] - 8:10, 8:12, 8:14
**particular** [1] - 28:22
**parties** [1] - 79:15
**Partners** [1] - 2:3
**party** [4] - 30:11, 30:22, 48:8, 58:25
**pass** [1] - 35:5
**passed** [2] - 12:6, 74:15
**passive** [1] - 53:7
**patrol** [1] - 15:18
**Patrol** [1] - 10:8
**Patty** [5] - 52:12, 52:14, 52:15, 52:21, 52:25
**pay** [2] - 17:21, 75:18
**paychecks** [1] - 34:14
**paying** [4] - 47:1, 48:20, 74:19, 76:8
**payment** [1] - 74:21
**pays** [1] - 75:16
**peace** [1] - 18:14
**pending** [1] - 5:20

**people** [5] - 6:18, 53:12, 53:17, 54:2, 59:16
**People** [2] - 45:24, 76:7
**performance** [1] - 40:10
**performed** [1] - 15:14
**Performing** [1] - 15:24
**period** [4] - 34:7, 42:2, 52:1, 59:25
**periodically** [1] - 15:17
**person** [5] - 14:10, 19:3, 31:2, 46:23, 66:16
**person's** [2] - 20:15, 20:21
**personal** [4] - 33:6, 59:18, 59:19, 70:24
**personally** [2] - 54:7, 59:15
**personnel** [2] - 65:17, 66:11, 67:2
**persons** [1] - 14:10
**pertaining** [1] - 50:11
**Peterson** [1] - 63:12
**phone** [11] - 35:10, 35:13, 36:5, 40:7, 42:18, 43:17, 45:21, 46:5, 57:9, 60:11, 60:17
**pick** [2] - 36:3, 42:17
**piece** [1] - 67:18
**pieces** [1] - 13:5
**place** [4] - 53:11, 70:5, 70:8, 79:13
**Plaintiff** [4] - 1:4, 1:15, 2:4, 4:2
**Plaintiff's** [37] - 3:5, 3:6, 3:6, 3:7, 3:7, 3:8, 3:8, 3:9, 3:9, 3:10, 3:10, 13:19, 13:22, 13:23, 19:16, 19:20, 22:21, 22:25, 23:2, 24:10, 24:14, 24:15, 25:7, 25:10, 26:3, 26:7, 27:1, 28:5, 28:9, 38:18, 38:22, 64:8, 64:11, 67:10, 67:15, 67:21, 68:2
**plan** [1] - 4:11
**planned** [1] - 47:18
**planning** [1] - 24:7
**plans** [2] - 7:23, 24:18
**play** [1] - 41:8
**PM** [1] - 43:22
**point** [7] - 11:14, 12:20, 31:18, 44:12,

45:9, 47:15, 70:2
**police** [3] - 8:7, 11:16, 55:20
**policies** [1] - 11:17
**policy** [2] - 19:12, 20:3
**Policy** [1] - 19:25
**political** [2] - 50:22, 50:23
**poor** [1] - 59:13
**pop** [1] - 44:23
**popped** [2] - 32:25, 33:2, 59:12
**popping** [1] - 44:19
**Portage** [1] - 52:23
**portion** [2] - 11:10, 18:20
**position** [5] - 9:9, 11:4, 11:5, 32:15, 47:16
**positions** [1] - 9:16
**possible** [2] - 14:20, 14:22
**possibly** [1] - 53:18
**post** [2] - 37:14, 51:19
**posting** [2] - 24:3, 52:9
**posts** [3] - 51:7, 52:4, 52:17
**potential** [1] - 71:18
**potentially** [2] - 64:22, 65:8
**praising** [1] - 44:4
**predominantly** [2] - 22:15, 62:23
**preference** [3] - 4:12, 4:13, 14:13
**preferred** [4] - 5:15, 14:23, 14:25, 22:5
**prepare** [1] - 6:7
**presence** [2] - 62:19, 71:2
**PRESENT** [1] - 2:8
**present** [1] - 40:1
**preserve** [2] - 43:23, 50:12
**prestigious** [2] - 22:4, 22:5
**presumably** [1] - 7:9
**pretty** [3] - 31:13, 51:23, 53:7
**prevent** [1] - 31:22
**prevented** [1] - 67:2
**previously** [1] - 44:18
**pri** [1] - 66:19
**pride** [1] - 66:20
**primary** [5] - 10:5, 10:11, 10:19, 29:22, 30:3
**principal** [3] - 40:18, 41:20, 43:7

**Principal** [1] - 41:11
**printout** [1] - 28:13
**problems** [2] - 19:5, 34:2
**Procedure** [2] - 4:3, 80:12
**procedures** [1] - 11:17
**process** [2] - 34:12, 45:9
**Processed** [1] - 74:23
**processed** [1] - 74:24
**produced** [3] - 41:9, 67:18, 67:25
**professional** [2] - 42:6, 42:13
**profile** [2] - 69:13, 70:1
**promise** [1] - 33:7
**promote** [1] - 63:9
**promoted** [1] - 8:25
**promotion** [1] - 22:3
**promotions** [1] - 8:23
**Proper** [1] - 14:14
**property** [2] - 15:19, 35:16
**prosecutor's** [3] - 23:11, 23:14, 23:25
**protected** [1] - 50:24
**protection** [1] - 73:19
**provided** [3] - 4:3, 29:4, 76:25
**Pry** [1] - 1:11
**public** [1] - 54:3
**Public** [3] - 1:10, 79:7, 79:21
**publicly** [1] - 53:14
**pulled** [2] - 56:15, 58:23
**purported** [1] - 28:15
**purporting** [1] - 41:10
**purpose** [1] - 4:2
**purposes** [11] - 13:20, 19:17, 22:22, 24:11, 25:8, 26:4, 27:2, 28:6, 38:19, 64:9, 67:11
**pursuant** [2] - 1:13, 79:13
**put** [4] - 50:6, 58:1, 58:2, 65:13
**putting** [2] - 34:14, 37:15
**pyramid** [1] - 12:18

## Q

**Quantico** [1] - 33:13
**questioned** [1] - 53:21
**questions** [8] - 5:7,

5:21, 19:22, 41:14, 61:24, 73:1, 76:19, 80:14
**quote/unquote** [2] - 57:22, 57:23

## R

**race** [3] - 20:15, 20:21, 20:25
**radar** [3] - 44:19, 44:24, 59:13
**raised** [1] - 46:2
**ran** [4] - 29:16, 29:19, 30:7, 30:10
**rank** [1] - 73:11
**ranks** [1] - 8:23
**reach** [1] - 57:5
**reaction** [1] - 31:9
**read** [3] - 77:6, 78:3, 80:12
**reading** [2] - 43:18, 69:18
**ready** [1] - 80:9
**realized** [1] - 46:20
**really** [8] - 8:1, 32:20, 41:23, 42:13, 46:17, 47:17, 51:16, 59:7
**REASON** [1] - 78:7
**reason** [9] - 16:13, 20:17, 20:18, 26:22, 31:25, 47:23, 51:1, 65:19, 77:1
**reasoning** [1] - 58:22
**reasons** [7] - 20:12, 45:18, 50:7, 51:4, 51:11, 51:12, 54:19
**receive** [2] - 17:19, 18:25
**received** [14] - 8:23, 17:20, 28:14, 35:10, 35:12, 36:5, 36:7, 36:10, 37:4, 40:7, 43:21, 45:21, 65:17, 66:23
**receives** [1] - 18:2
**receiving** [2] - 24:20, 46:5
**recent** [1] - 4:19
**recess** [2] - 44:15, 72:23
**reclassify** [1] - 20:6
**recognition** [2] - 22:10, 23:8
**recollection** [1] - 21:19
**record** [8] - 24:15, 27:8, 28:10, 41:1, 41:5, 67:16, 75:23,

79:12
**recording** [1] - 41:17
**Recording** [1] - 43:11
**records** [1] - 29:2
**reduced** [1] - 79:11
**REECE** [7] - 20:16, 21:2, 62:12, 62:16, 76:10, 76:20, 77:6
**Reece** [3] - 2:5, 5:3, 5:21
**reelection** [1] - 29:16
**refer** [1] - 15:23
**referenced** [1] - 53:5, 65:23, 80:9
**referring** [2] - 57:12, 57:13
**regarding** [5] - 19:13, 25:13, 51:13, 54:19, 62:20
**regardless** [1] - 22:8
**registered** [1] - 29:20
**regularly** [1] - 61:25
**related** [9] - 8:2, 8:5, 26:8, 27:5, 27:9, 54:20, 61:16, 62:4, 71:19
**relationship** [1] - 31:14
**relative** [2] - 79:14, 79:15
**relatively** [1] - 33:21
**relayed** [2] - 46:24, 52:18
**remained** [2] - 8:16, 8:19
**remember** [5] - 9:21, 25:3, 26:24, 56:1, 69:1
**reminded** [1] - 45:22
**remove** [2] - 46:21, 46:23
**removed** [2] - 40:11, 70:1
**repeat** [1] - 5:17
**rephrase** [1] - 5:17
**replace** [1] - 47:16
**Report** [1] - 64:12
**report** [4] - 9:7, 11:1, 12:22
**reported** [2] - 11:6, 34:23
**REPORTER** [1] - 32:10
**reporter** [1] - 5:9
**reporting** [1] - 79:16
**REPORTING** [2] - 1:16, 80:17
**reports** [1] - 11:5
**represent** [3] - 4:9, 28:10, 67:15

**Republican** [1] - 30:7
**requested** [2] - 61:10, 69:11
**requests** [1] - 51:3
**required** [2] - 13:12, 18:22
**rescind** [4] - 31:16, 45:5, 45:19, 56:20
**rescinded** [5] - 39:4, 50:8, 54:14, 56:11, 57:21
**rescinding** [5] - 18:6, 51:4, 54:20, 55:11, 57:10
**reservations** [1] - 33:8
**reserve** [1] - 17:23
**reserves** [1] - 20:5
**resident** [2] - 52:21, 52:23
**resolved** [1] - 65:1
**Resource** [2] - 16:20, 16:21
**resources** [2] - 25:1, 25:24
**responses** [4] - 30:17, 39:18, 40:20, 71:17
**responsibility** [2] - 49:5, 53:24
**responsible** [1] - 17:9
**retained** [2] - 67:4, 68:21
**retaliatory** [2] - 63:17, 63:20
**retention** [2] - 75:4, 75:19
**retire** [6] - 24:7, 24:18, 32:1, 32:6, 32:8, 48:6
**retired** [9] - 7:4, 7:5, 9:2, 10:1, 19:4, 61:18, 63:1, 68:24
**Retired** [1] - 9:18
**retirees** [2] - 18:10, 18:13
**retirement** [8] - 17:21, 21:25, 24:21, 25:13, 25:14, 25:15, 26:9, 26:12
**retiring** [1] - 8:17
**returning** [2] - 35:25, 42:25
**review** [7] - 6:12, 69:12, 76:22, 77:3, 77:4, 80:10
**revoke** [7] - 20:5, 20:10, 20:13, 20:17, 20:19, 20:25, 45:5
**revoking** [1] - 18:6
**Richard** [1] - 39:9
**rid** [1] - 58:9

**Riding** [1] - 15:15
**rights** [2] - 50:23, 53:1
**Rights** [3] - 65:6, 65:7, 65:9
**Road** [1] - 35:17
**role** [5] - 10:15, 11:9, 11:10, 11:12, 29:12
**roles** [2] - 9:23, 27:11
**Roman** [1] - 20:4
**Royer** [1] - 2:2
**ROYER** [3] - 12:8, 28:18, 76:15
**Rule** [1] - 79:17
**rules** [1] - 5:4
**Rules** [2] - 4:3, 80:11
**run** [1] - 29:21
**Russell** [1] - 1:11

## S

**Samuel** [3] - 41:20, 41:25, 42:19
**saved** [1] - 52:3
**saw** [2] - 60:2, 68:3
**schedule** [1] - 40:20
**Schlagel** [1] - 9:13
**school** [1] - 42:16
**School** [7] - 16:20, 16:21, 41:21, 41:25, 42:20, 72:8, 75:25
**schools** [4] - 40:9, 41:12, 48:17, 72:18
**Scott** [32] - 9:23, 10:15, 11:3, 11:6, 11:9, 11:10, 11:13, 11:14, 11:20, 31:1, 31:4, 32:2, 32:4, 32:20, 37:18, 39:23, 46:4, 47:20, 49:14, 57:9, 57:20, 58:4, 59:13, 59:25, 60:1, 60:10, 60:19, 61:13, 61:15, 61:20, 66:10
**Scott's** [4] - 58:18, 61:18, 66:15
**screenshots** [1] - 52:3
**seal** [1] - 79:18
**second** [5] - 20:3, 35:7, 41:2, 60:9, 64:17
**secretary** [3] - 25:21, 25:22, 25:24
**see** [7] - 17:10, 25:16, 43:17, 52:18, 68:8, 69:14, 69:16
**sending** [2] - 23:22, 36:17
**senior** [1] - 15:17
**sent** [6] - 35:15, 36:1,

36:2, 36:7, 38:24
**separate** [2] - 10:14, 40:2
**separated** [1] - 11:15
**separation** [1] - 25:19
**SEPTECME** [1] - 79:19
**September** [8] - 23:25, 33:13, 43:1, 68:10, 68:11, 68:12, 69:10, 69:22
**Sergeant** [3] - 35:15, 36:8, 73:12
**sergeant** [2] - 8:25, 10:25
**sergeants** [1] - 13:3
**serve** [2] - 9:24, 33:18
**served** [2] - 34:20
**service** [5] - 15:23, 25:15, 25:19, 34:18, 73:19
**services** [3] - 10:8, 15:18, 33:15
**set** [3] - 33:6, 79:10, 79:18
**Several** [1] - 61:14
**several** [3] - 26:8, 71:8, 71:11
**shaking** [1] - 5:8
**Shane** [7] - 30:7, 30:21, 37:19, 53:9, 53:11, 54:2, 54:10
**Shapiro** [1] - 9:14
**share** [2] - 31:4, 37:20
**shared** [3] - 31:18, 37:18, 74:3
**sharing** [1] - 49:20
**Sheriff** [36] - 4:8, 4:11, 7:6, 9:16, 9:24, 13:15, 13:25, 17:24, 18:1, 19:19, 20:4, 22:15, 22:16, 22:19, 22:24, 24:2, 24:13, 26:6, 28:8, 29:17, 34:12, 34:13, 34:23, 35:1, 41:8, 41:19, 49:7, 55:13, 55:15, 55:22, 60:5, 63:6, 63:8, 68:17, 68:20, 76:20
**Sheriff"** [1] - 60:3
**Sheriff's** [26] - 8:9, 8:11, 8:16, 8:17, 9:5, 12:10, 15:3, 17:14, 19:12, 19:25, 20:7, 23:8, 23:10, 25:12, 25:23, 27:25, 29:3, 49:22, 55:6, 55:9, 61:7, 63:2, 66:1, 73:4, 74:19

**shop** [1] - 34:3
**short** [1] - 12:3
**show** [1] - 64:4
**showed** [3] - 24:1, 64:19, 71:7
**shredded** [1] - 65:24
**shut** [1] - 23:17
**side** [3] - 48:13, 57:23, 58:25
**sight** [2] - 32:24, 59:11
**sign** [3] - 27:15, 80:10, 80:12
**signature** [3] - 23:20, 39:8, 80:13
**SIGNATURE** [1] - 78:1
**signed** [3] - 23:18, 24:19, 27:16
**similar** [1] - 10:6
**similarly** [1] - 18:5
**simple** [1] - 33:12
**simply** [2] - 48:24, 55:6
**sir/ma'am** [1] - 80:8
**sister** [1] - 11:25
**sit** [1] - 54:18
**Sitting** [1] - 69:24
**situation** [1] - 53:19
**slate** [1] - 33:5
**small** [1] - 28:11
**social** [3] - 51:7, 51:19, 52:6
**someone** [2] - 55:2, 56:15
**sometime** [1] - 29:14
**sometimes** [2] - 74:12, 74:15
**Sometimes** [1] - 74:13
**somewhere** [1] - 60:2
**soon** [1] - 59:12
**Sorry** [2] - 23:15, 69:1
**sorry** [6] - 4:25, 8:12, 10:1, 21:17, 27:7, 27:23
**Sort** [1] - 11:23
**sound** [1] - 30:24
**sounds** [1] - 30:14
**Sounds** [1] - 30:15
**sources** [1] - 55:8
**South** [1] - 1:11
**special** [8] - 15:1, 15:14, 15:20, 16:17, 17:14, 17:25, 19:13, 75:20
**Special** [34] - 8:10, 15:3, 16:7, 18:3, 18:8, 18:9, 18:15, 19:1, 19:25, 20:6, 20:20, 26:11, 26:16, 27:12, 27:19, 28:1,

28:16, 31:24, 38:3, 38:7, 38:8, 38:9, 38:12, 38:14, 49:6, 49:24, 55:14, 56:16, 71:16, 71:21, 74:8, 75:4, 75:5, 75:13
**Specials** [1] - 74:20
**specials** [1] - 26:20
**specific** [1] - 66:22
**specifically** [3] - 26:18, 27:21, 54:4
**specifics** [1] - 52:16
**speech** [1] - 50:23
**spelled** [1] - 74:8
**Spencer** [1] - 66:4
**spouse's** [1] - 6:22
**spread** [1] - 47:22
**spreadsheet** [1] - 28:13
**SRO** [6] - 16:19, 16:20, 42:2, 46:18, 46:20, 48:25
**SS** [1] - 79:4
**STACY** [1] - 1:3
**Stacy** [33] - 2:9, 4:9, 21:5, 30:20, 31:12, 31:21, 32:6, 32:19, 33:9, 33:15, 33:21, 33:25, 34:13, 35:19, 35:22, 36:10, 42:1, 42:25, 44:9, 44:19, 44:23, 45:11, 46:10, 46:17, 46:21, 47:10, 47:12, 48:12, 48:21, 49:2, 54:14, 69:17, 69:21
**Stacy's** [1] - 40:10
**staff** [1] - 42:21
**standing** [2] - 19:9, 25:15
**start** [2] - 48:9, 50:11
**started** [3] - 8:12, 33:12, 36:9
**starting** [1] - 69:5
**State** [9] - 1:10, 17:25, 18:15, 18:22, 22:15, 60:7, 79:4, 79:7, 79:21
**state** [3] - 14:3, 22:18, 54:16
**statement** [4] - 58:3, 60:15, 60:19, 60:20
**statements** [4] - 58:4, 58:8, 58:21, 59:1
**STATES** [1] - 1:1
**stay** [1] - 68:4
**stenotypy** [1] - 79:11
**step** [1] - 10:6
**Stephanie** [2] - 25:21, 27:16

**stepped** [1] - 42:14
**Steve** [1] - 68:20
**still** [6] - 4:22, 4:25, 5:4, 5:22, 22:6, 34:5
**Still** [1] - 22:7
**stipulations** [2] - 1:14, 79:14
**straddle** [1] - 68:14
**Street** [1] - 1:11
**striked** [1] - 69:16
**strong** [2] - 66:19, 66:20
**structure** [1] - 73:3
**stuart** [1] - 2:2
**Stuart** [1] - 4:9
**stuart@
    employmentlawpartners
    .com** [1] - 2:3
**students** [1] - 42:21
**stuff** [1] - 55:5
**submitted** [2] - 13:13, 25:12
**substance** [1] - 76:25
**sue** [2] - 63:8, 65:12
**sued** [7] - 49:3, 49:9, 49:23, 63:6, 63:10, 63:12, 75:13
**suggest** [1] - 77:3
**suing** [1] - 65:9
**Suite** [1] - 1:12
**Summary** [1] - 63:13
**summer** [2] - 35:8, 35:9
**Summit** [18] - 7:7, 7:8, 8:9, 8:15, 15:2, 16:25, 18:1, 18:9, 19:25, 27:11, 27:12, 29:17, 33:19, 38:14, 49:7, 49:8, 52:21
**superintendent** [5] - 40:9, 46:14, 46:15, 46:25, 47:6
**supervise** [1] - 13:8
**supervision** [1] - 14:6
**supervisor** [4] - 10:24, 10:25, 35:12, 71:13
**supervisor's** [2] - 73:10, 73:11
**supervisors** [1] - 13:7
**supply** [1] - 18:17
**supplying** [1] - 47:2
**support** [1] - 14:3
**supported** [4] - 50:18, 57:23, 58:24, 59:7
**supporting** [1] - 58:14
**supposed** [2] - 46:18, 47:14
**surprise** [7] - 29:3, 29:6, 31:10, 31:11, 31:16, 66:13, 66:14

**surprises** [1] - 66:21
**suspend** [1] - 20:5
**swearing** [2] - 26:15, 26:19
**swore** [1] - 14:2
**sworn** [4] - 4:4, 13:15, 26:10, 79:9

## T

**take-home** [1] - 33:22
**Taylor** [14] - 37:25, 38:3, 51:2, 51:9, 51:13, 52:13, 52:14, 52:15, 52:21, 52:24, 53:5, 53:7, 54:5, 55:12
**Taylor's** [2] - 54:13, 54:21
**teachers** [1] - 47:7
**team** [1] - 42:9
**teamwork** [1] - 43:4
**technology** [1] - 79:12
**ten** [1] - 44:13
**Teresa** [2] - 38:1, 38:9
**term** [2] - 15:23, 44:18
**terminate** [1] - 31:15
**terminated** [3] - 73:15, 73:16, 73:20
**terms** [7] - 7:12, 8:1, 8:5, 8:21, 12:13, 18:25, 53:4, 66:22, 72:13
**test** [1] - 12:6
**testified** [3] - 5:5, 28:25, 71:1
**testify** [4] - 6:2, 6:5, 72:13, 79:9
**testimony** [7] - 4:14, 61:21, 62:20, 62:21, 78:5, 79:12
**text** [1] - 40:21
**THE** [3] - 1:1, 76:17, 77:4
**Thereupon** [14] - 13:19, 19:16, 22:21, 24:10, 25:7, 26:3, 27:1, 28:5, 38:18, 41:4, 44:15, 64:8, 67:10, 72:23
**they've** [1] - 14:12
**thief** [8] - 32:20, 33:10, 34:22, 35:8, 37:17, 48:15, 57:2, 59:9
**third** [1] - 69:8
**thousand** [1] - 35:9
**three** [6] - 10:13, 13:5, 67:20, 69:6, 69:21,

73:25
**throughout** [1] - 33:18
**Thursday** [1] - 30:25
**time-to-time** [1] - 14:7
**Timothy** [1] - 9:10
**tired** [1] - 51:16
**title** [2] - 17:6, 17:7
**titles** [1] - 60:3
**today** [10] - 4:11, 5:10, 5:22, 6:2, 6:8, 54:18, 55:11, 62:7, 69:24, 71:1
**together** [2] - 21:13, 50:6
**Tom** [2] - 33:19, 33:23
**took** [10] - 8:18, 9:25, 11:7, 13:15, 13:24, 33:4, 39:16, 45:8, 56:1, 59:18
**Top** [5] - 22:10, 22:17, 23:5, 23:6, 23:24
**top** [4] - 9:5, 12:14, 12:19, 69:19
**topic** [1] - 23:4
**TORCH** [14] - 3:3, 4:7, 28:20, 41:1, 41:7, 43:13, 44:11, 44:17, 62:14, 72:20, 72:25, 76:13, 76:16, 76:18
**Torch** [2] - 2:2, 4:9
**towards** [1] - 7:17
**track** [1] - 33:20
**tracks** [1] - 27:25
**Traffic** [1] - 16:18
**training** [5] - 11:17, 18:17, 18:19, 18:20, 18:21
**transcribed** [1] - 79:11
**transcript** [4] - 43:18, 76:23, 80:9, 80:12
**transcription** [1] - 78:5
**transporting** [1] - 15:16
**treat** [1] - 17:14
**tricks** [1] - 49:13
**tried** [5] - 33:5, 56:22, 63:24, 64:1
**trucking** [1] - 35:17
**true** [10] - 13:23, 19:24, 50:21, 59:3, 59:4, 59:5, 60:14, 78:4, 79:12
**trust** [4] - 49:2, 51:8, 53:4, 53:22
**trusted** [1] - 51:14
**truth** [3] - 79:10, 79:10
**truthful** [2] - 64:2, 64:16
**truthfully** [2] - 6:2, 6:5

try [2] - 5:12, 56:23
trying [2] - 36:9, 57:5
Tuesday [1] - 30:13
Turning [1] - 15:1
TV [2] - 58:2
Twinsburg [9] - 40:9, 41:13, 41:21, 43:8, 48:17, 48:24, 72:8, 72:18, 75:25
two [15] - 19:22, 24:15, 34:7, 35:8, 38:22, 49:12, 62:9, 62:10, 63:9, 63:11, 66:7, 67:8, 67:13, 70:9, 73:7
two-page [1] - 38:22
type [4] - 4:21, 17:11, 22:4, 75:9
types [1] - 27:20
typical [2] - 18:8, 50:9

## U

Ultimately [1] - 63:25
uncompensated [3] - 16:6, 16:11, 16:12
uncontested [1] - 30:3
under [12] - 14:6, 18:16, 24:19, 37:13, 38:16, 39:8, 46:22, 74:25, 75:1, 75:12, 79:12, 79:16
undersigned [1] - 78:2
understood [2] - 16:15, 39:18
unhappy [1] - 40:10
uniform [1] - 55:24
union [5] - 73:6, 73:9, 73:10, 73:11, 73:21
unions [3] - 73:7, 73:14
UNITED [1] - 1:1
unlawful [1] - 20:12
unless [2] - 5:22, 80:12
unpaid [2] - 15:13, 15:23
untrue [4] - 58:22, 58:25, 59:4, 59:5
untruthful [1] - 65:16
up [18] - 10:24, 36:3, 37:8, 40:6, 40:7, 42:17, 44:19, 44:23, 49:12, 53:18, 53:19, 59:16, 63:15, 64:3, 64:20, 69:20, 71:22, 73:11
uphold [1] - 14:3

utilized [1] - 74:7

## V

vacation [3] - 36:12, 36:14, 36:15
variations [1] - 67:17
vehicles [2] - 15:16, 33:21
vendor [6] - 16:5, 74:13, 74:14, 75:16, 75:24, 76:14
vendors [1] - 17:10
verbally [1] - 5:8
version [1] - 67:21
Village [1] - 8:13
violated [2] - 65:6, 65:7
violation [2] - 21:1, 21:3
violations [1] - 65:9
Virginia [1] - 33:14
virtually [1] - 34:20
vocal [1] - 53:8
voicemail [9] - 40:16, 41:9, 41:11, 43:15, 43:18, 43:21, 43:24, 44:9, 44:22
volunteer [6] - 15:5, 15:6, 15:13, 15:20, 15:22, 17:23
vs [1] - 1:5
VS [1] - 80:5

## W

wait [2] - 36:13, 48:2
waiting [2] - 14:24, 47:21
waive [1] - 77:2
waived [1] - 80:13
wants [1] - 53:3
warning [4] - 37:10, 64:4, 65:1, 66:5
Watchee(phonetic [1] - 36:11
Waterloo [1] - 35:17
Wednesday [1] - 1:13
week [6] - 5:3, 15:20, 37:2, 46:3, 48:10, 67:23
weeks [1] - 61:14
whatsoever [2] - 20:18, 57:4
WHEREOF [1] - 79:18
white [1] - 66:15
whited [1] - 69:7
Whitmore [3] - 37:25,

38:8, 38:11
whole [1] - 79:10
wife [6] - 51:6, 51:17, 51:19, 52:14, 52:15, 53:8
wife's [1] - 12:4
willed [1] - 66:20
William [1] - 71:16
Williamson [2] - 4:23, 5:1
willing [1] - 53:23
WITNESS [3] - 76:17, 77:4, 79:18
witness [2] - 79:9, 79:13
women [1] - 63:9
Wonderful [1] - 6:7
word [2] - 45:4, 75:24
words [3] - 15:4, 22:17, 58:6
workers [1] - 12:9
workers' [2] - 63:23, 75:16
works [2] - 12:21, 25:22
world [1] - 76:13
would've [4] - 34:6, 49:16, 50:9, 50:10
writ [1] - 36:24
writing [1] - 79:11
written [8] - 13:9, 19:12, 30:16, 37:10, 39:18, 64:4, 65:1, 66:5
wrote [4] - 30:22, 39:19, 39:22, 51:5
WWW.JARKUB. COM [1] - 1:17

## Y

year [7] - 6:14, 7:18, 13:12, 18:18, 25:3, 48:7, 55:22
years [10] - 7:2, 11:25, 21:24, 45:23, 51:22, 58:12, 66:12, 74:11
Yost [1] - 25:20