# SHERIFF'S OATH OF OFFICE
Revised Code, Secs. 3.22, 3.23

SANDRA KURT
2020 DEC 31 PM 1:13
SUMMIT COUNTY
CLERK OF COURTS

The State of Ohio, __SUMMIT__ County, ss.

I, __KANDY FATHEREE__ do solemnly swear, that I will support the Constitution of the United States and the Constitution of the State of Ohio, and that I will faithfully discharge the duties as Sheriff of __SUMMIT__ County, Ohio during my continuance in office.

_Kandy L Fatheree_

Sworn to before me and signed in my presence, this __30th__ day of __December__, 2020.

_Eileen Marsh Smyth_
_Probate Judge_


PLAINTIFF'S EXHIBIT 1

001168