

# SUMMIT COUNTY SHERIFF'S OFFICE
# POLICY AND PROCEDURE
# OPERATIONS

| | |
|---|---|
| **CHAPTER:** Personnel | **POLICY NUMBER:** 2.4.0 |
| **TOPIC:** Special Deputies | **EFFECTIVE DATE:** 3/22/2021 |
| **SUB TOPIC:** | **APPROVED:** Kandy Fatheree |

## POLICY:

The Summit County Sheriff's Office shall train and manage a force of Special Deputies. Special Deputies shall be scheduled and assigned to augment the functions of the Sheriff's Office. All Special Deputies shall adhere to the all policies, procedures, rules, and directives of the Summit County Sheriff's Office.

## PROCEDURE:

I. Classification of Special Deputies

    A. The Sheriff shall determine which classification and rank a Special Deputy will be given at the time of commission.

    B. Unrestricted Special Deputy:

        1. May exercise arrest powers and carry weapons in the same manner as a regular appointed deputy.

        2. Shall not be employed in any private security or private investigation capacity.

    C. Restricted Special Deputy:

        1. May exercise arrest powers and carry weapons **only** when the deputy is in the uniform of the day or plain clothes assignment and assigned to duty by the Sheriff or the Sheriff's designee.

        2. May be in uniform or plain clothes complete with weapon, when traveling directly to or from a duty assignment.

        3. May, with permission from the Sheriff or the Sheriff's designee, be employed in a private security or private investigation capacity.

    D. Special Deputies with Rank (Unrestricted/Restricted)

        1. A Deputy Sheriff supervisor that retires from full service may maintain the same rank at the time of retirement in their capacity as a Special Deputy. (i.e. Sergeant, Lieutenant, Captain, Major)

        2. Special Deputies with rank will only have authority to supervise Special Deputies.



PLAINTIFF'S EXHIBIT 2

| SUMMIT COUNTY SHERIFF'S OFFICE POLICY AND PROCEDURE OPERATIONS | POLICY NUMBER: 2.4.0 |
|---|---|

    3. Special Deputies with rank shall comply with and assist full time Deputy Sheriff Supervisors and/or Detail Commanders while working any duty assignment.

    4. Full-time Sheriff's Office supervisors shall have complete authority over all Special Deputies regardless of the Special Deputy Rank.

    5. The Sheriff or the Sheriff's designee shall determine which classification (unrestricted or restricted) a Special Deputy with rank will be given at the time of commission. They shall abide by the guidelines established for that classification.

  E. Honorary Deputies:

    1. Have **NO** authority to exercise arrest powers, perform a police function, carry a weapon, or represent themselves as a law enforcement officer.

    2. May be assigned to perform a service for the department by the Sheriff or the Sheriff's designee.

    3. May, with written permission of the Sheriff or the Sheriff's designee, be employed in a private security or private investigation capacity, subject to the terms outlined in the written permission.

II. General Guidelines

  A. Individuals applying for an Unrestricted or Restricted Special Deputy commission shall:

    1. Be certified by the State of Ohio to hold a law enforcement commission.

    2. Submit to a background check.

    3. Submit to and pay for a drug test.

    4. Complete any deficient or remedial training required by OPOTA or the Sheriff's Training Bureau within the time frame specified.

    5. Have a valid driver's license.

  B. The Sheriff reserves the right to suspend or revoke any commission or to reclassify any Special Deputy at the Sheriff's discretion.

  C. The Special Deputy Unit shall be managed under the direction and supervision of a Special Deputy Unit Commander designated by the Sheriff.

  D. Identification cards or other county issued items are the property of the Summit County Sheriff and must be returned to the Sheriff upon termination of service unless otherwise instructed by the Sheriff.

III. Responsibilities and Requirements Restricted and Unrestricted Special Deputies

001486

| SUMMIT COUNTY SHERIFF'S OFFICE POLICY AND PROCEDURE OPERATIONS | POLICY NUMBER: 2.4.0 |
|---|---|

- A. Special Deputies shall **not** represent themselves as members of the Sheriff's Office or display their identification cards unless necessary to perform a police function, and only within the classification of their commission as outlined above.
- B. Special Deputies shall maintain a complete Class "A" and "B" uniform and all necessary equipment.
- C. Special Deputies shall immediately notify in writing to the Sheriff or the Sheriff's designee, as soon as possible, any arrest of themselves, loss of driving privileges, pending civil actions, and disability or loss of competence whether temporary or permanent.
- D. Special Deputies shall immediately notify, in writing, the Sheriff or the Sheriff's designee of any change of address, contact phone number, change of employment, or availability.
- E. Special Deputies shall be required to donate a minimum of 16 (sixteen) hours per month to the Summit County Sheriff's Office.
    1. The Sheriff or the Sheriff's designee may make exemption to this requirement.
    2. The Sheriff or the Sheriff's designee may assign donated services.
    3. A "Duty Slip" shall be submitted for all donated hours.
        a. The slip shall be signed by the appropriate Shift Supervisor/Detail Commander upon completion of the assignment.
        b. The Special Deputy shall ensure that all slips shall are forwarded to personnel designated by the Sheriff.
- F. Special Deputies are required to complete all departmental training requirements and shall qualify with their duty weapon(s) on an annual basis, as directed through the Training Bureau.

IV. Employment with Other Governmental Agencies

- A. Special Deputies may use the authority and powers granted by their special commission in their employment with other governmental agencies with express written permission of the Sheriff and a memorandum of understanding or contract with that agency outlining the terms, conditions and/or scope of law enforcement functions allowed.
- B. Special Deputies using their special commission in any law enforcement capacity, in a full or part-time basis, for any other governmental agency shall do so under the direction and supervision of the Operations Commander or higher authority.

001487