



**Summit County Sheriff's Office**
Sep 29, 2021

Congratulations to Deputy Stacy Clark on being chosen "Top Cop" for the month of September by the Summit County Prosecutor's Office! Deputy Clark went above and beyond to protect a local resident from losing his life savings in a scam, and to secure the capture and conviction of the perpetrator. You can read the full story in the **Summit County Prosecutor**'s monthly newsletter: **https://bit.ly/3ogyykr**



🔒 facebook.com — Private



CLARK_00015

5:35

# facebook

Log in



**Summit County Sheriff's Office**
Sep 29, 2021
Timeline photos

Congratulations to Deputy Stacy Clark on being chosen "Top Cop" for the month of September by the Summit County Prosecutor's Office! Deputy Clark went above and beyond to protect a local resident from losing his life savings in a scam, and to secure the capture and conviction of the perpetrator. You can read the full story in the **Summit County Prosecutor**'s monthly newsletter: **https://bit.ly/3ogyykr**

👍❤️ John Paulsen and 635 others

👍 636    💬 135    ↗ 24

🔄 **Show previous comments**



**Elliot Kolkovich, Summit County Prosecutor**
Well deserved! Congratulations!

3 yrs  👍 32

**View previous replies...**



**Stacy Clark**
Sara Meyer . I love hearing that! Hope you are well!! 🖤

3 yrs

**Recent Post by Page**

🔒 facebook.com — Private

CLARK_00016

5:37

### AI Overview 

In Summit County, Ohio, **Deputy Stacy Clark** was recognized as "Top Cop" for September 2021 by the Summit County Prosecutor's Office for her outstanding work in protecting a local resident from a scam and securing the capture and conviction of the perpetrator.

Here's a more detailed look:

**Deputy Stacy Clark's Achievement:**

Deputy Clark was honored as "Top Cop" for September 2021 by the Summit County Prosecutor's Office.

**Reason for Recognition:**

She went above and beyond to protect a local resident from losing their life savings in a scam and to secure the capture and conviction of the perpetrator.

**Context:**

This recognition highlights the dedication and effectiveness of law enforcement officers in Summit County, Ohio.

