**Summit County Sheriff's Office**
53 University Avenue - Akron, Ohio 44308-1679
Phone: 330-643-2181 · Fax: 330-434-2701



**Summit County Jail**
205 East Crosier Street - Akron, Ohio 44311-2351
Phone: 330-643-2171 · Fax: 330-253-4138

*Kandy Fatheree, Sheriff*

October 19, 2021

Detective Stacy Clark,

The Awards Committee would like to extend special recognition for being named as TOP COP for the month of September by the Summit County Prosecutor's Office. Sheriff Fatheree would like to congratulate you on this achievement and commend you for the countless hours you commit to protecting the senior citizens within our community from predators. This award exemplifies your professionalism and dedication to your profession and the Sheriff's Office.

Thank you for your exemplary service,

*Kandy Fatheree*

Kandy Fatheree
Sheriff Summit County

**PLAINTIFF'S EXHIBIT 4**

   

000030