# Retirement!

### Clark, Stacy

Fri 10/15/2021 1:59 PM

To:Fatheree, Kandy Lynn <kfatheree@sheriff.summitoh.net>; George, Donna <DGeorge@sheriff.summitoh.net>;

Sheriff Fatheree and Ms. George,

I am writing to inform you that I will am retiring from the Summit County Sheriff's Office.  My last day of work will be Novemeber 30, 2021.

After 28 plus years of one heck of a rollar coaster ride I appreciate all the support this Department has given me.  I have always been proud to say I am employed by the Summit County Sheriff's Office and have the opportunity of working with some of the most outstanding law enforcement and civilian works that exist in this field.

I can't give it up completely, my veins still bleed blue and respectfully request to retain my commission with the Summit County Sheriff's Office and serve this wonderful community.

Please let me know if you need anything futher,

Stacy Clark
330-734-9901
CONFIDENTIALITY NOTICE: It is the intent of the Sheriff that any content or information contained in this message, including any and all attachments, that pertain to the missions or operations of the Summit County Sheriff's Office, or the duties of any of its employees, be used exclusively by the addressees in association with the official function of providing law enforcement services to the citizens of Summit County. Unauthorized disclosure or use of this information is strictly prohibited. Any Summit County Sheriff's Office employee that disseminates any information contained herein to persons for whom it is not intended is in violation of Summit County Sheriff's Office Rule 7.1 and may be subject to discipline for its violation. Any Special Deputy violating the confidentiality of an official message in violation of Rule 7.1 is subject to the potential loss of their commission. Any person receiving this communication in error, please notify the sender and then permanently dispose of the original message immediately.



PLAINTIFF'S
EXHIBIT
5
PENGAD 800-631-6989

https://scsomail/owa/

10/15/2021

000004



*#23*

# Sheriff Kandy Fatheree

County of Summit • State of Ohio
## October 15, 2021

Stacy Clark
Summit County Sheriff's Office
sclark@sheriff.summitoh.net

RE: Retirement

Dear Detective Clark:

Please be advised that we have received and accept your notice of retirement from the full-time position of Sheriff's Deputy with the Summit County Sheriff's Office effective Tuesday, November 30, 2021.   Please return your County-issued equipment to the appropriate location as defined in the attached Equipment Return Instructions and Equipment Return Form.

We wish you the best of luck in your future endeavors.  Should you have any questions regarding this matter, please feel free to contact the Personnel Office.  We will miss you!

Very truly yours,

KANDY FATHEREE
Sheriff, County of Summit

Donna George
Director of Administration/HR

Attachments

Email cc:  Sheriff Kandy Fatheree       Michelle Mikulin       Jennifer Kline
           All Supervisors              Chuck Sweeney          Brittany Marshall
           Deputy Keith Murray          Lisa Yeager            Tina Outley
           Deputy Joey Norman           Kym Komaschka          Trish Durkin
           Deputy Steve Norris          Stephanie Bower        Carolyn Stevenson
           James Meyer                  Jackie Whitfield       Patti Taylor
           Monica Siko

000003