


Ohio Peace Officer Training Commission
Office 800-346-7682
Fax 740-845-2675

# NOTICE OF PEACE OFFICER SEPARATION FROM SERVICE

Complete all blanks. Type or print legibly. Enter N/A if not applicable.
Please email (SF400@ohioattorneygeneral.gov), fax, or mail this document within ten days of the separation.

**OFFICER INFORMATION**

| 1. Name (Last) | (First) | (Middle) | 2. Social Security Number |
|---|---|---|---|
| Clark | Stacy | R | [redacted] |

| 3. Previous Name(s) or Alias (Last) | (First) | (Middle) |
|---|---|---|
| N/A | N/A | N/A |

| 4. Birth date (mm/dd/yyyy) | 5. Officer's Personal Email Address |
|---|---|
| 02/01/1970 | [redacted] |

| 6. Home Mailing Address (#/Street/PO Box) | (City) | (State) | (Zip Code) | (County Name) |
|---|---|---|---|---|
| 127 Van Evera Road | Tallmadge | Ohio | 44278 | Summit |

**AGENCY INFORMATION**

| 7. Agency Name |
|---|
| Summit County Sheriff's Office |

| 8. Law Enforcement Agency Administrator's Email Address | 9. Agency Phone Number |
|---|---|
| sbower@sheriff.summitoh.net | 330-643-2154 |

| 10. Agency Mailing Address (#/Street/PO Box) | (City) | (State) | (Zip Code) | (County Name) |
|---|---|---|---|---|
| 53 University Avenue, 4th Floor | Akron | Ohio | 44308 | Summit |

**SEPARATION INFORMATION**

| 11. Appointment Date (mm/dd/yyyy) | 12. Separation Date (mm/dd/yyyy) |
|---|---|
| 12/10/1994 | 11/30/2021 |

13. Reason for Separation (check appropriate box)

- [ ] Resignation – In Good Standing (No Pending Discipline)
- [ ] Resignation – Resignation in lieu of Termination
- [ ] Resignation – Other (Mandatory Explanation required)
- [ ] Resignation – Under Investigation
- [ ] Separation from service or termination for any other reason (please explain below)
- [ ] Misdemeanor guilty plea with a surrender certificate (please explain below)
- [ ] Retirement – Disability Retirement
- [ ] Retirement – Retirement in lieu of Termination
- [ ] Retirement – Under Criminal Investigation
- [x] Retirement – Service Retirement in Good Standing
- [ ] Death
- [ ] Felony Conviction (please explain below)

Explanation, if applicable: _____

**ATTESTATION OF LAW ENFORCEMENT AGENCY ADMINISTRATOR**

I attest that the information provided on this form is true and correct and is based on my personal knowledge or inquiry.

| 14. Signature of Law Enforcement Agency Administrator | 15. Name and Title | 16. Date |
|---|---|---|
| *Stephanie Bower* | Stephanie Bower, Secretary II | 11/30/2021 |

SF401adm
Revised 03/02/2021



PLAINTIFF'S EXHIBIT 6

000020