## SUMMIT COUNTY SHERIFF'S OFFICE
## SHERIFF KANDY FATHEREE
## INTER-OFFICE MEMO

**TO:** Detective Stacy Clark

**FROM:** Donna George, Director of Administration/Personnel

**DATE:** October 15, 2021

**RE:** Separation Interview and Questionnaire

---

Please find attached a Separation Interview Questionnaire we are requesting you please complete and return on the date of your exit interview. The purpose of this form is to solicit your feedback in order to help evaluate and improve the effectiveness of the employer. Your exit interview has been scheduled for **Tuesday, November 30, 2021** *at 10:15 A.M. Your swearing in date as a Special Deputy has been scheduled for Wednesday, December 1, 2021.*

***The date you are sworn in please stop by the HR Department for your equipment return.***
Please bring all county issued equipment with you to this meeting (radio, charger, and keys, including cruiser and 516 keys, and identification badges, breast badge and hat badge). In the event you wish to purchase your uniforms please bring one dollar ($1.00) to this meeting.

Also, please note if you have used the Summit County Sheriff's Office address on your driver's license as a matter of confidentiality, you will be required to complete a change of address with the BMV within 30-days from the effective date of your retirement.

Thank you in advance for your cooperation and assistance in this matter. In the event you cannot keep this scheduled appointment or should you have any questions please feel free to contact me at 330-643-2158.


cc    Lieutenant Douglas Schwalbach
       Elizabeth Schlagel
       Tina Outley
       Brittany Marshall
       Michelle Mikulin



PLAINTIFF'S EXHIBIT 7

000025