

# Sheriff Kandy Fatheree

County of Summit • State of Ohio

November 30, 2021

**Risk Processing
North East Region
30 West Spring Street
Columbus, OH 43266-0581**

RE: *Contract Coverage, Summit County Sheriff's Office. Policy # 377-00-001*

To Whom It May Concern:

Please **ADD** the below listed Summit County Special Deputy with coverage, effective November 30, 2021

*STACY R. CLARK*

*TALLMADGE, OHIO 44278*
*SSN:*

Kindly adjust your records accordingly.

Respectfully,

**KANDY FATHEREE**
*Sheriff, County of Summit*

*Stephanie Bower*

Stephanie Bower
Secretary II

PLAINTIFF'S EXHIBIT 8

Administration/Operations • 53 University Avenue • Akron, Ohio 44308-1679
Phone 330-643-2181 • Fax 330-434-2701
Summit County Jail • 205 East Crosier Street • Akron, Ohio 44311-2351
Phone 330-643-2171 • Fax 330-253-4138

001498