## Pongracz, Kelly

| | |
|---|---|
| **From:** | Mikulin, Michelle <mmikulin@sheriff.summitoh.net> |
| **Sent:** | Monday, November 18, 2024 12:19 PM |
| **To:** | Stacy Clark |
| **Cc:** | Paolucci, Richard |
| **Subject:** | SPECIAL DEPUTY COMMISSION |
| **Attachments:** | SKM_558e24111812461.pdf |

Please see attached letter reference your Special Deputy commission.

An official letter will follow VIA U.S. Mail.

*Michelle Mikulin*
Administrative Assistant
**Summit County Sheriff's Office**
Training Bureau
330-896-4019
mmikulin@sheriff.summitoh.net


**From:** konica_training@sheriff.summitoh.net <konica_training@sheriff.summitoh.net>
**Sent:** Monday, November 18, 2024 11:47 AM
**To:** Mikulin, Michelle <mmikulin@sheriff.summitoh.net>
**Subject:** Message from KM_558e

CONFIDENTIALITY NOTICE: It is the intent of the Sheriff that any content or information contained in this message, including any and all attachments, that pertain to the missions or operations of the Summit County Sheriff's Office, or the duties of any of its employees, be used exclusively by the addressees in association with the official function of providing law enforcement services to the citizens of Summit County. Unauthorized disclosure or use of this information is strictly prohibited. Any Summit County Sheriff's Office employee that disseminates any information contained herein to persons for whom it is not intended is in violation of Summit County Sheriff's Office Rule 7.1 and may be subject to discipline for its violation. Any Special Deputy violating the confidentiality of an official message in violation of Rule 7.1 is subject to the potential loss of their commission. Any person receiving this communication in error, please notify the sender and then permanently dispose of the original message immediately.


PLAINTIFF'S EXHIBIT 10

1

001483



# Sheriff Kandy Fatheree

County of Summit • State of Ohio

November 18, 2024

Deputy Clark,

Please be advised effective November 18, 2024, your special deputy commission with Summit County Sheriff's Office will be rescinded

Captain Richard Paolucci

Administration/Operations • 53 University Avenue • Akron, Ohio 44308-1679
Phone 330-643-2181 • Fax 330-434-2701
Summit County Jail • 205 East Crosier Street • Akron, Ohio 44311-2351
Phone 330-643-2171 • Fax 330-253-4138

001484