From: Brown, Larry <LBrown@sheriff.summitoh.net>
Sent: Monday, February 10, 2025 7:12 AM
To: Martin, Kimberly A. <kamartin@sheriff.summitoh.net>
Subject: Fw: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Chief Larry Brown
Summit County Sheriff's Office
53 University Ave.
Akron, Ohio 44308
(330) 819-8484 Cell
(330) 643-2170 Desk
(330) 643-2297 Fax
lbrown@sheriff.summitoh.net

---

From: Diesch, Catherine <cdiesch@sheriff.summitoh.net>
Sent: Friday, January 24, 2025 2:35 PM
To: Holland, Bill <BHolland@sheriff.summitoh.net>; Brown, Larry <LBrown@sheriff.summitoh.net>
Subject: FW: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Please see attached email thread that Jacki Whitfield sent in regards to the Brady List.

Sergeant Catherine Diesch #0621
Summit County Sheriff's Office
Internal Affairs/Investigations Division
Office 330-643-2281
Dispatch 330-643-2181
Cdiesch@sheriff.summitoh.net



001489

From: Whitfield, Jacqueline <jwhitfield@sheriff.summitoh.net>
Sent: Friday, January 24, 2025 1:05 PM
To: Gleespen, Ryan <rgleespen@sheriff.summitoh.net>; Diesch, Catherine <cdiesch@sheriff.summitoh.net>
Subject: FW: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Here is the last list I received.

From: Cody, Michael <MCody@sheriff.summitoh.net>
Sent: Friday, February 5, 2021 2:28 PM
To: Whitfield, Jacqueline <jwhitfield@sheriff.summitoh.net>
Cc: Cottle, Scott <SCottle@sheriff.summitoh.net>; Smith, Doug <DSmith@sheriff.summitoh.net>; Fatheree, Kandy Lynn <kfatheree@sheriff.summitoh.net>; Lowe, Michael <mlowe@sheriff.summitoh.net>; Marshall, Brittany <bmarshall@sheriff.summitoh.net>; George, Donna <DGeorge@sheriff.summitoh.net>; Armsey, Richard <RArmsey@sheriff.summitoh.net>
Subject: RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
  Please delete Deputy Jason Gardner from the list as well.
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio  44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

From: Cody, Michael
Sent: Thursday, February 4, 2021 2:48 PM
To: Whitfield, Jacqueline
Cc: Cottle, Scott; Smith, Doug; Fatheree, Kandy Lynn; Lowe, Michael; Marshall, Brittany; George, Donna; Armsey, Richard
Subject: RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
  Please delete Detective Jimmy Fields from the list of Deputies for whom I need to be notified of receipt of a subpoena in a criminal case.
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue

001490

Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

**From:** Michael Cody
**Sent:** Sunday, October 4, 2020 1:51 PM
**To:** Whitfield, Jacqueline
**Cc:** Barry, Stephen; Whitfield, Brad; Rhoades, Chris; Cottle, Scott; Doug Smith; Fatheree, Kandy Lynn; Joseph, Donald; Donna Nicholas; Lowe, Michael; Sanchez, Mike; Marshall, Brittany; Donna George; Armsey, Richard; Dellinger, Troy
**Subject:** RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
Please see my updated list of employees for whom I need to receive notice if they receive a subpoena in a criminal case.

Stacey Clark - added back on
Jimmy Fields
William Leporis
Randall Parrish
Cindy Wood
Jason Gardner - add - new to the list.

Thanks,
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

001491