Chief Larry Brown
Summit County Sheriff's Office
53 University Ave.
Akron, Ohio 44308
(330) 819-8484 Cell
(330) 643-8637 Desk
(330) 643-2297 Fax
lbrown@sheriff.summitoh.net

---

**From:** Brown, Larry <LBrown@sheriff.summitoh.net>
**Sent:** Monday, February 10, 2025 7:12 AM
**To:** Martin, Kimberly A. <kamartin@sheriff.summitoh.net>
**Subject:** Fw: Subpoena Notification - Criminal Cases (All Courts) - UPDATED


Chief Larry Brown
Summit County Sheriff's Office
53 University Ave.
Akron, Ohio 44308
(330) 819-8484 Cell
(330) 643-2170 Desk
(330) 643-2297 Fax
lbrown@sheriff.summitoh.net

---

**From:** Diesch, Catherine <cdiesch@sheriff.summitoh.net>
**Sent:** Friday, January 24, 2025 2:35 PM
**To:** Holland, Bill <BHolland@sheriff.summitoh.net>; Brown, Larry <LBrown@sheriff.summitoh.net>
**Subject:** FW: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Please see attached email thread that Jacki Whitfield sent in regards to the Brady List.

Sergeant Catherine Diesch #0621
Summit County Sheriff's Office
Internal Affairs/Investigations Division
Office 330-643-2281
Dispatch 330-643-2181
diesch@sheriff.summitoh.net



PLAINTIFF'S EXHIBIT 13



Exh. N

1

**From:** Whitfield, Jacqueline <jwhitfield@sheriff.summitoh.net>
**Sent:** Friday, January 24, 2025 1:05 PM
**To:** Gleespen, Ryan <rgleespen@sheriff.summitoh.net>; Diesch, Catherine <cdiesch@sheriff.summitoh.net>
**Subject:** FW: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Here is the last list I received.

**From:** Cody, Michael <MCody@sheriff.summitoh.net>
**Sent:** Friday, February 5, 2021 2:28 PM
**To:** Whitfield, Jacqueline <jwhitfield@sheriff.summitoh.net>
**Cc:** Cottle, Scott <SCottle@sheriff.summitoh.net>; Smith, Doug <DSmith@sheriff.summitoh.net>; Fatheree, Kandy Lynn <kfatheree@sheriff.summitoh.net>; Lowe, Michael <mlowe@sheriff.summitoh.net>; Marshall, Brittany <bmarshall@sheriff.summitoh.net>; George, Donna <DGeorge@sheriff.summitoh.net>; Armsey, Richard <RArmsey@sheriff.summitoh.net>
**Subject:** RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
   Please delete Deputy Jason Gardner from the list as well.
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

**From:** Cody, Michael
**Sent:** Thursday, February 4, 2021 2:48 PM
**To:** Whitfield, Jacqueline
**Cc:** Cottle, Scott; Smith, Doug; Fatheree, Kandy Lynn; Lowe, Michael; Marshall, Brittany; George, Donna; Armsey, Richard
**Subject:** RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
   Please delete Detective Jimmy Fields from the list of Deputies for whom I need to be notified of receipt of a subpoena in a criminal case.
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue

.

Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

**From:** Michael Cody
**Sent:** Sunday, October 4, 2020 1:51 PM
**To:** Whitfield, Jacqueline
**Cc:** Barry, Stephen; Whitfield, Brad; Rhoades, Chris; Cottle, Scott; Doug Smith; Fatheree, Kandy Lynn; Joseph, Donald; Donna Nicholas; Lowe, Michael; Sanchez, Mike; Marshall, Brittany; Donna George; Armsey, Richard; Dellinger, Troy
**Subject:** RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
   Please see my updated list of employees for whom I need to receive notice if they receive a subpoena in a criminal case.

Stacey Clark - added back on
Jimmy Fields
William Leporis
Randall Parrish
Cindy Wood
Jason Gardner - add - new to the list.

Thanks,
*Mike Cody*
"One Team, One Fight!"

.

**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

**From:** Michael Cody
**Sent:** Monday, September 28, 2020 2:45 PM
**To:** Whitfield, Jacqueline
**Cc:** Barry, Stephen; Whitfield, Brad; Rhoades, Chris; Cottle, Scott; Doug Smith; Fatheree, Kandy Lynn; Joseph, Donald; Donna Nicholas; Lowe, Michael; Sanchez, Mike; Marshall, Brittany; Donna George; Armsey, Richard; Dellinger, Troy
**Subject:** RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,

3

    Please also drop Deputy Clark from my requested notification. Based on further review, she also doesn't fit the profile.

Thanks,

~~Christopher Boyd~~
~~Stacey Clark~~
Jimmy Fields
William Leporis
Randall Parrish
Cindy Wood

Brittany,
    I still have the Leporis, Parrish and Wood files in my office.

Regards,
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

**From:** Michael Cody
**Sent:** Tuesday, September 22, 2020 8:44 AM
**To:** Whitfield, Jacqueline
**Cc:** Barry, Stephen; Whitfield, Brad; Rhoades, Chris; Cottle, Scott; Doug Smith; Fatheree, Kandy Lynn; Joseph, Donald; Donna Nicholas; Lowe, Michael; Sanchez, Mike
**Subject:** RE: Subpoena Notification - Criminal Cases (All Courts) - UPDATED

Jackie,
    Please drop Deputy Boyd from my requested notification. Based on further review, he doesn't fit the profile.

Thanks,

~~Christopher Boyd~~
Stacey Clark
Jimmy Fields
William Leporis
Randall Parrish

4

Cindy Wood
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701
mcody@sheriff.summitoh.net

---

**From:** Michael Cody
**Sent:** Thursday, September 17, 2020 4:12 PM
**To:** Whitfield, Jacqueline
**Cc:** Barry, Stephen; Whitfield, Brad; Rhoades, Chris; Cottle, Scott; Doug Smith; Fatheree, Kandy Lynn; Joseph, Donald; Donna Nicholas; Lowe, Michael; Sanchez, Mike
**Subject:** Subpoena Notification - Criminal Cases (All Courts)

Jackie,
    Please provide me notice of the Court and Case Number, or a copy of any subpoena in a criminal case that we receive for any of the following individuals:
Christopher Boyd
Stacey Clark
Jimmy Fields
William Leporis
Randall Parrish
Cindy Wood

    Please check to see if any of these Deputies are currently under subpoena and then continue to provide me notice until I tell you to stop.


Thanks,
*Mike Cody*
"One Team, One Fight!"


**MICHAEL H. CODY**
Director, Administration/Legal
Summit County Sheriff's Office
53 University Avenue
Akron, Ohio 44308
Office (330) 643-8087
Cell (330) 808-7057
Fax (330) 434-2701

5

mcody@sheriff.summitoh.net

CONFIDENTIALITY NOTICE: It is the intent of the Sheriff that any content or information contained in this message, including any and all attachments, that pertain to the missions or operations of the Summit County Sheriff's Office, or the duties of any of its employees, be used exclusively by the addressees in association with the official function of providing law enforcement services to the citizens of Summit County. Unauthorized disclosure or use of this information is strictly prohibited. Any Summit County Sheriff's Office employee that disseminates any information contained herein to persons for whom it is not intended is in violation of Summit County Sheriff's Office Rule 7.1 and may be subject to discipline for its violation. Any Special Deputy violating the confidentiality of an official message in violation of Rule 7.1 is subject to the potential loss of their commission. Any person receiving this communication in error, please notify the sender and then permanently dispose of the original message immediately.
CONFIDENTIALITY NOTICE: It is the intent of the Sheriff that any content or information contained in this message, including any and all attachments, that pertain to the missions or operations of the Summit County Sheriff's Office, or the duties of any of its employees, be used exclusively by the addressees in association with the official function of providing law enforcement services to the citizens of Summit County. Unauthorized disclosure or use of this information is strictly prohibited. Any Summit County Sheriff's Office employee that disseminates any information contained herein to persons for whom it is not intended is in violation of Summit County Sheriff's Office Rule 7.1 and may be subject to discipline for its violation. Any Special Deputy violating the confidentiality of an official message in violation of Rule 7.1 is subject to the potential loss of their commission. Any person receiving this communication in error, please notify the sender and then permanently dispose of the original message immediately.
CONFIDENTIALITY NOTICE: It is the intent of the Sheriff that any content or information contained in this message, including any and all attachments, that pertain to the missions or operations of the Summit County Sheriff's Office, or the duties of any of its employees, be used exclusively by the addressees in association with the official function of providing law enforcement services to the citizens of Summit County. Unauthorized disclosure or use of this information is strictly prohibited. Any Summit County Sheriff's Office employee that disseminates any information contained herein to persons for whom it is not intended is in violation of Summit County Sheriff's Office Rule 7.1 and may be subject to discipline for its violation. Any Special Deputy violating the confidentiality of an official message in violation of Rule 7.1 is subject to the potential loss of their commission. Any person receiving this communication in error, please notify the sender and then permanently dispose of the original message immediately.