## CAPTAIN COTTLE ASSIGNMENTS

02/10/1992 hired as a FT Deputy in Corrections

02/01/1993 Transferred to Patrol

03/29/1999 Promoted to Sergeant

01/19/2009 Transferred to Sergeant/Investigations

12/21/2009 Transferred to Sergeant/Court Services/Civil

01/14/2011 Promoted to Lieutenant

02/1/21/2011 Transferred to Lieutenant/Corrections

10/31/2016 Transferred to Lieutenant/Investigations

11/01/2019 Promoted to Captain

12/02/2019 Received Supervisor position over Investigations/Patrol/DB



000998