## SUMMIT COUNTY SHERIFF'S OFFICE
### SHERIFF KANDY FATHEREE

# INTER-OFFICE MEMO

TO: Captain Scott Cottle

FROM: Donna George, Director of Administration

DATE: December 6, 2021

RE: Promotion to Major

---

You have been selected for promotion to the position of Sheriff's Major. For your information, I have outlined the following:

1. Your promotion is effective Friday, December 17, 2021. You will be assigned to the Operations Division.

2. Your new base rate of pay is: $51.49 per hour, $4,119.20 biweekly; and $107,099.20 annually.

3. Your new salary review date will be December 17th.

4. Per Section 14.2 of CBA between the Sheriff and the Summit County Supervisors' Association, you are required to serve a probationary period of six (6) months in this new position.

Congratulations and good luck!

Enclosure

Email cc: Sheriff Kandy Fatheree
All Supervisors
LaTia Ligon
Stephanie Bower
Ranada McLaughlin
Jennifer Kline
Trish Durkin
Elizabeth Schlagel
Patti Taylor
Jackie Whitfield
Michelle Mikulin
Tina Outley



PLAINTIFF'S EXHIBIT 15

000847