

# Sheriff Kandy Fatheree

County of Summit • State of Ohio

November 15, 2022

Major Scott Cottle
Summit County Sheriff's Office
scottle@sheriff.summitoh.net

RE: Retirement

Dear Major Scott Cottle:

Please be advised that we have received and accept your notice of retirement from the full-time position of Major with the Summit County Sheriff's Office effective Wednesday, November 30, 2022. Please return your County-issued equipment to the appropriate location as defined in the attached Equipment Return Instructions and Equipment Return Form.

We wish you the best of luck in your future endeavors. Should you have any questions regarding this matter, please feel free to contact the Personnel Office. We will miss you!

Very truly yours,

KANDY FATHEREE
Sheriff, County of Summit

*Kelly Mayfield*
Kelly Mayfield
Administrative Assistant/HR

Attachments

| Email cc: | | | |
|---|---|---|---|
| Sheriff Kandy Fatheree | Michelle Mikulin | Jennifer Kline |
| All Supervisors | Chuck Sweeney | Tina Outley |
| Deputy Keith Murray | Lisa Yeager | Trish Durkin |
| Deputy Steve Norris | Kym Komaschka | Carolyn Stevenson |
| James Meyer | Jackie Whitfield | Ranada McLaughlin |
| Monica Siko | Stephen Dyer | |



PLAINTIFF'S EXHIBIT 16