**Ligon, LaTia**



| | |
|---|---|
| **From:** | Just, Angela |
| **Sent:** | Tuesday, November 22, 2022 12:41 PM |
| **To:** | Ligon, LaTia |
| **Subject:** | Cottle- Asst. Sheriff |

LaTia-

Per the Sheriff...this is confidential at this time.

Effective 12/1/22, please change Scott Cottle to Assistant Sheriff. (Chief)
$49.31 hr (same title and wages as Eric Czetli)

You should contact "payroll" about this change since he is retiring as Major on 11/30/22 and immediately changing to Asst. Sheriff on 12/1/22. We have done this in the past, but it's important to be on the same page for this since his OPERS code changes and his payoffs will need to fall on 11/30/22. It can get complicated, and we want to make sure his pay hits correctly at the different rates.

Thank you!
Angela M. Just, Budget Management Director
Summit County Sheriff's Office, Sheriff Kandy Father
330-643-8166
FAX 330-643-7775

*Angie,*
*Not sure what to put on sheet!*
*Do I term him too?*

Download our app today!

  

CONFIDENTIALITY NOTICE: It is the intent of the Sheriff th[...] message, including any and all attachments, that pertain to the mis[...]f's Office, or the duties of any of its employees, be used exclusively by [...]nction of providing law enforcement services to the citizens of Sum[...]his information is strictly prohibited. Any Summit County Sheriff's Office employee that disseminates any, [...]tained herein to persons for whom it is not intended is in violation of Summit County Sheriff's Office Rule 7.1 and may be subject to discipline for its violation. Any Special Deputy violating the confidentiality of an official message in violation of Rule 7.1 is subject to the potential loss of their commission. Any person receiving this communication in error, please notify the sender and then permanently dispose of the original message immediately.



PLAINTIFF'S EXHIBIT 17

1