

# Sheriff Kandy Fatheree

County of Summit • State of Ohio

December 23, 2024

Chief Scott Cottle
Summit County Sheriff's Office
Scottle@sheriff.summitoh.net

RE: Retirement

Dear Chief Cottle:

Please be advised that we have received and accept your notice of retirement from the full-time position of Sheriff's Chief Deputy with the Summit County Sheriff's Office effective Wednesday, January 1, 2025. Please return your County-issued equipment to the appropriate location as defined in the attached Equipment Return Instructions and Equipment Return Form.

We wish you the best of luck in your future endeavors. Should you have any questions regarding this matter, please feel free to contact the Personnel Office. We will miss you!

Very truly yours,

*Kandy Fatheree*

KANDY FATHEREE
Sheriff, County of Summit

Email cc: Sheriff Kandy Fatheree
All Supervisors
Deputy Keith Murray
Frank DiMenna
James Meyer

Chuc
Lisa
Jack
Jessi

- Letter
- Vacate Relias
- PDB Update
- Access Delete
- Seniority (Excel)
- Delete ER Form

Place I-9/Inactive File

Onbase Scan/Inactive

-Mark resigned or retire on the outside of the file.
-Place file back in the file room in the inactive location in alphabetical order.
-Lashawrida will send the confirmation of the vacate/ print and place in the file.


PLAINTIFF'S EXHIBIT 18

000829