



CLARK_00027

7:28

**Scott**
Oct 4, 2021 at 9:54 AM

The sheriff approved you for a special commission

No shit. Thank you and thank her!

I did



Just make sure you keep your nose clean

Absolutely

CLARK_00028



**Scott**

Sep 23, 2022 at 1:07 PM

Can you call Cathy Phillips to schedule the 13 at twinsburg
330 780 8140

Got it

Thank you



Just spoke with her. 👍

Tx

You hear Ed's in jail?

CLARK_00029



**Scott**

> Sweet!! Thxs for checking

Nov 21, 2022 at 8:11AM

> I believe the posting went up for the part time deputies. Check the county website

👍

Jan 13, 2023 at 11:44 AM

> I assume you have a parking spot in B-1. I have to come down...

CLARK_00030



**Scott**

Mar 7, 2023 at 7:25 AM

**Don't forget to sign up for the jail for March**

Yes sir!

Any word on the SRO job? Keeping it as an extra job? Full time deputy instead? Twinsburg taking it back?

**Haven't heard a thing except they are very happy with what you and other deputies are doing**

CLARK_00031