1:42 

Scott



"Stacy understood the assignment "

She generally does

Thu Mar 14 at 7:18 AM



CLARK_00053

9:35



## Scott

Mon, Mar 18 at 7:19 AM

...thank our friends at the Twinsburg Historical Society for providing this experience for our students.

**Thank You, Summit County Sheriff's Office and Officer Stacy!**

Last week, our School Resource Officer at Samuel Bissell Elementary School, Deputy Stacy Clark, drove to our campus with a new logo on her cruiser... *"Proudly Serving Twinsburg Schools"* along with our Twinsburg Tiger!  We truly appreciate our continued partnership with the Summit County Sheriff's Office and in particular with Officer Stacy!  Thanks for helping keep our Tigers safe!  See the attached photo...

**Congratulations to Dodge Ti...**

Congratulations to George G...



# Looks good. Keep up the good work

CLARK_00054