

π
Et.

Cottle Audio

PLAINTIFF'S EXHIBIT 21