From Misty Johnson, Principal at Bissell:

Hi Matt,

The verbal conversation I had with Stacy was to bring concerns to her from the teachers so that she could work on them moving forward. When she returned, I called her into my office and shared the following: They felt she was over stepping her boundaries with the students and with them (getting to personal) and wanted her to remain professional and seen around the building more.
After our verbal conversation, maybe a week later, she came to me and said she was leaving because her ankle was not fully healed and it hurt too bad to walk on it.
Sent from my iPhone



PLAINTIFF'S EXHIBIT 22
PENGAD 800-631-6989

002288