**Incident Date:** October 25, 2024

**Subject:** Request for Change of Extra Job School Resource Officer at Bissler Elementary School.

**From:** Chief Larry Brown

On October 25, 2024, I received a phone call from Matthew Strickland, Business Manager for Twinsburg City Schools. The call concerned a Sheriff's Office extra detail involving a school resource officer at Bissler Elementary School. Twinsburg City Schools is independently funding a deputy for this role, with Special Deputy Stacy Clark primarily assigned to the position.

During the call, Matthew Strickland requested the removal of Special Deputy Stacy Clark from Bissler Elementary and requested her replacement with Special Deputy William Lee. I informed Mathew Strickland that, as the school was funding the position independently as an extra job, they had the authority to make personnel requests and changes for the school resource officer.

Matthew Strickland expressed concerns about Special Deputy Stacy Clark's performance, stating that she was not fulfilling her duties as a school resource officer to their standards. He stated that the quality of her performance became obvious when Special Deputy William Lee temporarily replaced her and performed the responsibilities at a much higher level.

Special Deputy Stacy Clark was returning to work after several months off due to a non-work related ankle injury. Matthew Strickland indicated he would further investigate the matter and return with his decision.

I communicated Matthew Strickland's request and concerns regarding Special Deputy Stacy Clark to Chief Scott Cottle. Special Deputy Clark resumed her duties at the school on October 29, 2024, and worked for six days. Deputy Clark had to leave the school extra job position again due to complications from her ankle injury. Following her departure, Special Deputy William Lee replaced her in this position.

**Attached are:**

1. A record of the phone call with Matthew Strickland.
2. A list of all personnel who have worked the extra job at Bissler Elementary School.



PLAINTIFF'S EXHIBIT 23
PENGAD 800-631-6989

001476

**Incident Date:** November, 2024
**Subject:** Special Deputy Commission / Stacy Clark
**From: Chief Larry Brown**

In late November 2024, I had several conversations with Chief Scott Cottle concerning the review of our commissioned Special Deputy list at the Summit County Sheriff's Office. One of the individuals under review was Special Deputy Stacy Clark.

Our conversation was triggered by several concerning factors regarding Special Deputy Clark. This included her most recent poor performance, specifically by a request from the City of Twinsburg to remove her from a school resource officer position due to unsatisfactory performance levels. There were also concerns related to her being on the Summit County Sheriff's Office Brady List and her history of disciplinary actions, which included discipline for dishonesty, conduct unbecoming, insubordination, incompetence, and absence without leave.

After reviewing all these issues, it was clear that Special Deputy Clark presented a liability and compromised the integrity of the Summit County Sheriff's Office. After thorough consideration, the decision was made to remove her commission as a Special Deputy.

This decision stresses our commitment to maintaining the highest standards of conduct and performance within the Summit County Sheriff's Office.

001477