Special Deputy Commission - Stacy Clark

E-mail attachment: `C:\Users\noddi\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\7SFNDIRU\Special Deputy Commission - Stacy Clark.docx`



**Read-Only Document**
This file has been opened in read-only mode. Changes cannot be made to the original file.

Save As



**Protect Document**
Control what types of changes people can make to this document.

Protect Document



**Inspect Document**
Before publishing this file, be aware that it contains:
- Document properties and author's name

Check for Issues



**Version History**
View and restore previous versions.

Version History



**Manage Document**
There are no unsaved changes.

Manage Document

**Properties**

| | |
|---|---|
| Size | 14.7KB |
| Pages | 1 |
| Words | 190 |
| Total Editing Time | 18 Minutes |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | Normal |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Specify the company |

**Related Dates**

| | |
|---|---|
| Last Modified | 2/10/2025 6:31 AM |
| Created | 2/9/2025 4:32 PM |
| Last Printed | |

**Related People**

| | |
|---|---|
| Manager | Specify the manager |
| Author |  Nathan A. Oddi |
| | Add an author |
| Last Modified By |  Brown, Larry |

Show Fewer Properties



PLAINTIFF'S EXHIBIT 24