## Twinsburg School Phone Request

E-mail attachment: `C:\Users\noddi\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\7SFNDIRU\Twinsburg School Phone Request.docx`


**Save As**

**Read-Only Document**
This file has been opened in read-only mode. Changes cannot be made to the original file.


**Protect Document**

**Protect Document**
Control what types of changes people can make to this document.


**Check for Issues**

**Inspect Document**
Before publishing this file, be aware that it contains:
- Document properties and author's name


**Version History**

**Version History**
View and restore previous versions.


**Manage Document**

**Manage Document**
🔒 There are no unsaved changes.

### Properties ⌄

| | |
|---|---|
| Size | 16.3KB |
| Pages | 1 |
| Words | 314 |
| Total Editing Time | 6 Minutes |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | Normal |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Specify the company |

### Related Dates

| | |
|---|---|
| Last Modified | 2/9/2025 4:57 PM |
| Created | 2/9/2025 4:04 PM |
| Last Printed | |

### Related People

| | |
|---|---|
| Manager | Specify the manager |
| Author |  Brown, Larry |
| | Add an author |
| Last Modified By |  Brown, Larry |

Show Fewer Properties



PLAINTIFF'S EXHIBIT 25