

message

iPhone

video

$ pay

## Contact Photo & Poster

iPhone
(330) 819-8484



PLAINTIFF'S EXHIBIT 26

Notes

CLARK_00051



CLARK_00052



Larry

Awe! Thanks!!

Mon, Aug 5 at 8:48 AM

Twinsburg Schools wants you back, I'm assuming you want the SRO school year again

Start date is Wednesday August 14th.

CLARK_00057