

AA

# Fwd: Bissell SRO coverage

 **Brown, Larry**
To: Me & 1 more ⌄

8/14/23 ☆

Summit County Sheriff's Office
Inspector Larry Brown
53 University Ave.
Akron, Ohio 44308
330-819-8484
---------- Forwarded message ----------
From: MATTHEW STRICKLAND
<mstrickland@twinsburgcsd.org>
Date: Aug 14, 2023 8:01 PM
Subject: Bissell SRO coverage
To: "Brown, Larry" <LBrown@sheriff.summitoh.net>
Cc:

Good evening sir,

Just wanted to confirm that Stacy Clark will be ok to start for
us this Wednesday at Bissell Elementary?
--
Matt Strickland
Business Manager
Twinsburg City School District
Twinsburg, OH 44087
330.486.2004 ~ office
330.803.6130 ~ cell

"Let us put our minds together and see what life we can



PLAINTIFF'S
EXHIBIT
27
PENGAD 800-631-6989

| Thank you. | Got it. | Got it, thanks! |

    

Delete    Reply    Reply All    Forward    More

CLARK_00058