```
 1              IN THE UNITED STATES DISTRICT COURT

 2         NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

 3      STACY CLARK,

 4              Plaintiff,
                                      JUDGE GAUGHAN
 5         -vs-                       CASE NO. 5:25-CV-00106

 6      KANDY FATHEREE, et al.,

 7              Defendants.
                          -   -   -   -
 8         Deposition of SCOTT COTTLE, taken as if upon

 9      examination before Brian Kuebler, a Notary Public

10      within and for the State of Ohio, at the Russell

11      M. Pry Building, 1180 South Main Street, Suite

12      241, Akron, Ohio, at 9:30 a.m. on Friday, August

13      22, 2025, pursuant to notice and/or stipulations

14      of counsel, on behalf of the Plaintiff in this

15      cause.

16                        -   -   -   -
                          JK REPORTING
17
                        WWW.JARKUB.COM
18
                        (216)664-0541
19

20

21

22

23

24

25
```

1    <u>APPEARANCES</u>:

2        Stuart G. Torch, Esq.
         Christina M. Royer, Esq.
3        Employment Law Partners, LLC
         stuart@employmentlawpartners.com
4
             On behalf of the Plaintiff;
5
         John C. Reece, Esq.
6        Jreece@prosecutor.net

7            On behalf of the Defendants

8    <u>ALSO PRESENT</u>:

9        Stacy Clark
         Larry Brown
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        I N D E X

2       EXAMINATION
        SCOTT COTTLE
3       BY MR. TORCH                            4

4                    EXHIBIT INDEX

5       Plaintiff's Exhibit 14                  9
        Plaintiff's Exhibit 15                 10
6       Plaintiff's Exhibit 16                 10
        Plaintiff's Exhibits 17, 18            11
7       Plaintiff's Exhibit 19                 17
        Plaintiff's Exhibit 20                 19
8       Plaintiff's Exhibit 21                 36
        Plaintiff's Exhibit 22                 39
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              SCOTT COTTLE, of lawful age, called by the
 2         Plaintiff for the purpose of examination, as
 3         provided by the Rules of Civil Procedure, being
 4         by me first duly sworn, as hereinafter certified,
 5         deposed and said as follows:
 6                   EXAMINATION OF SCOTT COTTLE
 7         BY MR. TORCH:
 8    Q.   All right.  Good morning.  Mr. Cottle, my name is
 9         Stuart Torch.  We met a few moments ago.  I
10         represent Stacy Clark in a lawsuit she's filed
11         captioned Clark versus Fatheree et al., pending
12         in Federal Court here in Northern District of
13         Ohio.
14              Would you prefer if I call you "Scott" or
15         "Mr. Cottle" or something else today?
16    A.   Scott's fine.
17    Q.   Okay.  And can you please state your full name
18         for the record.
19    A.   James Scott Cottle.
20    Q.   And have you ever given deposition testimony
21         before?
22    A.   Yes.
23    Q.   Okay.  On approximately how many occasions?
24    A.   Maybe three.
25    Q.   Okay.  How recently was the last occasion
```

```
 1        approximately?
 2   A.   March.
 3   Q.   And do you recall what kind of case that was in?
 4   A.   It was an employee that had been terminated and
 5        charged.
 6   Q.   An employee of the Summit County Sheriff's
 7        office?
 8   A.   Yes.
 9   Q.   Okay.  Even though you've been deposed before,
10        there's some basic ground rules that I'm just
11        going to refamiliarize you with.
12             First is it's important that you answer the
13        questions verbally as opposed to shaking your
14        head or saying things like "uh-huh".  It's
15        important that you do that so that the court
16        reporter can take things down accurately.  I'm
17        going to try to let you finish your answer before
18        I ask my next question.  If you could do the
19        same, let me finish my question before you answer
20        so we're not talking over each other, that would
21        also be appreciated by the court reporter.
22             If you don't understand a question that I
23        ask, please just ask me to repeat it, to rephrase
24        it, I'm happy to clarify.  I want to make sure
25        you understand what I'm asking before you answer.
```

6

1       We can take as many breaks as you need to

2       take.  I just ask that if there's a question

3       pending, you answer that question, then we can

4       take a break.

5       Sitting next to you is Mr. Reece who's an

6       attorney representing the Defendants in this

7       case.  He may object to some of my questions -- I

8       guess I should clarify though, Mr. Reece is not

9       your attorney today, correct?

10  A.  He's representing me as a former employee.

11              MR. TORCH:  Okay.  I don't know if

12          you want to make a statement about that or

13          --

14              MR. REECE:  Well, he's retired,

15          but, you know, this happened when he was

16          still an employee, so yes, I guess I'm

17          representing him for purposes of the

18          lawsuit.  I mean, I'm not his personal

19          attorney.

20              MR. TORCH:  Okay.

21  BY MR. TORCH:

22  Q.  Yeah, I was just going to say that Mr. Reece may

23      object to some of my questions today, but unless

24      you're instructed by him not to answer, you'll

25      still have to answer after the objection is made,

1    okay?

2  A.  Yes.

3  Q.  Okay.  Did you do anything to prepare for your

4      deposition today?

5  A.  I spoke to Mr. Reece yesterday for a couple

6      minutes and I read over -- I don't know what that

7      was I read now -- it was some interrogatories

8      that had taken place.

9  Q.  Interrogatories that were answered by someone in

10     this case?

11 A.  Correct.

12 Q.  All right.  Did you participate in answering

13     those interrogatories?

14 A.  I did not.

15 Q.  Do you recall anything else you reviewed in

16     preparation for today?

17 A.  The audio.

18 Q.  And when you say "the audio", a recording that

19     Ms. Clark made of a phone call with you?

20 A.  Yes.

21 Q.  And we'll talk about that later.

22         Can you state your year of birth for the

23     record?  I don't want the month or day.

24 A.  1969.

25 Q.  Okay.  And I'd like your home address as well,

```
 1        but I'd like to go off the record and have you

 2        give it to me because I don't like to have law

 3        enforcement officers put there, you know,

 4        addresses for this -- Even retired ones, law

 5        enforcement officers, put their addresses on the

 6        record.  So can we go off the record for a

 7        second.

 8                              -  -  -  -

 9            (Thereupon, the witness' address was given

10            off the record.)

11                              -  -  -  -

12        BY MR. TORCH:

13     Q.   Are you married?

14     A.   No.

15     Q.   Does anyone else reside with you at your home

16        address?

17     A.   A daughter.

18     Q.   Okay.  How old's your daughter?

19     A.   Soon to be 21.  She's 20.

20     Q.   What's your highest level of education or degree

21        that you've obtained?

22     A.   Three-and-a-half years of college, but never

23        finished a degree.

24     Q.   And where was that at?  Which college?

25     A.   Akron U.
```

1    Q.   What were you studying?

2    A.   Political science.

3    Q.   Prior to working for the Summit County Sheriff's

4         office, did you have any prior experience in law

5         enforcement?

6    A.   No.

7    Q.   Okay.  So your first law enforcement work was

8         with Summit County?

9    A.   Correct.

10   Q.   Okay.  Rather than have you take a memory test

11        here, I'm going to show you a document.

12                      -  -  -  -

13        (Thereupon, Plaintiff's Exhibit 14 was marked

14         for purposes of identification.)

15                      -  -  -  -

16   Q.   All right.  Scott, I'm handing you what I've

17        marked as Plaintiff's Exhibit 14.  I'll represent

18        to you that this was produced to me by the other

19        side in discovery as part of your personnel file.

20        Have you seen this document before?

21   A.   I think that might've been with -- yeah, that was

22        with those interrogatories, if that's the right

23        word I'm using.

24   Q.   Okay.  Does this list in Exhibit 14 accurately

25        describe your work history for the Summit County

1       Sheriff's office at least through 2019?  Because

2       I know there's more beyond that.

3  A.  That's correct.

4              -  -  -  -

5       (Thereupon, Plaintiff's Exhibit 15 was marked

6          for purposes of identification.)

7              -  -  -  -

8  Q.  Okay.  I'm handing you what's been marked as

9       Plaintiff's Exhibit 15.  According to Exhibit 15

10      in December of 2021, you were promoted to the

11      rank of major; is that correct?

12  A.  Correct.

13  Q.  And is that the highest rank you obtained before

14      you retired from the Sheriff's office?

15  A.  Yes.

16              -  -  -  -

17      (Thereupon, Plaintiff's Exhibit 16 was marked

18         for purposes of identification.)

19              -  -  -  -

20  Q.  I'm handing you what's been marked as Plaintiff's

21      Exhibit 16.  This document indicates that you

22      retired in -- at least you first retired, I

23      should say, in November of 2022; is that correct?

24  A.  Correct.

25              -  -  -  -

```
 1              (Thereupon, Plaintiff's Exhibits 17, 18 were
 2              marked for purposes of identification.)
 3                         -  -  -  -
 4    Q.   And Scott, I've handed you what's been marked as
 5         Plaintiff's Exhibit 17.  This document indicates
 6         that right after your retirement in 2022
 7         effective December 1, 2022, you were brought back
 8         on by the Sheriff in the role of Chief and
 9         Assistant Sheriff; is that accurate?
10    A.   Yes.
11    Q.   Okay.  Exhibit 18 that I've just handed you
12         indicates that you retired a second time most
13         recently effective January 1st, 2025; is that
14         accurate?
15    A.   That's correct.
16    Q.   Focusing on the time that you were Chief Deputy
17         in the Sheriff's office, what were your primary
18         job duties and responsibilities?
19    A.   Everything on the law enforcement end and also
20         administration.  I had nothing to do with the
21         correction side.
22    Q.   What role, if any, did you have related to
23         Special Deputies?
24    A.   They fell under my responsibility, but they
25         didn't report directly to me, they reported to a
```

```
 1            captain and the commissioning or decommissioning
 2            of a special was totally up to the Sheriff.
 3       Q.   In your own words, how would you describe what,
 4            if you know, what a Summit County Sheriff's
 5            office Special Deputy is and what they do.
 6       A.   So they're a fully authorized law enforcement
 7            officer.  They are not compensated by the County
 8            in any fashion.  Per State law, they're required
 9            to perform 40 hours of training every year.  We
10            have a rule that they were required to work eight
11            hours per month in our jail.  They did not
12            receive compensation for that.  That was to
13            maintain their commission and eligibility.
14                And then they were allowed to work extra
15            details paid for by other entities such as a
16            traffic job, a school, football game, something
17            like that.
18       Q.   For approximately how long have you known Stacy
19            Clark?
20       A.   Probably first met her around 1993, and then
21            didn't see her for a few years.  And she then
22            hired on here at the Sheriff -- Summit County
23            Sheriff's office sometime in the 19 -- late
24            1990s, so over 25 years.
25       Q.   Were there any points in your career where you
```

1   supervised Stacy?

2 A. Yes.

3 Q. Okay.  Talk about that.

4 A. At one point when I was a lieutenant in the jail,

5   Stacy worked a different shift, but if she worked

6   overtime, I would have been the commander of that

7   shift.  When she transferred to the detective

8   bureau, I don't know if I was a lieutenant or a

9   captain at the time.  And then later as a major

10   and a chief, I oversaw the commanders who oversaw

11   the different units.

12 Q. What was your working relationship like with

13   Stacy?

14 A. I don't know.  Cordial.  I mean, we didn't have

15   any issues.

16 Q. Do you recall the time when Stacy was retiring

17   from her service in the detective bureau and

18   transitioning to become a Special Deputy?

19 A. Yes.

20 Q. Did you play any role in helping Stacy get a

21   commission as a Special Deputy?

22 A. Yeah, Stacy said that she would like to retire.

23   There was a deadline coming up for healthcare

24   eligibility, I believe, and she said that she'd

25   like to retire, but she couldn't do it unless she

1    knew she was able to keep a Special's commission

2    so that she could still have the extra money.

3    And she was concerned that because of a past

4    working relationship with the Sheriff that the

5    Sheriff wouldn't give her a commission.

6         So I told the Sheriff that Stacy wanted to

7    retire -- or she was considering retiring, but

8    the only way she would do it is if she was

9    guaranteed a commission.

10  Q.  And what did the Sheriff say?

11  A.  Initially, she did not want to give it to her,

12       she was very apprehensive.  I said, well, you

13       know, the way it stands, you guys don't get along

14       with each other, if she does not retire, she

15       continues to work as a full-time employee.  If

16       she retires and comes back as a Special, if she

17       does not perform as she's supposed to, then you

18       can decommission her and move on.

19  Q.  If Stacy had stayed on as a bargaining unit

20       employee, the Sheriff could not have gotten rid

21       of her at will; is that your understanding?

22  A.  That's correct.

23  Q.  In your years of working as a supervisor and

24       encountering Stacy, did you ever have any

25       encounters with her where you believe that she

1  had lied to you?

2  A.  Not lied.  I mean, there were some performance

3  issues, but, you know, that happens with a lot of

4  employees.

5  Q.  I guess I'll ask this now.  In terms of

6  discipline, you had some discipline over your

7  many years as a --

8  A.  Yeah, we all do.

9  Q.  Yeah.  Okay.  In your years of working with Stacy

10  and supervising Stacy, did you ever encounter any

11  incident where you perceived her to be a thief?

12  A.  I don't know about a thief.  I think she has the

13  ability to connive, to manipulate, get what she

14  wants.

15  Q.  Can you give an example of that?

16  A.  Stacy used to make lasagna for the detectives and

17  we were all going to chip in and I said I'd bring

18  a hamburger, and then she said she needed

19  whatever approximate amount, which I thought was

20  kind of excessive, and I just thought maybe she

21  was trying to play me to get extra out of it.

22  And then obviously on the recording -- recorded

23  call, you could hear her in a very nonemotional

24  state, putting the leader on that recording, and

25  then right away on the recording she became very

```
1         emotional, and at the end of the call, she is
2         nonemotional again when she is ending the phone
3         call.
4    Q.   But you believe the emotion she displayed to you
5         on that phone call was insincere?
6    A.   I do.
7    Q.   Do you have familiarity with the types of
8         assignments that Stacy worked when she became a
9         Special Deputy?
10   A.   I knew she, along with all the other Specials,
11        were required to work in the jail for eight hours
12        a month.  I'm not 100% sure, but I believe she
13        worked at Blossom in the summers and then she
14        worked at the Twinsburg City Schools as a School
15        Resource Officer.
16   Q.   Did you play any role in facilitating her getting
17        that SRO opportunity with Twinsburg?
18   A.   Yeah, we were having trouble keeping -- they
19        weren't consistent faces so we were having
20        trouble with the consistency.  And I know Stacy
21        can get along with children very well, and I
22        called her and I said, hey, there's this
23        opportunity up here, and she accepted that.
24   Q.   Stacy worked as an SRO for Twinsburg for over a
25        year, correct?
```

1  A.  Yes.

2  Q.  And do you recall during that time period

3      receiving at least some positive feedback about

4      Stacy from Twinsburg?

5  A.  I can't remember for sure.  I know there was an

6      incident -- I shouldn't say incident.  I don't

7      have the documentation, but I believe early on

8      she worked at one of the schools and her and a --

9      either a teacher or a principal or something kind

10     of clashed.  To me it just appeared to be a

11     personality conflict.  And I cannot remember if

12     we put Stacy in a different school or if she

13     remained in that school and they just kind of

14     worked it out.

15 Q.  Do you recall which principal?

16 A.  No, I don't any -- none of that.  No names or not

17     even the name of the school.

18                 -  -  -  -

19     (Thereupon, Plaintiff's Exhibit 19 was marked

20     for purposes of identification.)

21                 -  -  -  -

22 Q.  All right.  Scott, I've handed you what's been

23     marked as Plaintiff's Exhibit 19.  I'll represent

24     to you that these are some text messages that

25     Stacy produced in discovery and also a screenshot

1    of the contact information she has for you in her

2    phone.

3        Is that phone number that's shown on the

4    first page of Exhibit 19, is that your cell phone

5    number?

6  A.  Yes.

7  Q.  Okay.  Flipping through this, do these appear to

8    be text messages that you exchanged with Stacy?

9  A.  Yes.

10 Q.  And if you flip to the last page of Exhibit 19,

11    which is Bates number Clark_00031, it looks like

12    she's asking you in the middle of the text

13    exchange here, "any word on the SRO job, keeping

14    it as an extra job, full-time deputy instead,

15    Twinsburg taking it back."  And then you

16    responded, "haven't heard a thing except they are

17    very happy with what you and other deputies are

18    doing."

19        Do you see that?

20 A.  I do.

21 Q.  Okay.  Was this you communicating with Stacy

22    about the folks at Twinsburg being happy with

23    what she was doing?

24 A.  That was a general statement that they were happy

25    with all the deputies.

1  Q.   Including Stacy?

2  A.   Yes.  She was one of the deputies, but there's

3       also, you know, a honeymoon period people go

4       through.

5                      MR. REECE:  Hey Stuart, if this

6            becomes an exhibit and gets filed with the

7            Court --

8                      MR. TORCH:  We will redact the

9            phone number.

10                     MR. REECE:  Yeah.  Or at least the

11           last four digits.

12                     MR. TORCH:  Yeah, I'll redact the

13           whole phone number.  Yeah, birth dates,

14           phone numbers, addresses, I try to take

15           that stuff seriously.

16                     MR. REECE:  Thank you.  You could

17           give whole speech about that.

18                     MR. TORCH:  Off the record for a

19           second.

20                         -  -  -  -

21       (Thereupon, a discussion was had off the

22       record.)

23                         -  -  -  -

24       (Thereupon, Plaintiff's Exhibit 20 was marked

25       for purposes of identification.)

```
 1                          -   -   -   -

 2        BY MR. TORCH:

 3    Q.   And Scott, I've handed you what's been marked as

 4         Plaintiff's Exhibit 20.  These are some

 5         additional text messages, I believe, between you

 6         and Stacy regarding her time working as an SRO at

 7         Twinsburg.  Does that look correct to you?

 8    A.   Uh-huh.  Yes.

 9    Q.   And you told her at the bottom of the second

10         page, "keep up the good work"?

11    A.   That's correct.

12    Q.   I'm going to show you what was marked in a

13         previous deposition as Exhibit 9 -- and I'm glad

14         you brought your glasses because I acknowledge

15         it's a very small print.

16             This was a spreadsheet that was given to me

17         by the Defendants in discovery showing Ms.

18         Clark's assignments when she was a Special

19         Deputy.  I mean, is this a document you're

20         familiar with?  I guess I'll ask that, this type

21         of spreadsheet.

22    A.   Yes.

23    Q.   Okay.  Does this appear, as far as you know, to

24         be accurate?

25    A.   Yeah.  As far as I know.
```

1  Q.  Okay.

2  A.  No reason to doubt it.

3  Q.  Okay.  Yes.  Who is Shane Barker?

4  A.  He's a retired captain.

5  Q.  Did you work with him when he was --

6  A.  I did.

7  Q.  And you're aware he ran in the election against

8     Sheriff Fatheree in 2024?

9  A.  I am, yes.

10  Q.  Do you recall learning at some point that Stacy

11     attended an election day -- or election evening

12     event for Shane Barker?

13  A.  Yes.

14  Q.  Okay.  How did you learn this?

15  A.  I don't know who I heard it from, but it was two

16     or three days after the election.

17  Q.  Is there a universe of people you possibly heard

18     it from?

19  A.  Well, it would've been employees of the Sheriff's

20     office.

21  Q.  But no names come to mind?

22  A.  Nuh-uh.

23  Q.  That's a "no"?

24  A.  That's a no.

25  Q.  And did you hear about anyone other than Ms.

1        Clark attending that event on election day?

2   A.  I heard that Deputy Gina Whitmore was there.  I

3       heard that Deputy Dave Hills was there.  I heard

4       that deputies Jerome and Teresa Hill were there.

5   Q.  First of all, is that the entire list of who you

6       remember being or who you remember hearing was at

7       this event?

8   A.  Yes.

9   Q.  Do you know if you heard these other names from

10      the same source that told you Stacy was there

11      from different sources?

12  A.  I don't remember that.

13  Q.  What was your reaction to learning that Stacy was

14      at that event?

15  A.  I didn't like it.  And I felt that with the way

16      Barker and his campaign were attacking the

17      Sheriff's office and the employees there, that it

18      was a betrayal on Stacy's part -- actually on

19      Barker's part too, because he knows how the

20      office, the Sheriff's office works, and he tried

21      to make mountains out of molehills to suit

22      himself.

23  Q.  And you brought this information at some point to

24      Sheriff Fatheree regarding who you had heard was

25      at this event?

1   A.  I did.

2   Q.  All right.  Do you recall when you did that?

3   A.  It was several days after the election.  I don't

4       remember what day.

5   Q.  Do you recall anyone else being present when you

6       brought this to Sheriff Fatheree's attention?

7   A.  I don't recall.

8   Q.  Do you recall if it was in person?  By phone?

9   A.  I think it was in person.

10  Q.  Do you recall what her reaction was after you

11      shared the information with her?

12  A.  I can't speak for her.  So I don't know.

13  Q.  You don't recall her reacting in any particular

14      way, saying anything in response, making a face?

15  A.  No.

16  Q.  Was Greg Taylor identified as someone who was at

17      that Barker event?

18  A.  I did not hear that name until later on.

19  Q.  Do you recall who you heard that name from?

20  A.  No.

21  Q.  Do you recall when?

22  A.  No.  It was at some point after the election.

23  Q.  What do you recall about any decisions that were

24      made to rescind or revoke Ms. Clark's commission?

25  A.  Sometime in October, the Sheriff decided to

24

1      decommission Stacy.  I asked her to wait till
2      after the election because she was already taking
3      enough hits in the media.
4  Q.  Do you recall the reasons that were discussed as
5      to why she had made that decision -- that why the
6      Sheriff had made that decision to revoke the
7      commission?
8  A.  Yeah.  The schools -- the administration of the
9      schools had contacted Larry Brown, who was an
10     inspector.  Larry reported to me that they were
11     unhappy with Stacy, that they wanted to replace
12     her.  He said that it was the interaction with
13     the staff and the kids, that she was always on a
14     smoke break somewhere, you know, is part of the
15     reasons.  And I relayed that to the Sheriff.
16         When I did that, the Sheriff, I think it was
17     on an email that she showed me -- it was an email
18     she showed me from the administration to the
19     Sheriff requesting that Stacy be replaced.
20         And there might have been -- I believe there
21     was also a recorded -- like a voicemail type
22     thing where they basically were asking what can
23     we do to get rid of Stacy, she's not performing
24     to our standards.
25  Q.  And you recall yourself listening to that

1       voicemail?

2   A.  Uh-huh.

3   Q.  That's a "yes"?

4   A.  That's a yes.  Sorry.

5   Q.  Who was the voicemail left for, if you know?

6   A.  Sheriff Fatheree.

7   Q.  Did you speak at this point with Stacy to ask her

8       about these allegations?

9   A.  I did not.

10  Q.  Why not?

11  A.  The Sheriff said she wanted her to be gone.  She

12      was getting rid of her.

13  Q.  Did you agree with that decision?

14  A.  I never gave it a thought whether I agreed or

15      not.  I know that those two, the Sheriff and

16      Stacy, had a history and the Sheriff made it

17      very, very clear to me that if Stacy was given

18      her Specials commission, that if she had any

19      negative issues, that she would be

20      decommissioned.

21  Q.  Did you have any involvement in the decision to

22      revoke Greg Taylor's commission?

23  A.  No.

24  Q.  Do you know why his commission was revoked?

25  A.  The Sheriff told me that she was really upset

```
 1              with Greg Taylor's wife and her postings on
 2              Facebook about the negative -- all the
 3              negativity.  I did not confirm it, but I had
 4              heard, you know, through the rumor mill that Greg
 5              had a toxic attitude.
 6      Q.      But you weren't asked by the Sheriff or anyone
 7              else to look into this matter?
 8      A.      That's correct.
 9      Q.      If Stacy had been decommissioned prior to the
10              election, why was it that you thought that that
11              would've gotten into the media or --
12      A.      Everything that the Sheriff's office did,
13              everything that the Sheriff did prior to the
14              election, was either on social media or, you
15              know, the TV and radio media.  There was some
16              reporter that seemed to have a vendetta against
17              her and was trying to tear down the Sheriff and
18              the Sheriff's office.
19      Q.      But that didn't stop the Sheriff from fulfilling
20              other duties and functions of her office in the
21              weeks leading up to the election, right?
22      A.      She did her job.
23      Q.      Right.  For the other individuals that you had
24              heard attended the Barker election party did you
25              do anything to independently look into the
```

```
 1        accuracy of that?

 2   A.   No.

 3   Q.   Did you believe that those who had attended --

 4        everyone who had attended had betrayed the

 5        Sheriff?

 6   A.   Yes.  Let me back up.  The Sheriff's office.

 7   Q.   Sheriff's office.

 8             Okay.  How frequently, in your experience,

 9        were Special Deputies decommissioned?

10   A.   Prior to being Chief, I have no idea, I wasn't

11        privy to that.  I know that as a Chief there

12        might have been, you know, one or two here or

13        there.

14   Q.   Can you recall any, besides the ones we've

15        already talked about?

16   A.   I can't think of his last name, Frank

17        something -- yeah, I can't remember his name.

18        There was two or three.  I just can't remember

19        their names.

20   Q.   All right.  Do you remember the reasons why?

21   A.   Maybe they weren't performing their eight hours

22        like they were supposed to -- oh I think Jerome

23        Hall, I think he was not doing his duty, sleeping

24        on duty, not writing reports when he was supposed

25        to.
```

1   Q.  Was Frank, Frank Kalapodis?

2   A.  No.

3   Q.  Okay.  A different Frank?

4   A.  Different Frank.

5   Q.  Do you know for the others, was there any

6       investigation done, any process given to anyone

7       else whose commission was revoked?

8   A.  Jerome Hall, I know there was.  Steve Towns, I

9       just remember his name, he was decommissioned and

10      then later -- no, he wasn't decommissioned, he

11      was suspended for a while, but yes, they were

12      investigated by our Internal Affairs.

13  Q.  So when they were investigated, were they also

14      given an opportunity to respond to any

15      allegations before consequences were imposed?

16  A.  Yes.

17  Q.  Do you recall approximately when Jerome Hall lost

18      his commission?

19  A.  I think it was during 2024.

20  Q.  And he was specifically given an opportunity to

21      -- you said before to respond to whatever the

22      allegations were before he was decommissioned?

23  A.  Well, during the investigation he would've been

24      interviewed.

25  Q.  And sitting here today, you don't know why that

1        opportunity was not given to Stacy Clark?

2   A.   Yeah, Sheriff didn't want her there anymore.

3   Q.   Do you recall calling Ms. Clark on November 18th,

4        2024 to tell her that she had lost her

5        commission?

6   A.   Yes.

7   Q.   Okay.  Why did you call her that day?

8   A.   Well, to tell her she lost her commission, but

9        then I also wanted to find out if what I had

10       heard were true about her being at the party,

11       because at that point it wasn't substantiated.

12  Q.   Okay.  Well, did she confirm to you that she was

13       at the party?

14  A.   Yes.

15  Q.   I guess why at that point when the decision was

16       already made, did you feel it was important for

17       you to confirm or not that fact?

18  A.   Because I felt like I and the Sheriff's office

19       was betrayed and all the employees there were

20       betrayed because anybody who supported somebody

21       that was trying to tear us down as much as they

22       were, that really bothered me.

23  Q.   Do you recall any conversations you had with

24       Sheriff Fatheree about whether she shared any of

25       those sentiments?

1   A.   No.   A lot of things were very matter of fact.

2   Q.   And did you agree that Stacy deserved to lose her

3        commission for this betrayal?

4                    MR. REECE:   Objection.

5   A.   Yes.

6   Q.   Did you have any understanding of Stacy's home

7        life and financial situation?

8   A.   I just knew that Stacy was like a lot of deputies

9        and including myself, divorced, had children to

10       raise, you know --

11  Q.   Needed income?

12  A.   -- house to pay for and stuff like that.   Yeah.

13  Q.   Do you recall telling Stacy in your phone call

14       with her on November 18th that it was her support

15       for Shane Barker that was the reason she lost her

16       commission?

17  A.   No.

18  Q.   Do you deny that you said that or you just don't

19       recall?

20  A.   I would've never said that because that's not the

21       reason she was decommissioned.

22  Q.   And then, do you recall approximately six weeks

23       later, Stacy called you again?

24  A.   Yes.

25  Q.   And that was, according in my notes, that was

1      January 5th, 2025?

2   A.   Okay.

3   Q.   Does that sound correct to you?

4   A.   Probably, yes.

5   Q.   Because you had retired just a few days before

6        that, correct?

7   A.   Yeah.

8   Q.   And you were not aware, I'm assuming when she

9        called you that day that you were being recorded?

10  A.   I was not.

11  Q.   When you spoke to her on January 5th in the call

12       that she recorded and you testified earlier that

13       she was emotional on that call, did you think at

14       the time that her emotion on that call was

15       disingenuous or you only thought that afterwards?

16  A.   No, initially I thought it was --

17  Q.   Sincere?

18  A.   -- sincere.  And then when I heard the recording,

19       then I could tell right away that it was not

20       sincere.

21  Q.   I'm going to play the recording --

22                  MR. TORCH:  And I'm hoping, again,

23             Brian, it's about a three, three-and-a-half

24             minute call if you can -- there's only two

25             voices.  Hopefully you can capture it.

```
 1   Q.   So we'll listen to it and then I'll have a few

 2        questions, okay?

 3   A.   Uh-huh.

 4                      -  -  -  -

 5                   (Recording played.)

 6                      -  -  -  -

 7                MS. CLARK:  Today's date is

 8           January 5, 2025.  I'm making a phone call

 9           to Scott Cottle.

10                MR. COTTLE:  Hello.

11                MS. CLARK:  Hi.

12                MR. COTTLE:  Hi.

13                MS. CLARK:  How are you?

14                MR. COTTLE:  I'm okay.  How are

15           you doing?

16                MS. CLARK:  I've had better days.

17           All right.  Congratulations on your

18           retirement.

19                MR. COTTLE:  Thank you.

20                MS. CLARK: You're welcome.

21                I've called Kandy a couple times,

22           trying to get a meeting with her --

23                MR. COTTLE:  Okay.

24                MS. CLARK:  -- she won't return my

25           phone call, Scott, just because I went
```

1   there and had a couple beers, I don't

2   understand.  You told me you were retiring

3   already and Donna and I [unintelligible].

4           MR. COTTLE:  It's all about

5   loyalty.

6           MS. CLARK:  I was loyal for the

7   first four years.  I went above and beyond.

8   And there's other people that have done the

9   same thing and at least she'd take a

10  meeting with them.

11          MR. COTTLE:  Well, I'm not even

12  there anymore.  I haven't been any -- I

13  haven't talked to anybody since I left.

14  I've been gone for two full weeks.  I

15  haven't talked to one person.  But what it

16  comes down to is everybody that paid

17  attention to the news or paid attention to

18  Facebook knew exactly what Shane Barker and

19  Chris Boyd, and Wes Dobbins, and Jess

20  Danner and all those other son of bitches

21  were trying to do to her, to me, to Donna,

22  and it made the entire agency look bad too.

23  So anybody that supports that supported the

24  other side, that's just -- that's how I

25  feel, that's how she feels, that's how

1   Donna feels.  She's not going to take your

2   calls, she's not going to give you your

3   commission back.

4           MS. CLARK:  I have -- I was with a

5   broken ankle for three months, and Theresa,

6   who used to work at the jail, called me and

7   she was going, so I was just going with

8   her.  All I had was a couple drinks and I

9   fucking left and went home.

10          MR. COTTLE:  Well, it was a couple

11  drinks too many.

12          MS. CLARK:  It's just -- I mean, I

13  hate to say this, but it's just so petty,

14  Scott.  Come on.  You're talking about my

15  livelihood, me to support my kids.

16          MR. COTTLE:  Well, you can go to

17  another county and get a commission, but

18  you and others supported the other side,

19  when you did that, and that's what it comes

20  down to.

21          MS. CLARK:  You can't call her and

22  see if she'll take a call or you just won't

23  even do that?

24          MR. COTTLE:  She's not going to

25  take your call.  I already know that.

1              MS. CLARK:  I don't know what to

2        say, I just don't.

3              MR. COTTLE:  You know, Bruce over

4        in Portage, he'll probably put you on as a

5        Special if you want.  He wants to take

6        everybody he can from Summit, so -- but I'm

7        not involved anymore, I retired for a

8        reason, I wanted to not be involved with

9        any law enforcement at all.  I didn't keep

10       the commission myself.  I haven't talked to

11       a -- I haven't talked to a soul since I've

12       left.  The only person I've talked to is

13       Lee Hoskins, who retired last year.

14             MS. CLARK:  All right.

15             MR. COTTLE:  Okay.

16             MS. CLARK:  Bye.

17             MS. CLARK:  Bye.

18       Completion of the call at 4:25 PM.

19                   -  -  -  -

20                 (Recording ended.)

21                   -  -  -  -

22             MR. REECE:  Are you going to mark

23       that as an exhibit?

24             MR. TORCH:  Yeah, let's -- I can

25       mark it and email it around -- yeah, we can

1      make that -- what's the next 21?  What's

2      the next one?

3                -  -  -  -

4      (Thereupon, Plaintiff's Exhibit 21 was marked

5      for purposes of identification.)

6                -  -  -  -

7  BY MR. TORCH:

8  Q.  Okay.   Just to confirm a few things, Scott, are

9      the voices that were on the call we just heard in

10     Exhibit 21, those voices were yours and Ms.

11     Clark's?

12 A.  That's correct.

13 Q.  Okay.  And as far as you know, that recording

14     seems to be an accurate capturing of the

15     conversation that you had with Ms. Clark on

16     January 5th?

17 A.  Yes.

18 Q.  Do you agree that you communicated to Ms. Clark

19     that her support for the other side, meaning

20     Shane Barker, is what caused Sheriff Fatheree to

21     revoke her commission?

22               MR. REECE:  Objection.

23 A.  I do not.

24 Q.  You said nothing on that call about her conduct

25     of Twinsburg being the reason her commission was

1       pulled, right?

2   A.  That's correct.  I also said nothing on that call

3       about her loyalty being the reason she was

4       decommissioned.

5   Q.  I think the audio will speak for itself though.

6       Okay.

7   A.  So do I.

8   Q.  Do you recall when you learned that Ms. Clark had

9       filed her lawsuit in this case?

10  A.  No.

11  Q.  Do you recall how you learned?

12  A.  I think the Sheriff called me first.  There were

13      other people who called me, but I think the

14      Sheriff called me first.

15  Q.  What do you recall from that conversation with

16      the Sheriff?

17  A.  Just that she said, hey, Stacy filed a lawsuit

18      against the Sheriff for alleging that she was

19      decommissioned due to her going to a party and

20      supporting a candidate, and that there's a

21      recorded call.  And I just went, she goes, I want

22      to make you aware of it and we're going to fight

23      it.  So that was pretty much it.

24  Q.  When's the last time you communicated with

25      Sheriff Fatheree about matters related to this

38

```
 1        case?
 2   A.   That call.
 3   Q.   Okay.  Have you talked to her at all this week?
 4   A.   No.
 5   Q.   Have you communicated via a text message, email,
 6        or any other way with the Sheriff this week?
 7   A.   No.
 8   Q.   When was the last time you communicated in any
 9        way with Larry Brown?
10   A.   Probably in January.  I saw Larry at a
11        promotional ceremony and we said, hi, how you
12        doing, and that was pretty much it.
13   Q.   Have you had any communications with Larry Brown
14        about this case?
15   A.   I have not -- well, to back up.  Not a
16        conversation with Larry, but we had the phone
17        call yesterday when we discussed that --
18   Q.   Was it with legal counsel or without legal
19        counsel?
20   A.   It was with legal counsel.
21   Q.   Then I don't want to hear about that.
22                  MR. TORCH:  Let's take about a
23             five-minute break.  I'm close to the end.
24                  THE WITNESS:  Okay.
25                      -   -   -   -
```

```
 1                    (Thereupon, a recess was had.)

 2                              -  -  -  -

 3        BY MR. TORCH:

 4     Q.  Scott, I think I only have a couple questions

 5         left.

 6             After you received the call from Stacy that

 7         we just listened to from January 5th, do you

 8         recall if you talked to the Sheriff after that

 9         and let her know that Stacy had called you?

10     A.  I did not.

11                              -  -  -  -

12             (Thereupon, Plaintiff's Exhibit 22 was marked

13             for purposes of identification.)

14                              -  -  -  -

15     Q.  Scott, I've handed you what's been marked as

16         Plaintiff's Exhibit 22.  After you read it over,

17         my question is:  Have you seen this before?

18     A.  I have not.

19     Q.  You testified earlier about the Sheriff's office

20         receiving an email from the folks at Twinsburg

21         about Stacy, and I was just curious if this was

22         that email or if you're referring to something

23         else?

24     A.  It was something different.

25                         MR. TORCH:  I have no further
```

1          questions.

2                MR. REECE:  Scott, you have an

3          opportunity to review this transcript

4          before it becomes final.  You can check it

5          for accuracy.  You can make changes in form

6          and substance as long as you give or

7          provide an explanation or a reason why, or

8          you can waive that review.

9                How would that work with him being

10         down south, southern Ohio?  He'd email it

11         to me and I can email it to Scott?

12               REPORTER:  Yeah, you can email it

13         to him.

14               MR. REECE:  You want to review it?

15               THE WITNESS:  Sure.

16               MR. REECE:  Okay.  We'll read.

17               MR. TORCH:  Thank you so much.

18               THE WITNESS:  You're welcome.

19

20

21

22

23

24

25

41

SIGNATURE OF DEPONENT

    I, the undersigned, SCOTT COTTLE, do hereby

certify that I have read the foregoing

deposition and find it to be a true and

accurate transcription of my testimony, with

the following corrections, if any:

PAGE    LINE         CHANGE            REASON

                              _____
                              SCOTT COTTLE

1

2

3                          C E R T I F I C A T E

4

    The State of Ohio, )    SS:
5   County of Cuyahoga.)

6

7        I, Brian A. Kuebler, a Notary Public within
    and for the State of Ohio, authorized to
8   administer oaths and to take and certify
    depositions, do hereby certify that the
9   above-named witness was by me, before the giving
    of their deposition, first duly sworn to testify
10  the truth, the whole truth, and nothing but the
    truth; that the deposition as above-set forth was
11  reduced to writing by me by means of stenotypy,
    and was later transcribed by computer-aided
12  technology under my direction; that this is a
    true record of the testimony given by the
13  witness; that said deposition was taken at the
    aforementioned time, date and place, pursuant to
14  notice or stipulations of counsel; that I am not
    a relative or employee or attorney of any of the
15  parties, or a relative or employee of such
    attorney or financially interested in this
16  action; that I am not, nor is the court reporting
    firm with which I am affiliated, under a contract
17  as defined in Civil Rule 28(D).

18       IN WITNESS WHEREOF, I have hereunto set my
    hand and seal of office, at Cleveland, Ohio, this
19  14 day of september, A.D. 2025.

20

21  _____
    Brian A. Kuebler, Notary Public, State of Ohio
22  My commission expires June 12, 2027

23

24

25

```
 1      9/14/25

 2

 3      Scott Cottle

 4

 5      CASE CAPTION: Clark vs Fatheree et al

 6

        CASE NO: 5:25-CV-00106
 7      DEPOSITION OF: Scott Cottle

 8      Dear sir/ma'am

 9          The transcript of your deposition taken on
        August 22, 2025 in the above-referenced matter is
10      ready for you to review and sign.  Please contact
        us at (216)664-0541 to schedule an appointment.
11
            According to the Ohio Rules of Civil
12      Procedure, you have 30 days in which to read and
        sign your deposition transcript unless otherwise
13      agreed to by counsel, or your signature is deemed
        waived
14
            If you have any questions, please call us at
15      (216)664-0541

16

17          JK REPORTING

18

19

20

21

22

23

24

25
```

## 1

**1** [1] - 11:7
**10** [2] - 3:5, 3:6
**100%** [1] - 16:12
**11** [1] - 3:6
**1180** [1] - 1:11
**12** [1] - 42:22
**14** [5] - 3:5, 9:13, 9:17, 9:24, 42:19
**15** [4] - 3:5, 10:5, 10:9
**16** [3] - 3:6, 10:17, 10:21
**17** [4] - 3:6, 3:7, 11:1, 11:5
**18** [3] - 3:6, 11:1, 11:11
**18th** [2] - 29:3, 30:14
**19** [7] - 3:7, 3:7, 12:23, 17:19, 17:23, 18:4, 18:10
**1969** [1] - 7:24
**1990s** [1] - 12:24
**1993** [1] - 12:20
**1st** [1] - 11:13

## 2

**20** [4] - 3:7, 8:19, 19:24, 20:4
**2019** [1] - 10:1
**2021** [1] - 10:10
**2022** [3] - 10:23, 11:6, 11:7
**2024** [3] - 21:8, 28:19, 29:4
**2025** [6] - 1:13, 11:13, 31:1, 32:8, 42:19, 43:9
**2027** [1] - 42:22
**21** [5] - 3:8, 8:19, 36:1, 36:4, 36:10
**216)664-0541** [3] - 1:18, 43:10, 43:15
**22** [5] - 1:13, 3:8, 39:12, 39:16, 43:9
**241** [1] - 1:12
**25** [1] - 12:24
**28(D)** [1] - 42:17

## 3

**30** [1] - 43:12
**36** [1] - 3:8
**39** [1] - 3:8

## 4

**4** [1] - 3:3
**40** [1] - 12:9
**4:25** [1] - 35:18

## 5

**5** [1] - 32:8
**5:25-CV-00106** [2] - 1:5, 43:6
**5th** [4] - 31:1, 31:11, 36:16, 39:7

## 9

**9** [2] - 3:5, 20:13
**9/14/25** [1] - 43:1
**9:30** [1] - 1:12

## A

**A.D** [1] - 42:19
**a.m** [1] - 1:12
**ability** [1] - 15:13
**able** [1] - 14:1
**above-named** [1] - 42:9
**above-referenced** [1] - 43:9
**above-set** [1] - 42:10
**accepted** [1] - 16:23
**According** [2] - 10:9, 43:11
**according** [1] - 30:25
**accuracy** [2] - 27:1, 40:5
**accurate** [5] - 11:9, 11:14, 20:24, 36:14, 41:5
**accurately** [2] - 5:16, 9:24
**acknowledge** [1] - 20:14
**action** [1] - 42:16
**additional** [1] - 20:5
**address** [3] - 7:25, 8:9, 8:16
**addresses** [3] - 8:4, 8:5, 19:14
**administer** [1] - 42:8
**administration** [3] - 11:20, 24:8, 24:18
**Affairs** [1] - 28:12
**affiliated** [1] - 42:16
**aforementioned** [1] - 42:13

afterwards [1] - 31:15
**age** [1] - 4:1
**agency** [1] - 33:22
**ago** [1] - 4:9
**agree** [3] - 25:13, 30:2, 36:18
**agreed** [2] - 25:14, 43:13
**aided** [1] - 42:11
**Akron** [2] - 1:12, 8:25
**al** [3] - 1:6, 4:11, 43:5
**allegations** [3] - 25:8, 28:15, 28:22
**alleging** [1] - 37:18
**allowed** [1] - 12:14
**ALSO** [1] - 2:8
**amount** [1] - 15:19
**ankle** [1] - 34:5
**answer** [7] - 5:12, 5:17, 5:19, 5:25, 6:3, 6:24, 6:25
**answered** [1] - 7:9
**answering** [1] - 7:12
**appear** [2] - 18:7, 20:23
**APPEARANCES** [1] - 2:1
**appeared** [1] - 17:10
**appointment** [1] - 43:10
**appreciated** [1] - 5:21
**apprehensive** [1] - 14:12
**approximate** [1] - 15:19
**assignments** [2] - 16:8, 20:18
**Assistant** [1] - 11:9
**assuming** [1] - 31:8
**attacking** [1] - 22:16
**attended** [4] - 21:11, 26:24, 27:3, 27:4
**attending** [1] - 22:1
**attention** [2] - 23:6, 33:17
**attitude** [1] - 26:5
**attorney** [5] - 6:6, 6:9, 6:19, 42:14, 42:15
**audio** [3] - 7:17, 7:18, 37:5
**August** [2] - 1:12, 43:9
**authorized** [2] - 12:6, 42:7
**aware** [3] - 21:7, 31:8, 37:22

## B

**bad** [1] - 33:22

bargaining [1] - 14:19
**Barker** [8] - 21:3, 21:12, 22:16, 23:17, 26:24, 30:15, 33:18, 36:20
**Barker's** [1] - 22:19
**basic** [1] - 5:10
**Bates** [1] - 18:11
**became** [2] - 15:25, 16:8
**become** [1] - 13:18
**becomes** [2] - 19:6, 40:4
**beers** [1] - 33:1
**behalf** [3] - 1:14, 2:4, 2:7
**betrayal** [2] - 22:18, 30:3
**betrayed** [3] - 27:4, 29:19, 29:20
**better** [1] - 32:16
**between** [1] - 20:5
**beyond** [2] - 10:2, 33:7
**birth** [2] - 7:22, 19:13
**bitches** [1] - 33:20
**Blossom** [1] - 16:13
**bothered** [1] - 29:22
**bottom** [1] - 20:9
**Boyd** [1] - 33:19
**break** [3] - 6:4, 24:14, 38:23
**breaks** [1] - 6:1
**Brian** [4] - 1:9, 31:23, 42:7, 42:21
**bring** [1] - 15:17
**broken** [1] - 34:5
**brought** [4] - 11:7, 20:14, 22:23, 23:6
**Brown** [2] - 2:9, 24:9, 38:9, 38:13
**Bruce** [1] - 35:3
**Building** [1] - 1:11
**bureau** [2] - 13:8, 13:17
**BY** [7] - 3:3, 4:7, 6:21, 8:12, 20:2, 36:7, 39:3
**Bye** [2] - 35:16, 35:17

## C

**campaign** [1] - 22:16
**candidate** [1] - 37:20
**cannot** [1] - 17:11
**captain** [3] - 12:1, 13:9, 21:4
**CAPTION** [1] - 43:5
**captioned** [1] - 4:11

capture [1] - 31:25
**capturing** [1] - 36:14
**career** [1] - 12:25
**CASE** [3] - 1:5, 43:5, 43:6
**case** [6] - 5:3, 6:7, 7:10, 37:9, 38:1, 38:14
**caused** [1] - 36:20
**cell** [1] - 18:4
**ceremony** [1] - 38:11
**certified** [1] - 4:4
**certify** [3] - 41:3, 42:8, 42:8
**CHANGE** [1] - 41:7
**changes** [1] - 40:5
**charged** [1] - 5:5
**check** [1] - 40:4
**chief** [1] - 13:10
**Chief** [4] - 11:8, 11:16, 27:10, 27:11
**children** [2] - 16:21, 30:9
**chip** [1] - 15:17
**Chris** [1] - 33:19
**Christina** [1] - 2:2
**City** [1] - 16:14
**Civil** [3] - 4:3, 42:17, 43:11
**clarify** [2] - 5:24, 6:8
**CLARK** [15] - 1:3, 32:7, 32:11, 32:13, 32:16, 32:20, 32:24, 33:6, 34:4, 34:12, 34:21, 35:1, 35:14, 35:16, 35:17
**Clark** [12] - 2:9, 4:10, 4:11, 7:19, 12:19, 22:1, 29:1, 29:3, 36:15, 36:18, 37:8, 43:5
**Clark's** [3] - 20:18, 23:24, 36:11
**Clark_00031** [1] - 18:11
**clashed** [1] - 17:10
**clear** [1] - 25:17
**Cleveland** [1] - 42:18
**close** [1] - 38:23
**college** [2] - 8:22, 8:24
**coming** [1] - 13:23
**commander** [1] - 13:6
**commanders** [1] - 13:10
**commission** [22] - 12:13, 13:21, 14:1, 14:5, 14:9, 23:24, 24:7, 25:18, 25:22, 25:24, 28:7, 28:18, 29:5, 29:8, 30:3,

30:16, 34:3, 34:17, 35:10, 36:21, 36:25, 42:22
**commissioning** [1] - 12:1
**communicated** [4] - 36:18, 37:24, 38:5, 38:8
**communicating** [1] - 18:21
**communications** [1] - 38:13
**compensated** [1] - 12:7
**compensation** [1] - 12:12
**Completion** [1] - 35:18
**computer** [1] - 42:11
**computer-aided** [1] - 42:11
**concerned** [1] - 14:3
**conduct** [1] - 36:24
**confirm** [4] - 26:3, 29:12, 29:17, 36:8
**conflict** [1] - 17:11
**Congratulations** [1] - 32:17
**connive** [1] - 15:13
**consequences** [1] - 28:15
**considering** [1] - 14:7
**consistency** [1] - 16:20
**consistent** [1] - 16:19
**contact** [2] - 18:1, 43:10
**contacted** [1] - 24:9
**continues** [1] - 14:15
**contract** [1] - 42:16
**conversation** [3] - 36:15, 37:15, 38:16
**conversations** [1] - 29:23
**Cordial** [1] - 13:14
**correct** [18] - 6:9, 7:11, 9:9, 10:3, 10:11, 10:12, 10:23, 10:24, 11:15, 14:22, 16:25, 20:7, 20:11, 26:8, 31:3, 31:6, 36:12, 37:2
**correction** [1] - 11:21
**corrections** [1] - 41:6
**COTTLE** [18] - 1:8, 3:2, 4:1, 4:6, 32:10, 32:12, 32:14, 32:19, 32:23, 33:4, 33:11, 34:10, 34:16, 34:24, 35:3, 35:15, 41:2,

41:24
**Cottle** [6] - 4:8, 4:15, 4:19, 32:9, 43:3, 43:7
**counsel** [6] - 1:14, 38:18, 38:19, 38:20, 42:14, 43:13
**County** [5] - 5:6, 9:3, 9:8, 9:25, 12:4, 12:7, 12:22, 42:5
**county** [1] - 34:17
**couple** [6] - 7:5, 32:21, 33:1, 34:8, 34:10, 39:4
**COURT** [1] - 1:1
**Court** [2] - 4:12, 19:7
**court** [3] - 5:15, 5:21, 42:16
**curious** [1] - 39:21
**Cuyahoga** [1] - 42:5

## D

**Danner** [1] - 33:20
**date** [2] - 32:7, 42:13
**dates** [1] - 19:13
**daughter** [2] - 8:17, 8:18
**Dave** [1] - 22:3
**days** [5] - 21:16, 23:3, 31:5, 32:16, 43:12
**deadline** [1] - 13:23
**Dear** [1] - 43:8
**December** [2] - 10:10, 11:7
**decided** [1] - 23:25
**decision** [5] - 24:5, 24:6, 25:13, 25:21, 29:15
**decisions** [1] - 23:23
**decommission** [2] - 14:18, 24:1
**decommissioned** [9] - 25:20, 26:9, 27:9, 28:9, 28:10, 28:22, 30:21, 37:4, 37:19
**decommissioning** [1] - 12:1
**deemed** [1] - 43:13
**Defendants** [4] - 1:7, 2:7, 6:6, 20:17
**defined** [1] - 42:17
**degree** [2] - 8:20, 8:23
**deny** [1] - 30:18
**DEPONENT** [1] - 41:1
**deposed** [2] - 4:5, 5:9
**Deposition** [1] - 1:8
**deposition** [9] - 4:20, 7:4, 20:13, 41:4,

42:9, 42:10, 42:13, 43:9, 43:12
**DEPOSITION** [1] - 43:7
**depositions** [1] - 42:8
**deputies** [5] - 18:17, 18:25, 19:2, 22:4, 30:8
**Deputies** [2] - 11:23, 27:9
**deputy** [1] - 18:14
**Deputy** [8] - 11:16, 12:5, 13:18, 13:21, 16:9, 20:19, 22:2, 22:3
**describe** [2] - 9:25, 12:3
**deserved** [1] - 30:2
**details** [1] - 12:15
**detective** [2] - 13:7, 13:17
**detectives** [1] - 15:16
**different** [6] - 13:5, 13:11, 17:12, 22:11, 28:3, 39:24
**Different** [1] - 28:4
**digits** [1] - 19:11
**direction** [1] - 42:12
**directly** [1] - 11:25
**discipline** [2] - 15:6
**discovery** [3] - 9:19, 17:25, 20:17
**discussed** [2] - 24:4, 38:17
**discussion** [1] - 19:21
**disingenuous** [1] - 31:15
**displayed** [1] - 16:4
**DISTRICT** [2] - 1:1, 1:2
**District** [1] - 4:12
**DIVISION** [1] - 1:2
**divorced** [1] - 30:9
**Dobbins** [1] - 33:19
**document** [5] - 9:11, 9:20, 10:21, 11:5, 20:19
**documentation** [1] - 17:7
**done** [2] - 28:6, 33:8
**Donna** [3] - 33:3, 33:21, 34:1
**doubt** [1] - 21:2
**down** [6] - 5:16, 26:17, 29:21, 33:16, 34:20, 40:10
**drinks** [2] - 34:8, 34:11
**due** [1] - 37:19
**duly** [2] - 4:4, 42:9
**during** [3] - 17:2,

28:19, 28:23
**duties** [2] - 11:18, 26:20
**duty** [2] - 27:23, 27:24

## E

**early** [1] - 17:7
**EASTERN** [1] - 1:2
**education** [1] - 8:20
**effective** [2] - 11:7, 11:13
**eight** [3] - 12:10, 16:11, 27:21
**either** [2] - 17:9, 26:14
**election** [12] - 21:7, 21:11, 21:16, 22:1, 23:3, 23:22, 24:2, 26:10, 26:14, 26:21, 26:24
**eligibility** [2] - 12:13, 13:24
**email** [9] - 24:17, 35:25, 38:5, 39:20, 39:22, 40:10, 40:11, 40:12
**emotion** [2] - 16:4, 31:14
**emotional** [2] - 16:1, 31:13
**employee** [8] - 5:4, 5:6, 6:10, 6:16, 14:15, 14:20, 42:14, 42:15
**employees** [4] - 15:4, 21:19, 22:17, 29:19
**Employment** [1] - 2:3
**encounter** [1] - 15:10
**encountering** [1] - 14:24
**encounters** [1] - 14:25
**end** [3] - 11:19, 16:1, 38:23
**ended** [1] - 35:20
**ending** [1] - 16:2
**enforcement** [7] - 8:3, 8:5, 9:5, 9:7, 11:19, 12:6, 35:9
**entire** [2] - 22:5, 33:22
**entities** [1] - 12:15
**Esq** [3] - 2:2, 2:2, 2:5
**et** [3] - 1:6, 4:11, 43:5
**evening** [1] - 21:11
**event** [6] - 21:12, 22:1, 22:7, 22:14, 22:25, 23:17
**exactly** [1] - 33:18
**EXAMINATION** [2] - 3:2, 4:6

**examination** [2] - 1:9, 4:2
**example** [1] - 15:15
**except** [1] - 18:16
**excessive** [1] - 15:20
**exchange** [1] - 18:13
**exchanged** [1] - 18:8
**EXHIBIT** [1] - 3:4
**exhibit** [2] - 19:6, 35:23
**Exhibit** [28] - 3:5, 3:5, 3:6, 3:7, 3:7, 3:8, 3:8, 9:13, 9:17, 9:24, 10:5, 10:9, 10:17, 10:21, 11:5, 11:11, 17:19, 17:23, 18:4, 18:10, 19:24, 20:4, 20:13, 36:4, 36:10, 39:12, 39:16
**Exhibits** [2] - 3:6, 11:1
**experience** [2] - 9:4, 27:8
**expires** [1] - 42:22
**explanation** [1] - 40:7
**extra** [4] - 12:14, 14:2, 15:21, 18:14

## F

**face** [1] - 23:14
**Facebook** [2] - 26:2, 33:18
**faces** [1] - 16:19
**facilitating** [1] - 16:16
**fact** [2] - 29:17, 30:1
**familiar** [1] - 20:20
**familiarity** [1] - 16:7
**far** [3] - 20:23, 20:25, 36:13
**fashion** [1] - 12:8
**FATHEREE** [1] - 1:6
**Fatheree** [8] - 4:11, 21:8, 22:24, 25:6, 29:24, 36:20, 37:25, 43:5
**Fatheree's** [1] - 23:6
**Federal** [1] - 4:12
**feedback** [1] - 17:3
**fell** [1] - 11:24
**felt** [2] - 22:15, 29:18
**few** [5] - 4:9, 12:21, 31:5, 32:1, 36:8
**fight** [1] - 37:22
**file** [1] - 9:19
**filed** [4] - 4:10, 19:6, 37:9, 37:17
**final** [1] - 40:4
**financial** [1] - 30:7
**financially** [1] - 42:15

fine [1] - 4:16
finish [2] - 5:17, 5:19
finished [1] - 8:23
firm [1] - 42:16
first [10] - 4:4, 9:7, 10:22, 12:20, 18:4, 22:5, 33:7, 37:12, 37:14, 42:9
First [1] - 5:12
five [1] - 38:23
five-minute [1] - 38:23
flip [1] - 18:10
Flipping [1] - 18:7
focusing [1] - 11:16
folks [2] - 18:22, 39:20
following [1] - 41:6
follows [1] - 4:5
football [1] - 12:16
foregoing [1] - 41:3
form [1] - 40:5
former [1] - 6:10
forth [1] - 42:10
four [2] - 19:11, 33:7
Frank [5] - 27:16, 28:1, 28:3, 28:4
frequently [1] - 27:8
Friday [1] - 1:12
fucking [1] - 34:9
fulfilling [1] - 26:19
full [4] - 4:17, 14:15, 18:14, 33:14
full-time [2] - 14:15, 18:14
fully [1] - 12:6
functions [1] - 26:20

## G

game [1] - 12:16
GAUGHAN [1] - 1:4
general [1] - 18:24
Gina [1] - 22:2
given [9] - 4:20, 8:9, 20:16, 25:17, 28:6, 28:14, 28:20, 29:1, 42:12
glad [1] - 20:13
glasses [1] - 20:14
Greg [4] - 23:16, 25:22, 26:1, 26:4
ground [1] - 5:10
guaranteed [1] - 14:9
guess [5] - 6:8, 6:16, 15:5, 20:20, 29:15
guys [1] - 14:13

## H

half [2] - 8:22, 31:23
Hall [3] - 27:23, 28:8, 28:17
hamburger [1] - 15:18
hand [1] - 42:18
handed [5] - 11:4, 11:11, 17:22, 20:3, 39:15
handing [3] - 9:16, 10:8, 10:20
happy [4] - 5:24, 18:17, 18:22, 18:24
hate [1] - 34:13
head [1] - 5:14
healthcare [1] - 13:23
hear [4] - 15:23, 21:25, 23:18, 38:21
heard [16] - 18:16, 21:15, 21:17, 22:2, 22:3, 22:9, 22:24, 23:19, 26:4, 26:24, 29:10, 31:18, 36:9
hearing [1] - 22:6
Hello [1] - 32:10
helping [1] - 13:20
hereby [2] - 41:2, 42:8
hereinafter [1] - 4:4
hereunto [1] - 42:18
hi [1] - 38:11
Hi [2] - 32:11, 32:12
highest [2] - 8:20, 10:13
Hill [1] - 22:4
Hills [1] - 22:3
himself [1] - 22:22
hired [1] - 12:22
history [2] - 9:25, 25:16
hits [1] - 24:3
home [4] - 7:25, 8:15, 30:6, 34:9
honeymoon [1] - 19:3
Hopefully [1] - 31:25
hoping [1] - 31:22
Hoskins [1] - 35:13
hours [4] - 12:9, 12:11, 16:11, 27:21
house [1] - 30:12
huh" [1] - 5:14

## I

idea [1] - 27:10
identification [8] - 9:14, 10:6, 10:18, 11:2, 17:20, 19:25,

36:5, 39:13
identified [1] - 23:16
important [3] - 5:12, 5:15, 29:16
imposed [1] - 28:15
IN [2] - 1:1, 42:18
incident [3] - 15:11, 17:6
Including [1] - 19:1
including [1] - 30:9
income [1] - 30:11
independently [1] - 26:25
INDEX [1] - 3:4
indicates [3] - 10:21, 11:5, 11:12
individuals [1] - 26:23
information [3] - 18:1, 22:23, 23:11
insincere [1] - 16:5
inspector [1] - 24:10
instead [1] - 18:14
instructed [1] - 6:24
interaction [1] - 24:12
interested [1] - 42:15
Internal [1] - 28:12
interrogatories [3] - 7:7, 7:13, 9:22
Interrogatories [1] - 7:9
interviewed [1] - 28:24
investigated [2] - 28:12, 28:13
investigation [2] - 28:6, 28:23
involved [2] - 35:7, 35:8
involvement [1] - 25:21
issues [3] - 13:15, 15:3, 25:19
itself [1] - 37:5

## J

jail [4] - 12:11, 13:4, 16:11, 34:6
James [1] - 4:19
January [7] - 11:13, 31:1, 31:11, 32:8, 36:16, 38:10, 39:7
Jerome [4] - 22:4, 27:22, 28:8, 28:17
Jess [1] - 33:19
JK [2] - 1:16, 43:17
job [5] - 11:18, 12:16, 18:13, 18:14, 26:22
John [1] - 2:5

jreece@prosecutor. net [1] - 2:6
JUDGE [1] - 1:4
June [1] - 42:22

## K

Kalapodis [1] - 28:1
Kandy [1] - 32:21
KANDY [1] - 1:6
keep [3] - 14:1, 20:10, 35:9
keeping [2] - 16:18, 18:13
kids [2] - 24:13, 34:15
kind [4] - 5:3, 15:20, 17:9, 17:13
known [1] - 12:18
knows [1] - 22:19
Kuebler [3] - 1:9, 42:7, 42:21

## L

Larry [7] - 2:9, 24:9, 24:10, 38:9, 38:10, 38:13, 38:16
lasagna [1] - 15:16
last [7] - 4:25, 18:10, 19:11, 27:16, 35:13, 37:24, 38:8
late [1] - 12:23
Law [1] - 2:3
law [8] - 8:2, 8:4, 9:4, 9:7, 11:19, 12:6, 12:8, 35:9
lawful [1] - 4:1
lawsuit [4] - 4:10, 6:18, 37:9, 37:17
leader [1] - 15:24
leading [1] - 26:21
learn [1] - 21:14
learned [2] - 37:8, 37:11
learning [2] - 21:10, 22:13
least [5] - 10:1, 10:22, 17:3, 19:10, 33:9
Lee [1] - 35:13
left [5] - 25:5, 33:13, 34:9, 35:12, 39:5
legal [3] - 38:18, 38:20
level [1] - 8:20
lied [2] - 15:1, 15:2
lieutenant [2] - 13:4, 13:8
life [1] - 30:7
LINE [1] - 41:7

list [2] - 9:24, 22:5
listen [1] - 32:1
listened [1] - 39:7
listening [1] - 24:25
livelihood [1] - 34:15
LLC [1] - 2:3
look [4] - 20:7, 26:7, 26:25, 33:22
looks [1] - 18:11
lose [1] - 30:2
lost [4] - 28:17, 29:4, 29:8, 30:15
loyal [1] - 33:6
loyalty [2] - 33:5, 37:3

## M

Main [1] - 1:11
maintain [1] - 12:13
major [2] - 10:11, 13:9
manipulate [1] - 15:13
March [1] - 5:2
mark [2] - 35:22, 35:25
marked [16] - 9:13, 9:17, 10:5, 10:8, 10:17, 10:20, 11:2, 11:4, 17:19, 17:23, 19:24, 20:3, 20:12, 36:4, 39:12, 39:15
married [1] - 8:13
matter [3] - 26:7, 30:1, 43:9
matters [1] - 37:25
mean [5] - 6:18, 13:14, 15:2, 20:19, 34:12
meaning [1] - 36:19
means [1] - 42:11
media [4] - 24:3, 26:11, 26:14, 26:15
meeting [2] - 32:22, 33:10
memory [1] - 9:10
message [1] - 38:5
messages [3] - 17:24, 18:8, 20:5
met [2] - 4:9, 12:20
middle [1] - 18:12
might [2] - 24:20, 27:12
might've [1] - 9:21
mill [1] - 26:4
mind [1] - 21:21
minute [2] - 31:24, 38:23
minutes [1] - 7:6
molehills [1] - 22:21
moments [1] - 4:9
money [1] - 14:2
month [3] - 7:23,

12:11, 16:12
**months** [1] - 34:5
**morning** [1] - 4:8
**most** [1] - 11:12
**mountains** [1] - 22:21
**move** [1] - 14:18
**MR** [39] - 3:3, 4:7,
6:11, 6:14, 6:20,
6:21, 8:12, 19:5,
19:8, 19:10, 19:12,
19:16, 19:18, 20:2,
30:4, 31:22, 32:10,
32:12, 32:14, 32:19,
32:23, 33:4, 33:11,
34:10, 34:16, 34:24,
35:3, 35:15, 35:22,
35:24, 36:7, 36:22,
38:22, 39:3, 39:25,
40:2, 40:14, 40:16,
40:17
**MS** [14] - 32:7, 32:11,
32:13, 32:16, 32:20,
32:24, 33:6, 34:4,
34:12, 34:21, 35:1,
35:14, 35:16, 35:17

## N

**name** [8] - 4:8, 4:17,
17:17, 23:18, 23:19,
27:16, 27:17, 28:9
**named** [1] - 42:9
**names** [4] - 17:16,
21:21, 22:9, 27:19
**need** [1] - 6:1
**Needed** [1] - 30:11
**needed** [1] - 15:18
**negative** [2] - 25:19,
26:2
**negativity** [1] - 26:3
**never** [3] - 8:22, 25:14,
30:20
**news** [1] - 33:17
**next** [4] - 5:18, 6:5,
36:1, 36:2
**NO** [2] - 1:5, 43:6
**none** [1] - 17:16
**nonemotional** [2] -
15:23, 16:2
**NORTHERN** [1] - 1:2
**Northern** [1] - 4:12
**Notary** [3] - 1:9, 42:7,
42:21
**notes** [1] - 30:25
**nothing** [4] - 11:20,
36:24, 37:2, 42:10
**notice** [2] - 1:13,
42:14
**November** [3] - 10:23,

29:3, 30:14
**number** [5] - 18:3,
18:5, 18:11, 19:9,
19:13
**numbers** [1] - 19:14

## O

**oaths** [1] - 42:8
**object** [2] - 6:7, 6:23
**Objection** [2] - 30:4,
36:22
**objection** [1] - 6:25
**obtained** [2] - 8:21,
10:13
**obviously** [1] - 15:22
**occasion** [1] - 4:25
**occasions** [1] - 4:23
**October** [1] - 23:25
**OF** [4] - 1:2, 4:6, 41:1,
43:7
**office** [19] - 5:7, 9:4,
10:1, 10:14, 11:17,
12:5, 12:23, 21:20,
22:17, 22:20, 26:12,
26:18, 26:20, 27:6,
27:7, 29:18, 39:19,
42:18
**officer** [1] - 12:7
**Officer** [1] - 16:15
**officers** [2] - 8:3, 8:5
**OHIO** [1] - 1:2
**Ohio** [9] - 1:10, 1:12,
4:13, 40:10, 42:4,
42:7, 42:18, 42:21,
43:11
**old's** [1] - 8:18
**one** [6] - 13:4, 17:8,
19:2, 27:12, 33:15,
36:2
**ones** [2] - 8:4, 27:14
**opportunity** [6] -
16:17, 16:23, 28:14,
28:20, 29:1, 40:3
**opposed** [1] - 5:13
**otherwise** [1] - 43:12
**oversaw** [2] - 13:10
**overtime** [1] - 13:6
**own** [1] - 12:3

## P

**PAGE** [1] - 41:7
**page** [3] - 18:4, 18:10,
20:10
**paid** [2] - 12:15, 33:16,
33:17
**part** [4] - 9:19, 22:18,

22:19, 24:14
**participate** [1] - 7:12
**particular** [1] - 23:13
**parties** [1] - 42:15
**Partners** [1] - 2:3
**party** [4] - 26:24,
29:10, 29:13, 37:19
**past** [1] - 14:3
**pay** [1] - 30:12
**pending** [2] - 4:11, 6:3
**people** [4] - 19:3,
21:17, 33:8, 37:13
**Per** [1] - 12:8
**per** [1] - 12:11
**perceived** [1] - 15:11
**perform** [2] - 12:9,
14:17
**performance** [1] -
15:2
**performing** [2] -
24:23, 27:21
**period** [2] - 17:2, 19:3
**person** [4] - 23:8,
23:9, 33:15, 35:12
**personal** [1] - 6:18
**personality** [1] - 17:11
**personnel** [1] - 9:19
**petty** [1] - 34:13
**phone** [14] - 7:19,
16:2, 16:5, 18:2,
18:3, 18:4, 19:9,
19:13, 19:14, 23:8,
30:13, 32:8, 32:25,
38:16
**place** [2] - 7:8, 42:13
**Plaintiff** [4] - 1:4, 1:14,
2:4, 4:2
**Plaintiff's** [23] - 3:5,
3:5, 3:6, 3:6, 3:7,
3:7, 3:8, 3:8, 9:13,
9:17, 10:5, 10:9,
10:17, 10:20, 11:1,
11:5, 17:19, 17:23,
19:24, 20:4, 36:4,
39:12, 39:16
**play** [4] - 13:20, 15:21,
16:16, 31:21
**played** [1] - 32:5
**PM** [1] - 35:18
**point** [7] - 13:4, 21:10,
22:23, 23:22, 25:7,
29:11, 29:15
**points** [1] - 12:25
**Political** [1] - 9:2
**Portage** [1] - 35:4
**positive** [1] - 17:3
**possibly** [1] - 21:17
**postings** [1] - 26:1
**prefer** [1] - 4:14
**preparation** [1] - 7:16

**prepare** [1] - 7:3
**present** [1] - 23:5
**PRESENT** [1] - 2:8
**pretty** [2] - 37:23,
38:12
**previous** [1] - 20:13
**primary** [1] - 11:17
**principal** [2] - 17:9,
17:15
**print** [1] - 20:15
**privy** [1] - 27:11
**Procedure** [2] - 4:3,
43:12
**process** [1] - 28:6
**produced** [2] - 9:18,
17:25
**promoted** [1] - 10:10
**promotional** [1] -
38:11
**provide** [1] - 40:7
**provided** [1] - 4:3
**Pry** [1] - 1:11
**Public** [3] - 1:9, 42:7,
42:21
**pulled** [1] - 37:1
**purpose** [1] - 4:2
**purposes** [6] - 6:17,
9:14, 10:6, 10:18,
11:2, 17:20, 19:25,
36:5, 39:13
**pursuant** [2] - 1:13,
42:13
**put** [4] - 8:3, 8:5,
17:12, 35:4
**putting** [1] - 15:24

## Q

**questions** [7] - 5:13,
6:7, 6:23, 32:2, 39:4,
40:1, 43:14

## R

**radio** [1] - 26:15
**raise** [1] - 30:10
**ran** [1] - 21:7
**rank** [2] - 10:11, 10:13
**Rather** [1] - 9:10
**reacting** [1] - 23:13
**reaction** [2] - 22:13,
23:10
**read** [6] - 7:6, 7:7,
39:16, 40:16, 41:3,
43:12
**ready** [1] - 43:10
**really** [2] - 25:25,
29:22

**REASON** [1] - 41:7
**reason** [7] - 21:2,
30:15, 30:21, 35:8,
36:25, 37:3, 40:7
**reasons** [3] - 24:4,
24:15, 27:20
**receive** [1] - 12:12
**received** [1] - 39:6
**receiving** [2] - 17:3,
39:20
**recently** [2] - 4:25,
11:13
**recess** [1] - 39:1
**record** [9] - 4:18, 7:23,
8:1, 8:6, 8:10, 19:18,
19:22, 42:12
**recorded** [5] - 15:22,
24:21, 31:9, 31:12,
37:21
**recording** [7] - 7:18,
15:22, 15:24, 15:25,
31:18, 31:21, 36:13
**Recording** [2] - 32:5,
35:20
**redact** [2] - 19:8,
19:12
**reduced** [1] - 42:11
**Reece** [5] - 2:5, 6:5,
6:8, 6:22, 7:5
**REECE** [10] - 6:14,
19:5, 19:10, 19:16,
30:4, 35:22, 36:22,
40:2, 40:14, 40:16
**refamiliarize** [1] - 5:11
**referenced** [1] - 43:9
**referring** [1] - 39:22
**regarding** [2] - 20:6,
22:24
**related** [2] - 11:22,
37:25
**relationship** [2] -
13:12, 14:4
**relative** [2] - 42:14,
42:15
**relayed** [1] - 24:15
**remained** [1] - 17:13
**remember** [10] - 17:5,
17:11, 22:6, 22:12,
23:4, 27:17, 27:18,
27:20, 28:9
**repeat** [1] - 5:23
**rephrase** [1] - 5:23
**replace** [1] - 24:11
**replaced** [1] - 24:19
**report** [1] - 11:25
**reported** [2] - 11:25,
24:10
**REPORTER** [1] -
40:12
**reporter** [3] - 5:16,

5

5:21, 26:16
**reporting** [1] - 42:16
**REPORTING** [2] -
1:16, 43:17
**reports** [1] - 27:24
**represent** [3] - 4:10,
9:17, 17:23
**representing** [3] - 6:6,
6:10, 6:17
**requesting** [1] - 24:19
**required** [3] - 12:8,
12:10, 16:11
**rescind** [1] - 23:24
**reside** [1] - 8:15
**Resource** [1] - 16:15
**respond** [2] - 28:14,
28:21
**responded** [1] - 18:16
**response** [1] - 23:14
**responsibilities** [1] -
11:18
**responsibility** [1] -
11:24
**retire** [2] - 13:22,
13:25, 14:7, 14:14
**retired** [10] - 6:14, 8:4,
10:14, 10:22, 11:12,
21:4, 31:5, 35:7,
35:13
**retirement** [2] - 11:6,
32:18
**retires** [1] - 14:16
**retiring** [3] - 13:16,
14:7, 33:2
**return** [1] - 32:24
**review** [4] - 40:3, 40:8,
40:14, 43:10
**reviewed** [1] - 7:15
**revoke** [4] - 23:24,
24:6, 25:22, 36:21
**revoked** [2] - 25:24,
28:7
**rid** [3] - 14:20, 24:23,
25:12
**role** [4] - 11:8, 11:22,
13:20, 16:16
**Royer** [1] - 2:2
**rule** [1] - 12:10
**Rule** [1] - 42:17
**rules** [1] - 5:10
**Rules** [2] - 4:3, 43:11
**rumor** [1] - 26:4
**Russell** [1] - 1:10

### S

**saw** [1] - 38:10
**schedule** [1] - 43:10
**School** [1] - 16:14

school [4] - 12:16,
17:12, 17:13, 17:17
**Schools** [1] - 16:14
**schools** [3] - 17:8,
24:8, 24:9
**science** [1] - 9:2
**Scott** [15] - 4:14, 4:19,
9:16, 11:4, 17:22,
20:3, 32:9, 32:25,
34:14, 36:8, 39:4,
39:15, 40:2, 40:11,
43:7
**SCOTT** [6] - 1:8, 3:2,
4:1, 4:6, 41:2, 41:24
**scott** [1] - 43:3
**Scott's** [1] - 4:16
**screenshot** [1] - 17:25
**seal** [1] - 42:18
**second** [4] - 8:7,
11:12, 19:19, 20:9
**see** [3] - 12:21, 18:19,
34:22
**sentiments** [1] - 29:25
**september** [1] - 42:19
**seriously** [1] - 19:15
**service** [1] - 13:17
**set** [2] - 42:10, 42:18
**several** [1] - 23:3
**shaking** [1] - 5:13
**Shane** [5] - 21:3,
21:12, 30:15, 33:18,
36:20
**shared** [2] - 23:11,
29:24
**Sheriff** [37] - 11:8,
11:9, 12:2, 12:22,
14:4, 14:5, 14:6,
14:10, 14:20, 21:8,
22:24, 23:6, 23:25,
24:6, 24:15, 24:16,
24:19, 25:6, 25:11,
25:15, 25:16, 25:25,
26:6, 26:13, 26:17,
26:19, 27:5, 29:2,
29:24, 36:20, 37:12,
37:14, 37:16, 37:18,
37:25, 38:6, 39:8
**Sheriff's** [16] - 5:6,
9:3, 10:1, 10:14,
11:17, 12:4, 12:23,
21:19, 22:17, 22:20,
26:12, 26:18, 27:6,
27:7, 29:18, 39:19
**shift** [2] - 13:5, 13:7
**show** [2] - 9:11, 20:12
**showed** [2] - 24:17,
24:18
**showing** [1] - 20:17
**shown** [1] - 18:3
**side** [5] - 9:19, 11:21,

33:24, 34:18, 36:19
**sign** [2] - 43:10, 43:12
**SIGNATURE** [1] - 41:1
**signature** [1] - 43:13
**Sincere** [1] - 31:17
**sincere** [1] - 31:18,
31:20
**sir/ma'am** [1] - 43:8
**Sitting** [1] - 6:5
**sitting** [1] - 28:25
**situation** [1] - 30:7
**six** [1] - 30:22
**sleeping** [1] - 27:23
**small** [1] - 20:15
**smoke** [1] - 24:14
**social** [1] - 26:14
**someone** [2] - 7:9,
23:16
**sometime** [2] - 12:23,
23:25
**somewhere** [1] -
24:14
**son** [1] - 33:20
**Soon** [1] - 8:19
**Sorry** [1] - 25:4
**soul** [1] - 35:11
**sound** [1] - 31:3
**source** [1] - 22:10
**sources** [1] - 22:11
**south** [1] - 40:10
**South** [1] - 1:11
**southern** [1] - 40:10
**special** [1] - 12:2
**Special** [9] - 11:23,
12:5, 13:18, 13:21,
14:16, 16:9, 20:18,
27:9, 35:5
**Special's** [1] - 14:1
**Specials** [2] - 16:10,
25:18
**specifically** [1] - 28:20
**speech** [1] - 19:17
**spreadsheet** [2] -
20:16, 20:21
**SRO** [4] - 16:17,
16:24, 18:13, 20:6
**SS** [1] - 42:4
**STACY** [1] - 1:3
**Stacy** [45] - 2:9, 4:10,
12:18, 13:1, 13:5,
13:13, 13:16, 13:20,
13:22, 14:6, 14:19,
14:24, 15:9, 15:10,
15:16, 16:8, 16:20,
16:24, 17:4, 17:12,
17:25, 18:8, 18:21,
19:1, 20:6, 21:10,
22:10, 22:13, 24:1,
24:11, 24:19, 24:23,
25:7, 25:16, 25:17,

26:9, 29:1, 30:2,
30:8, 30:13, 30:23,
37:17, 39:6, 39:9,
39:21
**Stacy's** [2] - 22:18,
30:6
**staff** [1] - 24:13
**standards** [1] - 24:24
**stands** [1] - 14:13
**State** [5] - 1:10, 12:8,
42:4, 42:7, 42:21
**state** [3] - 4:17, 7:22,
15:24
**statement** [2] - 6:12,
18:24
**STATES** [1] - 1:1
**stayed** [1] - 14:19
**stenotypy** [1] - 42:11
**Steve** [1] - 28:8
**still** [3] - 6:16, 6:25,
14:2
**stipulations** [2] - 1:13,
42:14
**stop** [1] - 26:19
**Street** [1] - 1:11
**Stuart** [2] - 4:9, 19:5
**stuart** [1] - 2:2
**stuart@
  employmentlawpartners
  .com** [1] - 2:3
**studying** [1] - 9:1
**stuff** [2] - 19:15, 30:12
**substance** [1] - 40:6
**substantiated** [1] -
29:11
**suit** [1] - 22:21
**Suite** [1] - 1:11
**summers** [1] - 16:13
**Summit** [7] - 5:6, 9:3,
9:8, 9:25, 12:4,
12:22, 35:6
**supervised** [1] - 13:1
**supervising** [1] -
15:10
**supervisor** [1] - 14:23
**support** [3] - 30:14,
34:15, 36:19
**supported** [3] - 29:20,
33:23, 34:18
**supporting** [1] - 37:20
**supports** [1] - 33:23
**supposed** [3] - 14:17,
27:22, 27:24
**suspended** [1] - 28:11
**sworn** [2] - 4:4, 42:9

### T

**Taylor** [1] - 23:16

**Taylor's** [2] - 25:22,
26:1
**teacher** [1] - 17:9
**tear** [2] - 26:17, 29:21
**technology** [1] - 42:12
**Teresa** [1] - 22:4
**terminated** [1] - 5:4
**terms** [1] - 15:5
**test** [1] - 9:10
**testified** [2] - 31:12,
39:19
**testify** [1] - 42:9
**testimony** [3] - 4:20,
41:5, 42:12
**text** [5] - 17:24, 18:8,
18:12, 20:5, 38:5
**THE** [4] - 1:1, 38:24,
40:15, 40:18
**Theresa** [1] - 34:5
**Thereupon** [11] - 8:9,
9:13, 10:5, 10:17,
11:1, 17:19, 19:21,
19:24, 36:4, 39:1,
39:12
**thief** [2] - 15:11, 15:12
**three** [4] - 4:24, 21:16,
27:18, 31:23, 34:5
**Three** [1] - 8:22
**three-and-a-half** [1] -
31:23
**Three-and-a-half** [1] -
8:22
**today** [6] - 4:15, 6:9,
6:23, 7:4, 7:16,
28:25
**Today's** [1] - 32:7
**TORCH** [17] - 3:3, 4:7,
6:11, 6:20, 6:21,
8:12, 19:8, 19:12,
19:18, 20:2, 31:22,
35:24, 36:7, 38:22,
39:3, 39:25, 40:17
**Torch** [2] - 2:2, 4:9
**totally** [1] - 12:2
**Towns** [1] - 28:8
**toxic** [1] - 26:5
**traffic** [1] - 12:16
**training** [1] - 12:9
**transcribed** [1] - 42:11
**transcript** [3] - 40:3,
43:9, 43:12
**transcription** [1] -
41:5
**transferred** [1] - 13:7
**transitioning** [1] -
13:18
**tried** [1] - 22:20
**trouble** [2] - 16:18,
16:20
**true** [3] - 29:10, 41:4,

42:12
**truth** [3] - 42:10, 42:10
**try** [2] - 5:17, 19:14
**trying** [5] - 15:21,
26:17, 29:21, 32:22,
33:21
**TV** [1] - 26:15
**Twinsburg** [9] - 16:14,
16:17, 16:24, 17:4,
18:15, 18:22, 20:7,
36:25, 39:20
**two** [6] - 21:15, 25:15,
27:12, 27:18, 31:24,
33:14
**type** [2] - 20:20, 24:21
**types** [1] - 16:7

## U

**uh-huh"** [1] - 5:14
**under** [3] - 11:24,
42:12, 42:16
**undersigned** [1] -
41:2
**unhappy** [1] - 24:11
**unintelligible]** [1] -
33:3
**unit** [1] - 14:19
**UNITED** [1] - 1:1
**units** [1] - 13:11
**universe** [1] - 21:17
**unless** [3] - 6:23,
13:25, 43:12
**up** [7] - 12:2, 13:23,
16:23, 20:10, 26:21,
27:6, 38:15
**upset** [1] - 25:25

## V

**vendetta** [1] - 26:16
**verbally** [1] - 5:13
**versus** [1] - 4:11
**via** [1] - 38:5
**voicemail** [3] - 24:21,
25:1, 25:5
**voices** [3] - 31:25,
36:9, 36:10
**vs** [2] - 1:5, 43:5

## W

**wait** [1] - 24:1
**waive** [1] - 40:8
**waived** [1] - 43:13
**wants** [2] - 15:14, 35:5
**week** [2] - 38:3, 38:6
**weeks** [3] - 26:21,

30:22, 33:14
**welcome** [2] - 32:20,
40:18
**Wes** [1] - 33:19
**WHEREOF** [1] - 42:18
**Whitmore** [1] - 22:2
**whole** [3] - 19:13,
19:17, 42:10
**wife** [1] - 26:1
**WITNESS** [4] - 38:24,
40:15, 40:18, 42:18
**witness** [2] - 42:9,
42:13
**witness'** [1] - 8:9
**word** [2] - 9:23, 18:13
**words** [1] - 12:3
**works** [1] - 22:20
**would've** [4] - 21:19,
26:11, 28:23, 30:20
**writing** [2] - 27:24,
42:11
**WWW.JARKUB.
COM** [1] - 1:17

## Y

**year** [4] - 7:22, 12:9,
16:25, 35:13
**years** [7] - 8:22, 12:21,
12:24, 14:23, 15:7,
15:9, 33:7
**yesterday** [2] - 7:5,
38:17
**yourself** [1] - 24:25